Hand-Delivered

FILED
CHARLOTTE, NC

SEP 26 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Sonji McKinney
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Prisma Health Greenville
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:25-cv-681-MOC
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [ ] No

Second Amended Complaint

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sonji McKinney
Street Address: 10315 Ridgetop Trail Rd #107
City and County: Charlotte (Mecklenburg)
State and Zip Code: North Carolina 28262
Telephone Number: 704-201-8117
E-mail Address: mckinneysonji@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 2
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

# Defendants

(1) Magna International
120 Moon Acres
Piedmont, South Carolina 29673

(2) Detective T. Bixby
4 McGee Street
Greenville, South Carolina 29601

(3) The Village At Pelham
250 Westmoreland Rd
Greer, South Carolina 29651

(4) Prisma Health Greenville Hospital
(Doctors and Patient Advocacy)
701 Grove Rd.
Greenville, South Carolina 29601
864-455-7000

(5) Russell Guest
Old Attorney
745 N. Pleasantburg Drive
Greenville, South Carolina 29607
864-233-7200
Russellguest@guestbrady.com

(6) Richard Allen
Old Attorney
745 N. Pleasantburg Drive
Greenville, South Carolina 29607
864-233-7200
richardallen@guestbrady.com

(7) Magna International
Old Job
120 Moon Acres
Piedmont, South Carolina 29673

(8) WJCB (South Lewis)
Magna Attorney
325 Rocky Slope Rd. Ste 201
Greenville, South Carolina 29607

# Defendants

(9) Kimura Logistics
Magna 3rd Party
501 Matrix Pkwy
Piedmont, South Carolina 29673

(10) Dr. Justin Hutcheson
South Lewis/Workers Comp Doctor (Magna)
10 Enterprise Blvd #201
Greenville, South Carolina 29615

(11) Dr. Selman Watson
South Lewis Doctor (Magna)
1720 Main St Unit 101
Columbia, South Carolina 29201

(12) Dr. Navneet Gupta
Pain Management
213 E. Butler Rd. Ste F1
Mauldin, South Carolina
864-284-0470

(13) Oakview Medical
Plaza Ct. 11 Five Forks Rd. Ste A
Simpsonville, South Carolina 29681

(14) GHA Police Department
Prisma Police
10 S. Academy St. Ste 350
Greenville, South Carolina 29601
864-455-4177

(15) Sled
4400 Broad River Rd.
Columbia, South Carolina 29210

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

9/24/2025

**E.** I got hit 2x by a forklift on Kimura Logistics property on 7/17/2015, Magna International 3rd party premises. Magna attorney doctors (Hutcheson and Watson) stated I was malingering, over reporting and seeking attention. Kanos with Prisma stated my neck is a mess and he wasn't touching it. Everyone who had a Workers comp case that seen Kanos, he was nasty to them and me. (Google reviews) My witness was never interviewed. No one would listen to my cry out for help with my injuries to my neck and back also down to my right leg which I went paralyzed from the waist down on 3/9/2023 and Prisma and The Village at Pelham dismissed my symptoms. I got admitted on 3/10/23 at Prisma and they left me not able to move until 3/12/23 stating they had no operating rooms available. I had to learn how to walk and use my hands again and got released from the hospital on 3/29/23. I had neck surgery on 3/12/23 and back surgery in North Carolina on 10/24/24 because Prisma again dismissed my symptoms in April 2023. I found out that I had a transplant without my consent with Prisma Greenville. I found me a new doctor out of state and moved to North Carolina because SC wouldn't listen. I have to have another back surgery soon because I can't stand or walk no longer than 10 min. Guest and Brady had me sign legal documents under stress and duress with no explanations those documents were clinchers.

9/24/2025

**V.** Please award me justice and a fair trial because I was called a liar and put under a lot of stress behind my accident and no fair health treatment and I'm disabled behind my accident. I was misrepresented by Russell Guest and Richard Allen and they asked for millions and a hearing and never told me until I seen my case file last year, July 2024 and they locked me out my case file once I started noticing everything. I finally got copies of my case this year on 5/30/2025 after going back and forth, calling and emailing them also going by their office. I have a lot of recorded conversations. Everything that I'm seeing with my case, I had no idea until now. I learned about the discovery rule and the statue of limitations in 2023. I tried calling my old attorney over the years. I spoke with Richard back in 2020 and told him I was getting worse and he stated, he got my disability approved. I tried calling him when I got admitted in the hospital and he never returned none of my calls. Guest and Brady opened up 6 or 7 new businesses after my case was coerced to close. I lost my home, my health and my job behind Guest and Brady also everyone involved. My name was forged at Prisma Health and Prisma Police or Greenville Sheriff department won't help me.

\* My manager moved my chair for light duty, she didn't want to accomodate my restrictions anymore.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/26/25

Signature of Plaintiff: *Sonji R. McKinney*
Printed Name of Plaintiff: Sonji McKinney

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____