C-2

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Sonji McKinney | 3:25-cv-681 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Russell Guest | Summons, Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Russell Guest
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
745 N. Pleasantburg Drive Greenville, SC 29607

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Sonji McKinney
10315 Ringed Teal Rd
#107
Charlotte, NC 28262

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Received
U.S. Marshals Service
Charlotte, NC
3:24 pm, Sep 10 2025

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE: 09/10/2025

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 58
District to Serve No.: 71
Signature of Authorized USMS Deputy or Clerk
Date: 9/10/2025

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Richard Allen
Date: 9/11/25
Time: 1355 ☑ pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

Received and entered. Forward to other district.

1 DUSM x 1 hr @ $65.00 per hour = $65.00

6 miles RT @ .70 per mile = $ $4.20

total = $69.20

Form USM-285
Rev. 03/21
PC

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

C-3

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Sonji McKinney | 3:25-cv-681 |
| DEFENDANT | TYPE OF PROCESS |
| Richard Allen | Summons, Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Richard Allen
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
745 N. Pleasantburg Drive Greenville, SC 29607

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Sonji McKinney
10315 Ringed Teal Rd
#107
Charlotte, NC 28262

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Received
U.S. Marshals Service
Charlotte, NC
3:24 pm, Sep 10 2025

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE 09/10/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 58 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 9/10/2025 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

| Date 9/11/25 | Time 1355 ☐ am ☑ pm |

Address (complete only if different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Received and entered. Forward to other district.

1 DUSM x 1 Hr @ $65.00 per hour = $65.00

0 miles    see C-2 for mileage

Form USM-285
Rev. 03/21

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Sonji McKinney | 3:25-cv-681 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Kimura Logistics | Summons, Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kimura Logistics
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
501 Matrix Pkwy Piedmont, SC 29673

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Sonji McKinney
10315 Ringed Teal Rd
#107
Charlotte, NC 28262

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Received
U.S. Marshals Service
Charlotte, NC
3:24 pm, Sep 10 2025

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 09/10/2025 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 58 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 9/10/2025 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) Joseph Marcus (Senior Vice President) | Date 9/11/25 | Time 1307 | ☐ am ☑ pm |
|---|---|---|---|

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
J Blak—

Costs shown on attached USMS Cost Sheet >>

REMARKS

Received and entered. Forward to other district.

1 DUSM x 1 Hr @ $65.00 per hour = $65.00

20 miles RT @ .70 per mile = $14

total = $79.00

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Sonji McKinney | 3:25-cv-681 |
| DEFENDANT | TYPE OF PROCESS |
| Magna International | Summons, Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Magna International

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
120 Moon Acres Piedmont, SC 29673

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Sonji McKinney
10315 Ringed Teal Rd
#107
Charlotte, NC 28262

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Received
U.S. Marshals Service
Charlotte, NC
3:24 pm, Sep 10 2025

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE: 09/10/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 58 | No. 71 | [signature] | 9/10/2025 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Rob Gregory (Senior HR Manager)

Date: 9/11/25
Time: 1331 ☑ pm

Address (complete only if different than shown above)

Signature of U.S. Marshal or Deputy
J. Blake

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

Received and entered. Forward to other district.

1 DUSM × 1 Hr @ $65.00 per hour = $65.00

26 miles RT @ .70 per mile = $18.20

total = $83.20

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

U.S. Department of Justice
United States Marshals Service

| | |
|---|---|
| **PLAINTIFF** Sonji McKinney | **COURT CASE NUMBER** 3:25-cv-681 |
| **DEFENDANT** Prisma Health Greenville Hospital | **TYPE OF PROCESS** Summons, Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Prisma Health Greenville Hospital
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
701 Grove Rd. Greenville, SC 29605

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Sonji McKinney
10315 Ringed Teal Rd
#107
Charlotte, NC 28262

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Received
U.S. Marshals Service
Charlotte, NC
3:24 pm, Sep 10 2025

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE 09/10/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 58
District to Serve No. 71
Signature of Authorized USMS Deputy or Clerk
Date: 9/10/2025

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Kelly Blake (Paralegal)
Date: 9/11/25
Time: 1447 ☐ am ☑ pm

Address (complete only if different than shown above):
300 E McBee Ave
Greenville, SC 29601

Signature of U.S. Marshal or Deputy: J Blake

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Received and entered. Forward to other district.

1 DUSM × 1 Hr @ $65.00 per hour = $65.00

2 miles RT @ .70 per mile = $1.4

total = $46.40

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Sonji McKinney | 3:25-cv-681 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| WJCB Law Firm (South Lewis) | Summons, Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
WJCB Law Firm (South Lewis)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
325 Rocky Slope Rd. Suite, 201 Greenville, SC 29607

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Sonji McKinney
10315 Ringed Teal Rd
#107
Charlotte, NC 28262

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Received
U.S. Marshals Service
Charlotte, NC
3:24 pm, Sep 10 2025

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 09/10/2025 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 58 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 9/10/2025 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 9/11/25 | Time 1415 ☐ am ☑ pm |
|---|---|---|
| Kazie~~~ | | |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
J. Bla~~

Costs shown on attached USMS Cost Sheet >>

REMARKS

Received and entered. Forward to other district.

1 DUSM x 1 Hr @ $65.00 per hour = $65.00

14 miles RT @ .70 per mile = $9.8

total = $74.80