# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:25-CV-681-MOC-DCK

| | |
|---|---|
| SONJI MCKINNEY, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| PRISMA HEALTH GREENVILLE HOSPITAL, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** regarding *pro se* Plaintiff's "Second Amended Complaint" (Document No. 10) filed on September 26, 2025. Plaintiff is proceeding *in forma pauperis* in this matter. See (Document No. 4).

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk of Court is directed to issue process and to provide such process, along with sufficient copies of the Second Amended Complaint, as well as this Order, to the United States Marshal for service;

2. The United States Marshal shall serve process upon Defendants at the expense of the United States Government, however, any recovery in this action may be subject to payment of fees and costs, including service of process and filing fees; and

3. The Clerk of Court shall serve this Order on Plaintiff by U.S. Mail.

**SO ORDERED**.

Signed: September 29, 2025

David C. Keesler
United States Magistrate Judge