IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Sonji McKinney, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 3:25-CV-00681-MOC-DCK |
| ) | |
| Prisma Health Greenville Hospital, Russell ) | |
| Guest, Richard Allen, WJCB Law Firm, ) | |
| Magna International, and Kimura Logistics. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **DEFENDANT PRISMA HEALTH GREENVILLE HOSPITAL'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure Rules 12(b)(2), 12(b)(3), and 12(b)(6), Defendant Prisma Health Greenville Hospital ("Prisma"), by and through the undersigned attorneys, hereby moves the Court to dismiss with prejudice all claims as asserted against Defendant in Plaintiff Sonji McKinney's ("Plaintiff") Complaint, as follows.

As set forth more fully in the Memorandum filed contemporaneously with this Motion, Plaintiff's claims should be dismissed because the Court does not have jurisdiction over Prisma, and Plaintiff filed the cause of action in the improper venue. Additionally, all of Plaintiff's claims, including her claims under Title VII of the Civil Rights Act ("Title VII") of 1964, Age Discrimination in Employment Act ("ADEA") of 1967, and Americans with Disabilities Act of 1990 ("ADA"), should be dismissed because Prisma never employed Plaintiff, and as such, Prisma cannot be held liable. Any alleged torts that Plaintiff seeks to assert against Prisma are also time barred. Therefore, Plaintiff's claims should be dismissed in their entirety, with prejudice.

This Motion is based on Plaintiff's Complaint, applicable law, the Memorandum in Support, which is filed contemporaneously herewith, and any other and further information as shall be timely presented to the Court.

Respectfully submitted,

By: *s/Mallory H. Gantt*
Mallory H. Gantt (Fed. ID No. 57900)
Email: Mallory.gantt@jacksonlewis.com
D. Randle Moody, II, *Pro Hac Vice Pending*
Email: randy.moody@jacksonlewis.com

JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Phone: 864-232-7000
Fax: 864-235-13811

ATTORNEYS FOR DEFENDANTS

This 30th day of September 2025.

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 30, 2025, a copy of the foregoing DEFENDANT PRISMA HEALTH GREENVILLE HOSPITAL'S MOTION TO DISMISS, has been served upon the following via U.S. Mail to:

Sonji McKinney, *Pro Se*
10315 Ringed Teal Road No. 107
Charlotte, NC 28262
mckinneysonji@gmail.com

*s/ Mallory H. Gantt*