FILED
CHARLOTTE, NC

OCT 01 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

To whom it may concern,

This is response for dismissal. I would like to file a change of venue because South Carolina won't give me a fair case with Prisma for forgery on 3/11/23 and 3/10/23. I have attached proof. Please give me a fair trial and hearing from my accident from 7/17/2015 which I was told I'm malingering. Thank you!

Sonya McKinney

3:25-CV-681