10/1/2025

To Whom It May Concern:

My name is Sonji Mckinney and I would like to ask for a change of venue because Greenville or Piedmont, South Carolina did not follow the laws with my accident at Magna International on 7/17/2015 starting with Prisma Health, doctors, police officers and attorneys. Please grant me a fair hearing and trial because I lost my health, my home, my job and my family is divided behind Magna doctors stating I was malingering. Thank you!

Sonji Mckinney

*Sonji Mckinney*
10/1/25

704-201-8171

\* My name was forged at Prisma Health Greenville on 3/11/23 and 3/12/23. Documents and proof attached!

**1510391**
CIVIL CASE NUMBER

STATE OF SOUTH CAROLINA

COUNTY OF Greenville

Sonji R. McKinney
PLAINTIFF(S)

IN THE MAGISTRATE'S COURT

AFFIDAVIT FOR CHANGE OF VENUE

vs.

Magna International
DEFENDANT(S)

Sonji R. McKinney (plaintiff)/defendant (circle one), personally appearing before me, states that he believes that he is unable to have a fair trial before The State of South Carolina for the following reasons: I didn't have a fair case or hearing due to being under duress and they stating I was malingering. South Lewis stated I secretly sit when I used 3 degree squating. I didn't read or understand or had no clue what Settlements were clinching.

and, therefore, requests that a change of venue be granted. Prisma doctors or nurses forged my name on 3/4/23 and 3/10/23

Sworn to and Subscribed before me this 10 day of December, 2024

_[signature]_
Magistrate or Notary Public for South Carolina
My Commission expires 02/24/2029

_S. McKinney_
PLAINTIFF/DEFENDANT (or his attorney)

**GRACE MORENO**
Notary Public
Mecklenburg Co., North Carolina
My Commission Expires Feb. 24, 2029

SCCA/714 (Amended 05/2008)

1) Prejudice
2) Duress
3) They said I was faking
4) To have 4 surgeries
5) They wouldn't listen to me
6) I have plenty of witnesses
7) I was alone with them all.
8) The police won't help me!



From: Gods Girl mckinneysonji@gmail.com
To: Wendell K. Jones wendelljones@schouse.gov
Date: Jul 26, 2024 at 2:11 PM

Hey Mr. Wendell thank you for your email and no sir no one will help me out also my name was forged for the transplant and anesthesia from when I lost feeling from the waist down last year in March 2023 they ignored my situation at 2 different hospitals until I lost feeling and they all stated this was from my work injury they all stated I was malingering about! The neurosurgeon didn't even tell my best friend or my son while they were in the waiting room that I needed someone else's bones and anesthesia for that procedure



Wendell K. Jones Jul 26, 2024
to me

Sonji I'm not an attorney but it sounds to me that you have a strong legal case. I don't have any jurisdiction over Prisma as a legislator but I would strongly urge you to continue to reach out to the high profile attorneys that take on larger cases. One of the legislators who is also an attorney who has won some large civil cases is Justin Bamberg. His number is 803-956-5088.

Get Outlook for iOS

