# SOUTH CAROLINA LAW ENFORCEMENT DIVISION
## FORENSIC SERVICES LABORATORY REPORT

HENRY D. MCMASTER
*Governor*



MARK A. KEEL
*Chief*

November 01, 2024

Eric Hendricks
Greenville Health System Police Department
701 Grove Road
Greenville, SC 29605

**QUESTIONED DOCUMENT**
SLED LAB: L24-16808
Your Case No: 2024-5105
Incident Date: 3/10/2023
[V] Sonji Renae McKinney

---

This is an official report of the South Carolina Law Enforcement Division Forensic Services Laboratory and is to be used in connection with an official criminal investigation. These examinations were conducted under your assurance that no previous examinations of person(s) or evidence submitted in this case have been or will be conducted by any other laboratory or agency.

Mark A. Keel, Chief
South Carolina Law Enforcement Division

---

## ITEMS OF EVIDENCE:

**Item: 1**     One (1) standard bearing the known writings of Sonji Renae McKinney

**Item: 2**     Machine copy of a Prisma Health "Informed Consent for or Refusal of Blood and/or Blood Products" form dated "3/11/23" in the name of "McKinney, Sonji Renae"

**Item: 3**     Machine copy of a Prisma Health "Informed Consent for Anesthesia" form dated "3/12/23" in the name of "McKinney, Sonji Renae"

**Item: 4**     Machine copy of a Prisma Health "Informed Consent for Operation and/or Procedure" form dated "3/11/23" in the name of "McKinney, Sonji Renae"




P.O. Box 21398, Columbia, South Carolina 29221-1398 Phone (803) 896-7300 Fax (803) 896-7351

## RESULTS OF EXAMINATION:

There are indications (meaning a degree of likelihood) that the writer of Item 1 (Sonji Renae McKinney) wrote the "S. McKinney" signature portion of Items 2 and 4. The lack of known samples from the writer of Item 1 (Sonji Renae McKinney) was a limiting factor in the examination.

There is no conclusion (meaning cannot be eliminated or identified) as to whether or not the writer of Item 1 (Sonji Renae McKinney) wrote the "S. McKinney" signature portion of Item 3.

## FOR INVESTIGATIVE PURPOSES ONLY:

The submission of additional known standards from the writer of Item 1 (Sonji Renae McKinney) may be of assistance. The standards should be written to dictation using a ballpoint pen on blank hospital forms that should fully duplicate all of the questioned material verbatim. A Court Order for the provision of dictated handwriting standards can be obtained. The standards should also include additional known course of business samples. Possible sources for course of business samples include cancelled checks and other bank related documents, letters and diaries, employment and education related documents, tax forms, medical forms, as well as prison/police/inmate/court related documents. Machine copies are acceptable as known standards.

Personnel from the SLED Questioned Document Section are available to take known standards from any suspects on a case by case basis. The contact # for the Section is ▮▮▮▮▮▮▮▮

Any subsequent submissions made on this case should include all of the previously submitted items.

*This report contains the conclusions, opinions and interpretations of the analyst whose signature appears below.*

*Technical records supporting the conclusions in this report are available upon request. Afford sufficient time for production.*

John (Jack) Jamieson
Forensic Scientist




The following is a progressive list of the examiner's reporting options regarding the association(s) determined to exist between the known and questioned evidentiary items; this list may assist in the interpretation of the examiner's reported results.

## REPORT TERMINOLOGY

- **Identification**
- **Strong Probability** (meaning almost certain)
- **Probable** (meaning a high degree of likelihood)
- **Indications** (meaning a degree of likelihood)
- **No Conclusions** (meaning cannot be eliminated nor identified)
- **Indications Did Not** (meaning a degree of likelihood)
- **Probable Did Not** (meaning a high degree of likelihood)
- **Strong Probability Did Not** (meaning almost certain)
- **Elimination**






**PRISMA HEALTH**

June 20, 2024

[redacted]

*Handwritten note: Filed Police Report on 6/24/24 with Gabriel with Prisma Police*

Dear Ms. McKinney:

Thank you for contacting Patient Advocacy to share your concerns regarding your procedure consent at Prisma Health Greenville Memorial Hospital. Our goal at Prisma Health is to provide the very best care for each of the patients we serve.

Please know that the concerns you brought forth have been thoroughly investigated. After careful review, we identified that you did provide consent for the procedure you received at Greenville Memorial Hospital. You may reach out to our Medical Records Department to access your records. I have included a Release of Information form for your convenience.

We appreciate you taking the time to let us know of your concerns and allowing us the opportunity to address this matter on your behalf. Feedback such as you provided is important to us as we strive to provide high quality and compassionate care to the community we serve. Although our investigation is complete as of today, please feel free to contact Patient Advocacy at 833-379-1483 if you would like to discuss this further.

Sincerely,

Gardner

Gardner
Patient Advocate
Department of Clinical Care Experience
Prisma Health


NEUROLOGY-PATEWOOD  
200 Patewood Drive Ste B350  
Greenville SC 29615-3593  

McKinney, Sonji Renae  
MRN: 970752451, DOB: 3/14/1975, Sex: F  
Visit date: 5/19/2023  

**05/19/2023 - Office Visit in Prisma Health Neurology - Greenville (continued)**

**Clinical Notes (continued)**

**PRISMA HEALTH NEUROLOGY**
**NEW PATIENT EVALUATION**

**Referring Physician:** Samantha Marie Winzenread, PA
**Primary Care Physician:** Pcp, Declined

**HPI:** Ms. Sonji Renae McKinney is a 48 y.o. female with compressive cervical myelopathy s/p (ACDF C5-6, C6-C7) on 3/12/2023 who is referred for lower extremity weakness.

History was obtained from patient and notes from EMR.

Ms. McKinney mentions her symptoms began in early 3/2023. She was having a tightness around her mid waist with associated numbness from this mid waist level and down to her lower extremities. The patient had acute onset of worsening lower extremity symptoms as well as new bilateral upper extremity weakness and some sensory changes in her hands. She was having a difficulty with handgrip and could barely sign with a pen.

The patient had an MRI C-spine notable for spinal cord compression and underwent urgent surgery. Post surgery, she mentions that her neck pain resolved and regained full strength of her upper extremities with resolution of the sensory complaints as well. However, she had no improvement to the tightness around her mid waist and repeated ongoing numbness from her waist down. She says that she feels that someone is hugging her around her waist and it gets worse when she lies in bed at nighttime. She has severe lower back spasms and lower extremity tightness. Denies lower extremity spasms. Does not complain of focal lower extremity weakness. Denies bladder or bowel dysfunction.

Upon further questioning, she denies focal bulbar symptoms.

Of note, the patient was suffering from migraine headaches in the past and no longer took Topamax but was started on Topamax 200 twice daily. The patient does not know why. She was tried on amitriptyline 25 mg nightly which did not help the nocturnal abdominal wall tightness and lower extremity numbness. Takes Flexeril 10 mg nightly without improvement.



