Hand-Delivered

FILED
CHARLOTTE, NC

OCT -3 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

10/3/2025

To whom it may concern:

My name is Sonji Mckinney and this is my response to Magna International and I ask that you please grant me favor with a fair trial and fair treatment. I ask for a change of venue because I was done wrong by a Magna and I worked so hard for them and they did me so wrong. My GM Angus deposition is attached along with mines. Angus had a lot of respect for me because of my work ethics and he was the one who promoted me. When I had my accident, that really hurt him. Angus has nothing to do with how I was treated badly behind my accident and Magna, Kimura, South Lewis and my old attorneys. I thought I was in good hands with Russell Guest and I did exactly what I was told when signing documents under duress and stress because I thought he had my best interest at heart. I didn't know that I could have filed with the EEOC back then until 2023 when I found out about the discovery rule along with the statue of limitations. Russell and Richard old paralegal Sherry Crowe and I became best friends in 2015-2024. We are no longer friends because I seen a lot with my case with her telling Kimura, she hopes they pass their audit with flying colors, etc. (Documents Attached) Being that we were close, whenever she asked me to sign documents, I did and I thought she had my best interest at heart too. Attached are conversations between me and Sherry. I have years of conversations. Russell demanded millions and hearings without telling me. (Attached) He subpoenaed the tape and never let me see. I never seen the CD from Kimura. The accident report is attached along with my witness documents that Richard didn't let me see. The $100 I received when I was asked to resign, it was for our Christmas bonus to the entire plant. South Lewis offered me $5.00 at the beginning of mediation which was very very discriminating. Please help me get justice with my case because I was done wrong and I can never work again also I have to have back and neck surgery again. Thank you for your consideration and support.

Sonji Mckinney

*S. Mckinney* (signature)

3:25-CV-00681-MOC-DCK