**1 of 1**

1510391

CIVIL CASE NUMBER

STATE OF SOUTH CAROLINA

COUNTY OF Greenville

Sonji R. Mckinney
PLAINTIFF(S)

IN THE MAGISTRATE'S COURT

VS.

Magna International
DEFENDANT(S)

AFFIDAVIT FOR
CHANGE OF VENUE

Sonji R. Mckinney (plaintiff) defendant (circle one), personally appearing before me, states that he believes that he is unable to have a fair trial before the State of South Carolina for the following reasons:
I didn't have a fair case or hearing due to being under duress and they stating I was malingering, South Lewis stated I cannot ck out who I could see/my consulting, I didn't read or understand or had no clue both settlements were Allinchens!

and, therefore, requests that a change of venue be granted. Prisma doctors or nurses forged my name on 3/11/23 and 3/10/23

Sworn to and subscribed before me
this ___ day of December, 2024

_____
Magistrate or Notary Public for South Carolina

My Commission expires 02/24/2029.

S. Mckinney
PLAINTIFF/DEFENDANT (or his attorney)

**GRACE MORENO**
Notary Public
Mecklenburg Co., North Carolina
My Commission Expires Feb. 24, 2029

SCCA/714 (Amended 05/2008)

1) Prejudice
2) Duress
3) They said I was faking
4) I've had 6 surgeries
5) They wouldn't listen to me
6) I have plenty of witnesses
7) I was alone with them all.
8) The police wouldn't help me!

   



Russell Franklin Guest, Esq.

Kevin Phillip Brady, Esq.
Licensed in SC & FL

Richard Kingsley Allen, III Esq.

900 East North Street Suite 210
Greenville, SC 29601

Telephone: (864) 233-7200
Facsimile: (864) 242-3667
www.guestbrady.com

July 28, 2017

## FOR SETTLEMENT PURPOSES ONLY

Payton McMullen, Jr.
Tokio Marine America Insurance Comp.
PO Box 483
Jersey City, NJ  07303

| | | |
|---|---|---|
| RE: | Date of Loss: | 07/17/2015 |
| | Our Client: | Sonji McKinney |
| | Your Insured: | Kimura Inc. |
| | Claim No.: | GL-108776 |

Dear Payton:

Prior to July 17, 2015, Ms. McKinney was a star employee with Magna Drive Automotive.  On that date, Ms. McKinney suffered a debilitating injury when a Kimura employee drove a forklift into Ms. McKinney knocking her to the concrete surface. This event is confirmed by Kimura's own investigation. (see documents accompanying). Clearly safety precautions were either not in place, and/or there was a failure to adequately train and supervise the forklift driver.  From the time Ms. McKinney was removed by emergency medical technicians from Kimura's floor until now she has consistantly treated for her injuries. From the combination of chronic pain symptoms and a psychiatric injury, Ms. McKinney is and has been disabled from work.  She has incurred significant medical bills and wage loss; both of which are expected to continue.

1 of 3

 
In an effort to resolve this through the claims process, we have provided several years of Ms. McKinney's prior medical records for your review. During the time of these records, Ms. McKinney was working at Magna Drive Automotive. In 2010, she started as a production worker however due to her strong work ethic and performance, she rose through the ranks to earn multiple salary increases, and at the time of the accident was a supervisor earning over $82,000.00 in annual salary.

In her capacity as supervisor at Magna Drive automotive, Ms. McKinney supervised dozens of employees and was responsible for a large portion of the production. The general manager for production at the plant, Angus Cruickshank, is quoted as saying that prior to the forklift collision, Ms. Mckinney was "high performing, I was very happy with her skills, the way she approached people, dealt with difficult situations and difficult people, dealth with difficult situations technically..." From the documents provided, you will find that the general manager for the whole operations endorsed Ms. Mckinney's promotions. If unable to resolve this claim prior to litigation, we are prepared to move forward presenting both lay witnesses and doctors who will testify as to Ms. McKinney's ability prior to the forklift hit to not only meet but to excel in both the physical and mental demands of the job. Her long term treating family physcian, board certified Dr. Bijoor, is willing to testify that Ms. Mckinney had no restrictions prior to the forklift collision that prevented her from performing the job. Dr. Bijoor also states the forklift hit caused the debilating symptoms that Ms. McKinney is experiencing today.

Since being hit by the forklift, Ms. McKinney has suffered much as you will see in the records. Her story is one of overcoming difficult beginnings but through scheer drive and determination to rise to a level where she was thriving and well supporting her family.

Accompanying you will find medical records and reports showing extensive medical treatment and listing damages Ms. McKinney has suffered. We have employed experts and spoken to treating medical professionals, each ready to testify on behalf of Ms. McKinney. You will find their reports accompanying. We have included a conservative life care plan, a vocational report, a psychiatric md report, disability and causation report of treating board certified rehabilitation physician, Dr. Navneet Gupta, and a wage loss report of economist, Dr. Charles Alford.

2 of 3

 
It has been two years since Ms. McKinney was hit by the forklift. Despite her continuous efforts, medicine has proven to be limited in its ability to heal her so she can return to the life she had before. Accompanying you will find a specials list totaling $2,800,000 in damages. At only 42 years of age, Ms. McKinney has many years of life ahead of her to deal with her injuries. She will require these funds to continue to support herself into the later years of life and to compensate her for her objective and measurable losses. Considering the change in her life, the loss of enjoyment of life and the chronic pain she experiences, the total of the demand is $4,000,000.00.

Please consider the above information and review the accompanying records. Afterwards, I look forward to discussing the possibility of resolving this claim.

Sincerely,

**GUEST & BRADY, LLC.**

Russell F. Guest

RFG/sjc
Enclosures



Guest & Brady LLC
ATTORNEYS AT LAW

*Russell Franklin Guest, Esq.*

*Kevin Phillip Brady, Esq.*
*Licensed in SC & FL*

*Richard Kingsley Allen, III Esq.*

900 East North Street Suite 210
Greenville, SC 29601

Telephone: (864) 233-7200
Facsimile: (864) 242-3667
www.guestbrady.com

January 24, 2019

## FOR PURPOSES OF SETTLEMENT AND COMPROMISE ONLY

<u>VIA US MAIL AND EMAIL-</u> Kay@basjlaw.com
Kay Gaffney Crowe, Esq.
Barnes, Alford, Stork & Johnson, LLP.
PO Box 8448
Columbia, SC 29202

RE: Sonji McKinney v. Kimura Inc. (Case No.: 2017-CP-23-7967)

Dear Kay:

I thought it would be beneficial to present a settlement demand so your carrier will have the opportunity to set its reserves accordingly in advance of our upcoming mediation. I am also enclosing a copy of a statement provided by Demetrius Hunter who was employed as a team leader at Kimura at the time of the accident and witnessed Daryl Stephens hit Ms. McKinney with the forklift.

This is a clear liability case, involving significant damages sustained by our client, which include past medical bills, future medical care, past and future lost wages and lost earning capacity. In hopes of facilitating a productive mediation, however, we demand $1,500,000.00. If we do not resolve the case at mediation, we are fully prepared to continue forward with investing in our supporting experts and pursuing the case through trial. Kimura should understand that this is one-time opportunity to negotiate and resolve the case in good faith because the amount of damages we intend to present to a jury, in addition to Kimura's exposure, will significantly increase above our current demand if mediation is unsuccessful.

Sincerely,

**GUEST & BRADY, LLC.**

Richard K. Allen, III

RKA/sjc
Enclosures

Demetrius Hunter                    01/17/2019

I was the team lead AT Kimura at
the time of SonJi mckinney's accident.
The BMW outbound Loading Dock was
being used for SonJi to Inspect parts
before she would Release them from the
Quality hold. There was not a separate
Quality hold area that was being used
for inspecting parts at the time of her
accident. I started my shift around
6pm and SonJi arrive at the same time.
I Remember Daryle starting his shift around 10pm.
Daryle was aware that SonJi was there
checking parts because he had been bringing
her loads of parts for hours before he hit
her with the forklift. Daryle was Driving
forward with a load of bins and was going
to fast when he hit SonJi. And was not
paying attention. I think he was in a hurry
because of the Quality alert and didn't want
to get behind in his work. I Don't think
SonJi Did anything wrong to cause this
accident at the time I saw Daryle hit her
with the forklift. I did not hear daryle
blow the horn entering the staging area.
I was working with SonJi most of the
night and at the time I saw her get hit.
I never saw anyone ask SonJi to put on a vest.

Before the accident Kimura didn't have
a Policy for Drive employees to Check in
and Wear a vest. That policy didn't start
until after Sonji accident. No one ever
interview me from Kimura about Sonji accident.

Demetrius Hunter 01/17/2019



**Sherry stated the only one she trusted was Russell and she was Richard paralegal too! In black and white below** ⬇️



sherry crowe   Jul 25
to me ⌄

| From | sherry crowe   scrowe98@gmail.com |
|------|-----------------------------------|
| To   | Gods Girl   mckinneysonji@gmail.com |
| Date | Jul 25, 2024 at 8:03 PM |
| 🔒 | Standard encryption (TLS)<br>Learn more |

I don't really know an attorney except Russell Guest that I trust. I don't know what kind of suit you are needing to file. God is just and fair he is not still making you pay for wrong doing in your past. I'm praying right now asking our gracious Lord to run the devil back and get behind you. The devil is a liar and he is making you feel like the Lord is punishing you. Devil you are a liar and I command you to get away from precious friend and get out of her thoughts. Lord cover my friend right with your love and precious grace. I know you love her Lord and she needs you right now. Please send your hugs and love to her. Wrap your loving arms around her Lord and wrap her tight in your love so that the devil can't touch her. Lord I beg you to clear her mine and remove that lying devil, cast him back into the lakes of hell where he belongs. Don't allow him to touch my friend or get control over her mind. I love you Lord and I ask that you please rain down hugs and kisses for my friend. She needs you and she wants you to help her right. I ask these things in your lovely name! Amen and Amen!!!



**Sherry** ›

I'm excited to see what's going to happen!!!

Me too friend me too!!

Mar 8, 2023 at 7:45 AM



Good morning friend I have a question if my injury is still going on 8 years later is there anything I can do to because my pain hasn't stopped at all and I'm limited to what I can do. Thank you 🙏



I'm sorry friend but once you sign settlement documents their done. There are some cases where they leave the medical care open & you get a much smaller settlement amount but yours was a lump sum settlement. I hate you are still having pain. Praying it gets better!!! Love you friend!!!

Thank you friend for your prayers love you too and thank you for the information too 🙏❤️

  





**December 1, 2022**

1:48 PM

I trusted our friendship since I met her in 2015 and I followed her instructions if you pull the phone records and our emails from back then you will see why they said just sign here we will take care of the rest while I was under mental illness real bad!!

 **Gods Girl** 🔗 7/5/2024
---------- Forwarded message --------- From:
Gods Girl <mckinneysonji@gmail.com> Date: Fri,

 **sherry crowe** 7/5/2024 
to me ∨

Oh wow I am so sorry you are having to go through any of this.
So you reached out to Richard to open up your WC case bc I
don't think he worked on your WC case. Richard to my memory
only did the disability case.

Show quoted text

 **Gods Girl** 🔗 7/5/2024
He was apart of my premises liability too and
Russell was the one over worker's compensation I

  Reply  

 



Me and Sherry Crowe are no longer friends!!

sherry crowe  Aug 11
to me

From    sherry crowe   scrowe98@gmail.com
To      Gods Girl   mckinneysonji@gmail.com
Date    Aug 11, 2024 at 4:11PM
🔒      Standard encryption (TLS)
        Learn more

I would love to be able to write something but I'm sure that would be a conflict since I worked on your case. I pray that they can provide you the answers that you need and a resolution that you need. I will continue to pray you have a positive outcome. When is your hearing?

...



Case 3:25-cv-00681-MOC-DCK    Document 27-1    Filed 10/03/25    Page 13 of 27



I got a copy of my case from Russell look at these pictures friend 🥲😔 [Notes]

**Sonji McKinney** 🔗 7/1/2024

**sherry crowe** 🔗 7/1/2024
Aww I remember those pictures😭😭, I'm so sorry you had to go through that then and

**Gods Girl** 🔗 7/1/2024
You are so sweet, thank you! I love you my sweet friend 🙏🙌❤️😄😵🙇🙇🙇🙇

**sherry crowe** 7/1/2024
to me ⌄

Love you too friend!!!

Show quoted text

💖 1   ☺

| You are so sweet, thank | Thank you, that means a lot. | You are so welcome! |

📎   ↩ ⌄  Reply          ➡   ☺

**sherry crowe** 7/1/2024

to me ⌄

From   sherry crowe · scrowe98@gmail.com

To     Sonji McKinney · mckinneysonji@gmail.com

Date   Jul 1, 2024, 7:42 PM

🔒  Standard encryption (TLS).
    View security details

Aww I remember those pictures 😭😭, I'm so sorry you had to go through that then and abdomen what you are going through now. You are gonna come out on top my friend. I've always said God has special things in store for you and I can't wait to see him show out!!

On Mon, Jul 1, 2024, 6:20 PM Sonji McKinney <mckinneysonji@gmail.com> wrote:



guestbrady.sharefile.com







1:34

# Dr Kanos  Notes  ⭐

**Gods Girl** 🔗 5/3/2024

**Gods Girl** 🔗 5/3/2024
Sherry he said the same thing about me remember he said he wasn't touching my neck

**sherry crowe** 5/3/2024   😊  ↩  ⋮
to me ⌄

From  sherry crowe · scrowe98@gmail.com
To      Gods Girl · mckinneysonji@gmail.com
Date   May 3, 2024, 2:09 PM
🔒      Standard encryption (TLS).
         View security details

Wow that is crazy.  At least you know it wasn't just you that he has been rude to, apparently he is rude to all.  I hate that you or anyone had to deal with him.

Show quoted text

**Gods Girl** 🔗 5/3/2024

↩ ⌄  Reply      ↱  😊

✉ 73      📹



**Sherry Crowe**

APR 3 AT 1:49 PM

You're so welcome my sweet friend and I promise you he will take care of you I apologize for the late reply I was in my doctors appointment love you too sweetheart 🙏 ❤️ 💯 😘

Did you get a good report from Doctor?

Yeah I did I'm walking better and I get shots in my back on the 15th God really blessed with some doctors that really really care for me friend

I'm so glad because I know what kind of doctors you have had in the past that just wanted bandaid the problems.

Thank you so very much friend for everything and I greatly appreciate you sweetheart

I appreciate you too and so glad God put you in my life!!!

APR 3 AT 2:38 PM

Awww ↓ ank you friend I'm definitely grateful you're in my life



Sonji McKinney
Claim # GL-108776
Your Insured: Kimura Inc.

744 pages

NEVER SEEN THIS BEFORE

ELECTRONICALLY FILED - 2017 Dec 20 5:20 PM - GREENVILLE - COMMON PLEAS - CASE#2017CP2307967

STATE OF SOUTH CAROLINA )    IN THE COURT OF COMMON PLEAS
                                     )    THIRTEENTH JUDICIAL CIRCUIT
COUNTY OF GREENVILLE )    CASE NO.: 2017-CP-23-_____

Sonji Renae McKinney,           )
                                       )
                Plaintiff(s), )             **SUMMONS**
                                       )
         vs.                   )       *(Jury Trial Demanded)*
                                         )
Kimura Inc.,                    )
                                       )
                Defendant(s). )
_____ )

**TO THE ABOVE-NAMED DEFENDANT:**

      YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

                          **GUEST & BRADY, LLC**

                          s/: Richard K. Allen, III
                          Richard K. Allen, III S.C. Bar No. 74865
                          Russell F. Guest S.C. Bar No. 64250
                          900 E. North Street, Ste 210
                          Greenville, SC 29601
                          rguest@guestbrady.com
                          rallen@guestbrady.com
                          PH:    (864) 233-7200
                          FAX:  (864) 242-3667
                          ATTORNEYS FOR THE PLAINTIFF

December 20, 2017
Greenville, South Carolina

Case 3:25-cv-00681-MOC-DCK     Document 27-1     Filed 10/03/25     Page 20 of 27

STATE OF SOUTH CAROLINA

COUNTY OF GREENVILLE

Sonji Renae McKinney,

Plaintiff,

v.

Kimura, Inc.,

Defendant.

IN THE COURT OF COMMON PLEAS

Docket No.: 2017-CP-23-07967

**STIPULATION OF DISMISSAL**

The undersigned attorney for the Plaintiff and the undersigned attorney for the Defendant

Kimura stipulate that all controversy between the parties regarding this action is fully resolved.

Therefore, pursuant to Rule 41(a)(1) of the *South Carolina Rules of Civil Procedure*, it is hereby

stipulated that the Plaintiff's Complaint and this action are dismissed with prejudice and forever

ended. Each party agrees to bear her/his/its own costs and attorney's fees.

RICHARD K. ALLEN, III, S.C. BAR # 74865
GUEST & BRADY, LLC
900 E. North Street, Suite 210
Greenville, SC 29601
Attorney for the Plaintiff

KAY G. CROWE, S.C. BAR #1481
BARNES, ALFORD, STORK & JOHNSON, LLP
1613 Main Street (29201)
Post Office Box 8448
Columbia, South Carolina 29202
Attorneys for the Defendant

STATE OF SOUTH CAROLINA

COUNTY OF GREENVILLE

Sonji Renae McKinney,

　　　　　　　　　　Plaintiff,

　　v.

Kimura, Inc.,

　　　　　　　　　　Defendant.

IN THE COURT OF COMMON PLEAS

Docket No.: 2017-CP-23-07967

**STIPULATION OF DISMISSAL**



<div style="writing-mode: vertical">ELECTRONICALLY FILED - 2019 Feb 28 2:20 PM - GREENVILLE - COMMON PLEAS - CASE#2017CP2307967</div>

　　　　The undersigned attorney for the Plaintiff and the undersigned attorney for the Defendant

Kimura stipulate that all controversy between the parties regarding this action is fully resolved.

Therefore, pursuant to Rule 41(a)(1) of the *South Carolina Rules of Civil Procedure*, it is hereby

stipulated that the Plaintiff's Complaint and this action are dismissed with prejudice and forever

ended.  Each party agrees to bear her/his/its own costs and attorney's fees.

　_s/Richard K. Allen, III_____
RICHARD K. ALLEN, III, S.C. BAR #74865
GUEST & BRADY, LLC
900 E. North Street, Suite 210
Greenville, SC  29601
Attorney for the Plaintiff

　_s/Kay G. Crowe_____
KAY G. CROWE, S.C. BAR #1481
BARNES, ALFORD, STORK & JOHNSON, LLP
1613 Main Street (29201)
Post Office Box 8448
Columbia, South Carolina 29202
Attorneys for the Defendant



**Guest & Brady** LLC
ATTORNEYS AT LAW

*Russell Franklin Guest, Esq.*

*Kevin Phillip Brady, Esq.*
*Licensed in SC & FL*

*Richard Kingsley Allen, III Esq.*

*900 East North Street Suite 210*
*Greenville, SC 29601*

*Telephone: (864) 233-7200*
*Facsimile: (864) 242-3667*
*www.guestbrady.com*

May 18, 2018

**VIA EMAIL: Kay@basjlaw.com and REGULAR MAIL**
Kay Gaffney Crowe, Esq.
Barnes, Alford, Stork & Johnson, LLP
PO Box 8448
Columbia, SC 29202

RE: Sonji McKinney vs. Kimura Inc.
C.A. No.: 2017-CP-23-07967

Dear Kay:

Please find enclosed a **Notice of Motion to Compel Hearing** and a copy of the **Filed Motion to Compel** regarding the above referenced matter as well as a **Certificate of Mailing** for service of same. The Hearing is set for **June 27, 2018 at 9:30 a.m.**, before Judge Verdin.

If you have any questions or concerns, please call me.

Sincerely,

**GUEST & BRADY, LLC**

Richard K. Allen, III

RKA/sjc
Enclosures

## South Carolina Workers' Compensation Commission

1333 Main Street, Suite 500
P.O. BOX 1715
Columbia, SC 29202-1715
(803) 737-5723



WCC File #: **1510391**
Carrier File #: 002223016056WC01

December 22, 2016

### NOTICE OF HEARING

SONJI MCKINNEY v. MAGNA INDUSTRIES

**Subject:**      **To determine if employer/carrier may stop payment, and if so, to determine if claimant is entitled to any further benefits. Carrier also request credit for temporary total benefits paid in excess of award.**

**Date:**       **February 14, 2017 at 11:00 AM**

**Location:**     **County Square, 301 University Ridge, Conference Room E, East Wing Greenville, SC 29601**

South Carolina Regulations 67-601 through 67-615 govern hearings before the South Carolina Workers' Compensation Commission. The claimant must attend when not represented by an attorney or when disfigurement is involved. Corporations must be represented by an attorney, and uninsured employers must attend.

Attorneys must file a Form 58 with proof of service pursuant to Regulation 67-611. Postponements are only granted pursuant to Regulation 67-613. Please visit www.wcc.sc.gov/Commissioners to view Commissioners' Preferences. If you have questions regarding this matter, please contact the office of the undersigned Jurisdictional Commissioner.

Commissioner Susan S. Barden
803-737-5660, aeast@wcc.sc.gov

CERTIFICATE OF SERVICE – This is to certify the undersigned has served this notice in the above entitled action upon all parties to this cause by sending a copy hereof by electronic mail or United States mail.

By: Anita East, SC Workers' Compensation, December 22, 2016

| Party | Attorney |
|---|---|
| Employee: SONJI MCKINNEY | Russell F Guest<br>russellguest@guestbrady.com<br>864-233-7200 |
| Employer: MAGNA INDUSTRIES<br>Carrier: American Zurich Insurance Co. | J. South Lewis, II<br>jslewis@wjlaw.net<br>864-527-3284 |

# WILLSON JONES CARTER & BAXLEY, P.A.

### ATTORNEYS AT LAW

GREENVILLE   CHARLESTON   COLUMBIA   CHARLOTTE   RALEIGH   ATLANTA

Julie E. Harris
Direct (864) 527-3293
Fax (864) 235-6015
jeharris@wjlaw.net

872 S. Pleasantburg Drive
Greenville, SC 29607
www.wjcblaw.net

November 4, 2015

Russell F. Guest, Esquire
Guest & Brady, LLC
900 E. North Street, Suite 210
Greenville, SC 29601

Re:   Sonji McKinney vs. Magna Drive Automotive
      WCC File No.: 1510391  DOI: 7/17/2015
      Carrier: American Zurich Insurance Company - Claim No.: 002223-016056-WC-01
      WJC&B File No.: 0090.01946

Dear Mr. Guest:

We have scheduled an appointment for Sonji McKinney to be evaluated by Dr. Kanos of Southeastern Neurosurgical & Spine Institute on December 24, 2015, at 1:40 p.m. Dr. Kanos's office is located at 105 Doctor's Drive, Greenville. Please ensure that Ms. McKinney keeps this appointment. Also please ensure that she brings her MRI films with her to the appointment. If Ms. McKinney cannot attend the appointment for any reason, please call our office immediately.

With kindest regards,

WILLSON JONES CARTER & BAXLEY, P.A.

*Julie E. Harris*

Julie E. Harris
Paralegal to J. South Lewis, II

JEH

cc:   Ms. Wanda Ensley (*Via email*)



**Guest & Brady** LLC
ATTORNEYS AT LAW

*Russell Franklin Guest, Esq.*

*Kevin Phillip Brady, Esq.*
*Licensed in SC & FL*

*Richard Kingsley Allen, III Esq.*

*900 East North Street Suite 210*
*Greenville, SC 29601*

*Telephone: (864) 233-7200*
*Facsimile: (864) 242-3667*
*www.guestbrady.com*

December 22, 2016

J. South Lewis
Willson Jones Carter & Baxley PA
872 S. Pleasantburg Drive
Greenville, SC 29607

   RE: **Sonji McKinney vs. Drive Automotive**
      **WCC File: 1510391**

Dear South:

   Please find attached the following Notices of Depositions of the employees of Magna Drive, set for January 23, 2017 beginning at 10:00a.m., along with the **Certificate of Mailing** regarding the above referenced matter:
- **Notice of Deposition of Angus Cruickshank for 10:00 a.m.**
- **Notice of Deposition of Duone Dean for 11:00 a.m.**
- **Notice of Deposition of Craig Lane for 12:00 p.m.**
- **Notice of Deposition of Sue Kavanagh for 2:00 p.m.**
- **Notice of Deposition of Val Love for 3:00 p.m.**

   If you have any questions or concerns, please feel free to contact me or Sherry Crowe in my office.

   With kind regards, I remain

        Sincerely,

        Russell Guest
        Attorney at Law

RFG/sjc
Enclosures



Russell Franklin Guest, Esq.

Kevin Phillip Brady, Esq.
Licensed in SC & FL

Richard Kingsley Allen, III, Esq.

900 East North Street, Suite 210
Greenville, South Carolina 29601

Telephone: (864) 233-7200
Facsimile: (864) 242-3662
www.guestbrady.com

# FAX COVERSHEET

**TO:**
Dr. JUSTIN HUTCHESON

**FROM:**
RUSSELL GUEST

**COMPANY:**
CAROLINA CENTER FOR PAIN

**DATE:**
09/25/15

**FAX NUMBER:**
864-295-2337

**# OF PAGES:**
6

**RE:**
SONJI MCKINNEY    DOB: 03/14/1975    SSN: 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

• URGENT    • FOR REVIEW    • PLEASE COMMENT    • PLEASE REPLY

This firm represents Ms. McKinney in her WC injury and she was seen in the ER prior to the appointment with you and the ER was recommending these MRIs that I have attached. You also ordered the same MRIs along with and EMG and several complete x-Rays exams. Since WC had not approved the MRIs you're through your office Ms. Kinney proceeded with the request of the ER Physician since you were ordering these too. Ms. McKinney is in so much pain that she wanted to see if the MRIs would reveal something that is causing her pain that could be fixed so she could get better. I just wanted to provide you with a copy of these so that you may review. The ER physician has yet to discuss these finding with Ms. McKinney and she would like to see if you could call her and explain what these findings mean. I can't believe they allowed her to pick these up without any explanations. Can you or your office please call and discuss these with her.

THANKS-

**Sherry J. Crowe**
PARALEGAL TO RUSSELL GUEST