Carolinas Center for Advanced Mgmt of Pain - Greenville Office  
220 Roper Mountain Road Ext, Greenville, SC 29615  
(864) 295-6399  Fax: (864) 295-2337

09/15/2015  09:47 AM  
Page 1 of 1  
Test Form

# Test Form

| | | | |
|---|---|---|---|
| **Authorizing Provider:** Justin K Hutcheson MD | | **Service Provider:** | Carolina Center for the Advanced Mgmt of Pain |
| **Signing Provider:** Justin K Hutcheson MD | | | |
| **Phone:** (864) 583-0053 | | **Phone:** | |
| **Fax:** (864) 583-0390 | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | SONJI MCKINNEY | **DOB:** | 03/14/1975 | **Age:** | 40 Years |
| **Home Phone:** | (864) 757-9488 | **Sex:** | F | **SSN:** | 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 |
| **Work Phone:** | | | | | |
| **Resp. Provider:** | Justin K Hutcheson MD | | | | |

**Primary Ins:** GALLAGER BASSETT  
**Group:**  
**Policy:**  
**Insured ID:** 002223016056WC01

| Code | Description | Diagnoses |
|---|---|---|
| CPT-95861 | Needle EMG,2 extrmty,w/ or w/o paraspinal | RIGHT LOWER EXTREMITY PAIN (ICD-729.5) (ICD10-M79.609)<br>RIGHT UPPER EXTREMITY PAIN (ICD-729.5) (ICD10-M79.609) |

**Order Number:** 403986-5  
**Auth#:**  
**Quantity:** 1  
**Start Date:** 9/15/2015  
**Priority:** Normal  
**Electronically signed by:** Justin K Hutcheson MD  
**Signed on:** 9/15/2015  9:33:23AM  
**Instructions:** rue rle ? cause of pain/numbness

*All Sast Denied !*

Carolinas Center for Advanced Mgmt of Pain - Greenville Office
220 Roper Mountain Road Ext, Greenville, SC 29615
(864) 295-6399  Fax: (864) 295-2337

09/15/2015  09:44 AM
Page 1 of 1
Test Form

# Test Form

| | |
|---|---|
| **Authorizing Provider:** Justin K Hutcheson MD | **Service Provider:** X-Ray Provider |
| **Signing Provider:** Justin K Hutcheson MD | |
| **Phone:** (864) 583-0053 | **Phone:** |
| **Fax:** (864) 583-0390 | **Fax:** |

**Patient Name:** SONJI MCKINNEY  
**Home Phone:** (864) 757-9488  
**Work Phone:**  
**Resp. Provider:** Justin K Hutcheson MD  

**DOB:** 03/14/1975  **Age:** 40 Years  
**Sex:** F  **SSN:** 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  

**Primary Ins:** GALLAGER BASSETT  
**Group:**  
**Policy:**  
**Insured ID:** 002223016056WC01  

**Code**  
CPT-72052  

**Description**  
X-ray exam, cervical spine, complete  

**Diagnoses**  
CERVICAL SPONDYLOSIS (ICD-721.0) (ICD10-M47.812)

**Order Number:** 403986-1  
**Auth#:**  
**Quantity:** 1  
**Start Date:** 9/15/2015  
**Priority:** Normal  
**Electronically signed by:** Justin K Hutcheson MD  
**Signed on:** 9/15/2015  9:33:26AM  
**Instructions:**

Carolinas Center for Advanced Mgmt of Pain - Greenville Office
220 Roper Mountain Road Ext, Greenville, SC 29615
(864) 295-6399  Fax: (864) 295-2337

09/15/2015 09:43 AM
Page 1 of 1
Test Form

# Test Form

| | | | |
|---|---|---|---|
| **Authorizing Provider:** Justin K Hutcheson MD | | **Service Provider:** X-Ray Provider | |
| **Signing Provider:** Justin K Hutcheson MD | | | |
| **Phone:** (864) 583-0053 | | **Phone:** | |
| **Fax:** (864) 583-0390 | | **Fax:** | |
| **Patient Name:** SONJI MCKINNEY | | **DOB:** 03/14/1975 | **Age:** 40 Years |
| **Home Phone:** (864) 757-9488 | | **Sex:** F | **SSN:** 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 |
| **Work Phone:** | | | |
| **Resp. Provider:** Justin K Hutcheson MD | | | |

**Primary Ins:** GALLAGER BASSETT
**Group:**
**Policy:**
**Insured ID:** 002223016056WC01

| Code | Description | Diagnoses |
|---|---|---|
| CPT-72114 | X-ray lower spine, complete, w/ bending views | LUMBO-SACRAL SPONDYLOSIS (ICD-721.3) (ICD10-M47.817) |

**Order Number:** 403986-2
**Auth#:**
**Quantity:** 1
**Start Date:** 9/15/2015
**Priority:** Normal
**Electronically signed by:** Justin K Hutcheson MD
**Signed on:** 9/15/2015 9:33:26AM
**Instructions:**

Carolinas Center for Advanced Mgmt of Pain - Greenville Office  
220 Roper Mountain Road Ext, Greenville, SC 29615  
(864) 295-6399  Fax: (864) 295-2337

*09/15/2015  09:43 AM*  
Page 1 of 1  
Test Form

# Test Form

| | |
|---|---|
| **Authorizing Provider:** Justin K Hutcheson MD | **Service Provider:** MRI Provider |
| **Signing Provider:** Justin K Hutcheson MD | |
| **Phone:** (864) 583-0053 | **Phone:** |
| **Fax:** (864) 583-0390 | **Fax:** |

**Patient Name:** SONJI MCKINNEY  
**Home Phone:** (864) 757-9488  
**Work Phone:**  
**Resp. Provider:** Justin K Hutcheson MD

**DOB:** 03/14/1975  **Age:** 40 Years  
**Sex:** F  **SSN:** 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

**Primary Ins:** GALLAGER BASSETT  
**Group:**  
**Policy:**  
**Insured ID:** 002223016056WC01

**Code**  
CPT-72148

**Description**  
MRI, lumbar spine, w/o contrast

**Diagnoses**  
LUMBO-SACRAL SPONDYLOSIS (ICD-721.3)  
(ICD10-M47.817)

**Order Number:** 403986-3  
**Auth#:**  
**Quantity:** 1  
**Start Date:** 9/15/2015  
**Priority:** Normal  
**Electronically signed by:** Justin K Hutcheson MD  
**Signed on:** 9/15/2015  9:33:19AM  
**Instructions:**

Carolinas Center for Advanced Mgmt of Pain - Greenville Office
220 Roper Mountain Road Ext, Greenville, SC 29615
(864) 295-6399  Fax: (864) 295-2337

09/15/2015  09:43 AM
Page 1 of 1
Test Form

# Test Form

| | | | |
|---|---|---|---|
| **Authorizing Provider:** Justin K Hutcheson MD <br> **Signing Provider:** Justin K Hutcheson MD | | **Service Provider:** MRI Provider | |
| **Phone:** (864) 583-0053 <br> **Fax:** (864) 583-0390 | | **Phone:** <br> **Fax:** | |
| **Patient Name:** SONJI MCKINNEY <br> **Home Phone:** (864) 757-9488 <br> **Work Phone:** <br> **Resp. Provider:** Justin K Hutcheson MD | | **DOB:** 03/14/1975 <br> **Sex:** F | **Age:** 40 Years <br> **SSN:** 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 |

**Primary Ins:** GALLAGER BASSETT
**Group:**
**Policy:**
**Insured ID:** 002223016056WC01

**Code**  **Description**  **Diagnoses**
CPT-72141  MRI, cervical spine, w/o contrast  CERVICAL SPONDYLOSIS (ICD-721.0) (ICD10-M47.812)

**Order Number:** 403986-4
**Auth#:**
**Quantity:** 1
**Start Date:** 9/15/2015
**Priority:** Normal
**Electronically signed by:** Justin K Hutcheson MD
**Signed on:** 9/15/2015  9:33:19AM
**Instructions:**