# GREENVILLE HEALTH SYSTEM
GREENVILLE, SOUTH CAROLINA

## Fusion Report

| | | | |
|---|---|---|---|
| PATIENT NAME: | MCKINNEY, SONJI | MED. REC. NO.: | 970752451 |
| DOB: | 03/14/1975 | | |
| SEX: | F | PT. NS./ROOM: | -- |
| PT. CLASS: | H3 | CORP. ACCOUNT NO.: | |
| | | ADMISSION NO.: | 03023628282 |

ORDERING MD: TERESSA OLDSON, MD,      OP LOCATION: -

3505 PELHAM ROAD, STE A
GREENVILLE, SC

---

RM600022 - MRI THORACIC SPN W/O CON    ACCESSION NO:14830040
ORDERED BY: Dr. TERESSA OLDSON, MD,

Date of Exam: 09/21/2015 14:40
REASON FOR EXAM: Back pain. Fork lift injury to right back. Pain since injury.------

Admission Date: 09/21/2015

FINDINGS:                                                               Sagittal
T1, T2, and STIR imaging of the thoracic spine is performed. IV contrast is not utilized. I have no prior thoracic spine MRI exams for comparison.

There is normal alignment of the thoracic spine. The thoracic disk spaces are well maintained. There is a small T2 and STIR hyperintense lesion in the T4 vertebra, nonspecific, but probably representing a small atypical osseous hemangioma. There is normal signal intensity of the thoracic cord. I see no evidence of disk protrusions or herniations. No evidence of canal or foraminal stenosis is identified.

IMPRESSION:
Small nonspecific lesion in the T4 vertebral body, probably representing a small atypical osseous hemangioma. No additional significant thoracic spine pathology. No evidence of thoracic disk herniation or cord signal abnormalities.

TRANSCRIPTIONIST: mhb
TRANSCRIBE TIME/DATE: 09/21/2015 03:58 pm
READ BY:           MICHAEL H. BRANNON, MD
                   ELECTRONICALLY SIGNED BY:
9/21/2015 3:58 PM: MICHAEL H. BRANNON, MD

Patient Name: MCKINNEY, SONJI MRN: 970752451                                    Page 1 of 1
                                                                          Diagnostic Imaging Report
CONTAINS CONFIDENTIAL INFO – NOT TO BE DISTRIBUTED TO UNAUTHORIWED INDIVIDUALS

Case 3:25-cv-00681-MOC-DCK    Document 27-3    Filed 10/03/25    Page 1 of 5

## Fusion Report

| | | | |
|---|---|---|---|
| PATIENT NAME: | MCKINNEY, SONJI | MED. REC. NO.: | 970752451 |
| DOB: | 03/14/1975 | | |
| SEX: | F | PT. NS./ROOM: | -- |
| PT. CLASS: | H3 | CORP. ACCOUNT NO.: | |
| | | ADMISSION NO.: | 03023628282 |

ORDERING MD:  TERESSA OLDSON, MD,   OP LOCATION:  –

3505 PELHAM ROAD, STE A
GREENVILLE, SC

---

RM620022 - MRI CERV SPN W/O CON   ACCESSION NO:14830038
ORDERED BY: Dr. TERESSA OLDSON, MD,

Date of Exam: 09/21/2015 14:26
REASON FOR EXAM: Back pain. Fork lift injury to right back. Pain since injury.------

Admission Date: 09/21/2015

FINDINGS:                                                                   Sagittal
T1, T2, and STIR imaging is performed without the use of IV
contrast. Axial T2 and T2 fast field echo imaging is performed through the
disk spaces from C2-C3 through C7-T1. I have no prior cervical MRI exams for
comparison.

There is normal alignment of the cervical spine. Very mild disc space
narrowing is present at C3-C4 and C4-C5. The cerebellar tonsils appear
normally positioned. There is a small (about 3 mm) focus of T2 and STIR
hyperintensity in the left ventral aspect of the cervical cord at the C5
level, nonspecific, but potentially representing a small focus of
myelomalacia.

The visualized cervical soft tissues show no definite abnormalities.

At C2-C3, there is a diffuse disc/osteophyte complex without significant
canal or foraminal stenosis.

At C3-C4, there is a diffuse discs/osteophyte complex with partial effacement
of the ventral CSF space, but no evidence of cord compression. I see no
significant foraminal stenosis.

At C4-C5, there is a central disk/osteophyte complex with effacement of the
ventral CSF space, but no convincing cord compression. There is very mild
narrowing of the foramina bilaterally related to uncovertebral spurring.

At C5-C6, there is a very shallow discs/osteophyte complex with partial
effacement of the ventral CSF space, but no definite cord compression. There
is very mild narrowing of the foramina, left greater than right, related to
uncovertebral spurring.

The C6-C7 disc space is difficult to assess due to motion artifact on the
axial images. There is a diffuse disk/osteophyte complex, slightly more
pronounced to the left of midline, with effacement of the ventral CSF space
and probable partial effacement of the dorsal CSF space, but with no

Patient Name: MCKINNEY, SONJI MRN: 970752451                                    Page 1 of 2
                                                                        Diagnostic Imaging Report
CONTAINS CONFIDENTIAL INFO – NOT TO BE DISTRIBUTED TO UNAUTHORIWED INDIVIDUALS

Case 3:25-cv-00681-MOC-DCK    Document 27-3    Filed 10/03/25    Page 2 of 5

Claimant     134

# GREENVILLE HEALTH SYSTEM
GREENVILLE, SOUTH CAROLINA

## Fusion Report

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | MCKINNEY, SONJI | **MED. REC. NO.:** | 970752451 |
| **DOB:** | 03/14/1975 | | |
| **SEX:** | F | **PT. NS./ROOM:** | -- |
| **PT. CLASS:** | H3 | **CORP. ACCOUNT NO.:** | |
| | | **ADMISSION NO.:** | 03023628282 |

convincing cord compression. No significant foraminal stenosis at this level.

At C7-T1, I see no significant canal or foraminal stenosis.

IMPRESSION:

1. Axial imaging is mildly degraded by motion artifact.
2. Multilevel degenerative disk disease, most pronounced at C4-C5 and C6-C7, with resultant central canal stenosis as described. Mild multilevel foraminal stenosis.
3. Very small focus of abnormal cord signal on the left at the C5 level. This is nonspecific, potentially representing a small focus of myelomalacia, and conceivably related to the patient's disk disease. There is no evidence of additional cord signal abnormality. No evidence of edema or hemorrhage in the cervical soft tissues.

TRANSCRIPTIONIST: mhb
TRANSCRIBE TIME/DATE: 09/21/2015 03:55 pm
READ BY: MICHAEL H. BRANNON, MD
ELECTRONICALLY SIGNED BY:
9/21/2015 3:55 PM: MICHAEL H. BRANNON, MD

Patient Name: MCKINNEY, SONJI MRN: 970752451
Page 2 of 2
Diagnostic Imaging Report
CONTAINS CONFIDENTIAL INFO – NOT TO BE DISTRIBUTED TO UNAUTHORIWED INDIVIDUALS

Case 3:25-cv-00681-MOC-DCK    Document 27-3    Filed 10/03/25    Page 3 of 5

# Fusion Report

| | | | |
|---|---|---|---|
| PATIENT NAME: | MCKINNEY, SONJI | MED. REC. NO.: | 970752461 |
| DOB: | 03/14/1975 | | |
| SEX: | F | PT. NS./ROOM: | -- |
| PT. CLASS: | H3 | CORP. ACCOUNT NO.: | |
| | | ADMISSION NO.: | 03023628282 |

ORDERING MD: TERESSA OLDSON, MD,    OP LOCATION: –

3505 PELHAM ROAD, STE A
GREENVILLE, SC

---

RM600122 - MRI LUMBAR SPINE W/O CON    ACCESSION NO:14830039
ORDERED BY: Dr. TERESSA OLDSON, MD,

Date of Exam: 09/21/2015 15:10
REASON FOR EXAM: Back pain. Fork lift injury to right back. Pain since injury.------

Admission Date: 09/21/2015

FINDINGS:                                                                 Sagittal
T1, T2, and STIR imaging is performed without the use of IV contrast. Axial T1 and T2 imaging is performed through the disk spaces from L2-L3 through L5-S1. I have no prior studies for comparison.

There is normal alignment of the lumbar spine. Disk dessication is present at L5-S1. The conus appears normal, terminating at the L1 level.

Incidentally visualized retroperitoneal structures show no obvious abnormalities. On axial images, there is partial visualization of a hypointense mass measuring up to 4.9 cm in diameter which appears to be in or arising from the uterine fundus, and probably represents a large leiomyoma. If this is not a known finding in this patient, evaluation with pelvic ultrasound is suggested. There also appears to be a small amount of free pelvic fluid, nonspecific in this 40-year-old female.

At L2-L3, there is no significant canal or foraminal stenosis.

At L3-L4, there is very mild thickening of the ligamentum flavum bilaterally, with minimal reduction of the AP and transverse dimensions of the central spinal canal. No significant foraminal stenosis is present.

At L4-L5, there is a relatively shallow, diffuse disk bulge, with very mild thickening of the ligamentum flavum bilaterally, and with mild resultant reduction of the AP and transverse dimensions of the central spinal canal. No significant foraminal stenosis is identified.

At L5-S1, there is a shallow, diffuse disk protrusion with a small annular tear to the right of midline. There is mild reduction of the AP diameter of the central spinal canal. The disk protrusion does abut the S1 nerve roots within the canal, but does not appear to displace or compress than. There is no significant foraminal stenosis at this level.

IMPRESSION:

Patient Name: MCKINNEY, SONJI MRN: 970752461                            Page 1 of 2
                                                                 Diagnostic Imaging Report
CONTAINS CONFIDENTIAL INFO – NOT TO BE DISTRIBUTED TO UNAUTHORIWED INDIVIDUALS

Case 3:25-cv-00681-MOC-DCK   Document 27-3   Filed 10/03/25   Page 4 of 5

Claimant   134

## Fusion Report

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | MCKINNEY, SONJI | **MED. REC. NO.:** | 970752451 |
| **DOB:** | 03/14/1975 | | |
| **SEX:** | F | **PT. NS./ROOM:** | -- |
| **PT. CLASS:** | H3 | **CORP. ACCOUNT NO.:** | |
| | | **ADMISSION NO.:** | 03023628282 |

1. Mild multilevel degenerative disk disease as described in detail above. There is a shallow disk protrusion at L5-S1, abutting, but not displacing, the S1 nerve roots in the canal.
2. Hypointense lesion which appears to be in or arising from the uterine fundus. This probably represents a large uterine leiomyoma. If this is not a known finding in this patient, I would suggest further evaluation with pelvic ultrasound.

TRANSCRIPTIONIST: mhb
TRANSCRIBE TIME/DATE: 09/21/2015 04:09 pm
READ BY: MICHAEL H. BRANNON, MD
ELECTRONICALLY SIGNED BY:
9/21/2015 4:09 PM: MICHAEL H. BRANNON, MD

Patient Name: MCKINNEY, SONJI MRN: 970752451
Page 2 of 2
Diagnostic Imaging Report
CONTAINS CONFIDENTIAL INFO – NOT TO BE DISTRIBUTED TO UNAUTHORIWED INDIVIDUALS

Case 3:25-cv-00681-MOC-DCK    Document 27-3    Filed 10/03/25    Page 5 of 5