# WILLSON JONES CARTER & BAXLEY, P.A.

ATTORNEYS AT LAW

GREENVILLE    CHARLESTON    COLUMBIA    CHARLOTTE    RALEIGH    ATLANTA

Julie E. Harris
Direct (864) 527-3293
Fax (864) 235-6015
jeharris@wjlaw.net

872 S. Pleasantburg Drive
Greenville, SC 29607
www.wjcblaw.net

May 19, 2016

Mr. Russell F. Guest
Guest & Brady, LLC
900 E. North Street, Suite 210
Greenville, SC 29601

Re:    Sonji McKinney vs. Magna Drive Automotive
       WCC File No.: 1510391 DOI: 7/17/2015
       Carrier: American Zurich Insurance Company - Claim No.: 002223-016056-WC-01
       WJC&B File No.: 0090.01946

Dear Mr. Guest:

Enclosed please find the surveillance video and all reports of surveillance conducted on Sonji McKinney.

With kindest regards,

WILLSON JONES CARTER & BAXLEY, P.A.

*Julie E. Harris*

Julie E. Harris
Paralegal to J. South Lewis, II

JEH

Enclosures



# Gallagher Bassett Investigative Services

# Confidential Report

## Client Information

| | |
|---|---|
| Company Name: | Gallagher Bassett Services, Inc. - Charlotte NC |
| Client Contact: | Wanda Ensley |
| Client Address: | 8210 University Executive Park Drive Suite 250 Charlotte, North Carolina 28262 |
| Insured: | Magna International |
| Client Claim / SIU Number: | 002223-016056-WC-01 |

## GBIS Information

| | |
|---|---|
| File ID: | 381554 |
| Case Manager: | Joseph Mota |
| Investigator: | Patricia Fleming, Duane Graham |
| Date(s) of Investigation: | 08/28/2015, 08/29/2015, 08/30/2015, 09/15/2015 |

## Table Of Contents

I. Claimant Information
II. Preliminary Investigation
III. Client Objectives
IV. Investigative Summary
V. Video Snippet
VI. Detailed Investigative Report

## I – Claimant Information


Gallagher Bassett
Investigative Services

| Field | Value |
|---|---|
| Claim Type: | Workers' Compensation |
| Date of Loss: | 07/17/2015 |
| Reported Injury: | Right Shoulder, Neck, Arm, Lower Back, Bottom Right Foot, Right Leg, Below Knee, Left Hand |
| Date of Birth: | 03/14/1975 |
| Social Security #: | 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 |
| Claimant's Name: | Sonji McKinney |
| Registered Vehicle: | |
| Phone Number: | (864) 884-7930 |
| Address: | 204 Bells Creek Road, Simpsonville, South Carolina |

## II – Preliminary Investigation

A preliminary investigation of the claimant was conducted. A detailed database search of the claimant's name, address and Social Security Number revealed the following:

| Field | Value |
|---|---|
| Name(s): | Sonji McKinney |
| Social Security #: | 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 |
| Date of Birth: | 03/14/1975 |
| Rev. Phone Trace: | (864) 757-9488, (864) 399-9226, (864) 423-8552, (864) 909-2115, (864) 804-7099, (864) 909-9808, (864) 236-9257, (864) 277-4200, (864) 804-7002, (864) 884-4558, (864) 423-8522, (864) 909-3225, (864) 909-5244, (864) 909-7272, (864) 804-8583, (864) 804-9085, (864) 909-4014, (864) 909-4480, (980) 229-7749, (864) 814-9294, (864) 525-3706, (864) 567-5991, (864) 451-9718, (864) 386-0024, (863) 909-4014 |
| Current Address: | 204 Bells Creek Drive, Simpsonville, South Carolina 29681-4295 (Greenville County) |
| Prior Address(es): | PO Box 311, Simpsonville, South Carolina 29681-0311 (Greenville County) (06/2009 to 08/06/2015) |

| Registered Vehicle: | 2009 Acura (South Carolina tag HZB407); 2009 Acura (South Carolina tag JPQ325); 2004 Honda Accord (South Carolina tag AWC708) | Possible Business Affiliation: | |
|---|---|---|---|
| Possible Property Ownership: | | | |
| Social Media & Internet Sources: | | | |

Whitepages: http://www.whitepages.com/name/Sonji-R-Mckinney/Simpsonville-SC/a7warkr

## III – Client Objectives

The following investigative task was requested:

1. Two days of surveillance

## IV – Investigative Summary

On Saturday, August 29, 2015, surveillance was conducted on Sonji McKinney from 7:00 AM to 11:00 AM for a total of 4 hours. Upon arrival at the provided address of 204 Bells Creek Road, Simpsonville, South Carolina, the investigator observed a Honda Accord parked in front of the residence on the street. During our efforts, several spot checks were made but no changes were observed at the residence. The investigator was unable to confirm the claimant at the residence. A spot check was conducted at the claimant's sister's residence, located at 108 Middleton Street, Greenville, South Carolina. Upon arrival, the investigator observed two males and a female sitting outside on the steps, talking. The investigator returned to the claimant's residence but no changes were observed at the home. The investigator was not able to confirm the claimant presence at the residence; therefore, efforts were terminated in the area. A phone call was placed to the adjuster and a message was left with the days efforts.

On Sunday, August 30, 2015, surveillance was conducted on Sonji McKinney from 7:00 AM to 11:00 AM for a total of 4 hours. Upon arrival at the provided address of 204 Bells Creek Road, Simpsonville, South Carolina, the investigator observed the Honda Accord parked in front of the residence in the street as it was the previous day. During our efforts, spots checks were made but there were no changes at the residence. The investigator attempted to confirm the claimant presence at the residence but efforts were met with negative results. A neighborhood canvass did reveal that the claimant does reside at the residence along with two other females fitting the age description of the daughter. Due to the lack of observable activity on the claimant's part, efforts were terminated in the area. A message was left for the adjuster with our day's efforts.

On Tuesday, September 15, 2015, surveillance was conducted on Sonji McKinney from 6:00 AM to 2:00 PM for a total of 8 hours. Upon arrival at the provided address of the claimant, located at 204 Bells Creek Road, Simpsonville, South Carolina, the investigator observed the beige Honda Accord parked outside the garage. During our efforts, the claimant attended her scheduled medical appointment, driving a silver Acura TL.

She walked with her slight limp when entering the medical facility. She departed the medical facility and drove to an attorney's office in downtown Greenville, South Carolina. After approximately ten minutes she departed the office building and drove to BI-LO grocery store in Simpsonville, South Carolina, where she was observed shopping, pushing a shopping cart and walking around the store with a slight limp. She exited the store with a bag boy pushing her shopping cart of groceries. He placed the groceries her vehicle while the claimant entered the driver side. She departed the area and drove to her residence, where she was observed parking in the garage out of out view. Stationary surveillance was maintained outside her neighborhood but the claimant was not seen departing the area again. Efforts were terminated in area. A phone call was placed to the adjuster, giving her an update for the day. The investigator obtained approximately 3 minutes and 57 seconds of video documentation of the claimant.

Based on this investigation, we recommend conducting an additional two days of surveillance to continue documenting the claimant's activities.

Attachments:



## V – Video Snippet

Video documentation was obtained on the following date, click here to video:

September 15, 2015

Saturday
August 29, 2015

204 Bells Creek Road
Simpsonville, South Carolina

**7:00 AM**
The investigator arrived in the vicinity of the claimant's provided address, located at 204 Bells Creek Road, Simpsonville, South Carolina, and established surveillance. The residence can be described as a beige with white trim, two-story, single-family house in good condition. Upon arrival, the investigator observed a beige 2000 Honda Accord four door sedan, bearing South Carolina tag #6583GT, registered to Melisha Danielle Mckinney at 302 Chesley Drive, Simpsonville, South Carolina. No outside activity was observed at the residence. Due to the layout of the area, the investigator was forced to establish a surveillance position outside the neighborhood along the claimant's route of departure.

**7:53 AM**
A spot check was made but no changes were observed at the home.

**8:30 AM**
There was no sign of the claimant departing the area.

**9:00 AM**
A spot check was made but no changes were observed at the home.

**9:30 AM**
A spot check was made but no changes were observed at the home.

**10:15 AM**
The investigator attempted to ascertain the claimant's presence at the residence but efforts were met with negative results.

**10:30 AM**
The investigator departed the area en route to the claimant's sister residence.

**10:50 AM**
Upon arrival at 180 Middleton Street, Greenville, South Carolina, the investigator observed a female and two males outside on the steps of the residence, talking. There was no sign of the claimant at the residence. There were no appearances of anyone preparing for a wedding.

**11:00 AM**
The investigator departed the area en route to the claimant's residence but efforts were terminated at this time.

**11:30 AM**
A final spot check of the claimant's residence revealed no changes at the home.

\*                                    \*                                    \*

Sunday
August 30, 2015

204 Bells Creek Road
Simpsonville, South Carolina

7:00 AM
The investigator arrived in the vicinity of the claimant's provided address, located at 204 Bells Creek Road, Simpsonville, South Carolina, and established surveillance. The residence can be described as a beige with white trim, two-story, single-family house in good condition. Upon arrival, the investigator observed the beige 2000 Honda Accord, parked in the same position as it was the previous day. No outside activity was observed at the residence. Due to the layout of the area, the investigator was forced to establish a surveillance position outside the neighborhood along the claimant's route of departure.

8:00 AM
A spot check was made. No changes were observed at the residence.

9:00 AM
A spot check was made. There were no changes at the home.

10:00 AM
No changes were observed at the residence.

10:40 AM
The investigator attempted to confirm the claimant's presence at the residence but efforts were met with negative results. A neighborhood canvass did reveal that the claimant does reside at the residence along with two other females fitting the age description of the daughter.

11:00 AM
The investigator was not able to confirm the claimant at her residence and elected to terminate efforts in the area.

\*                                    \*                                    \*

Tuesday
September 15, 2015

204 Bells Creek Road
Simpsonville, South Carolina

6:00 AM
The investigator arrived in the vicinity of the claimant's provided address, located at 204 Bells Creek Road, Simpsonville, South Carolina, and established surveillance. The residence can be described as a beige with white trim, two-story, single-family house in good condition. Upon arrival, the investigator observed the beige Honda Accord, parked in front of the residence.

There was no sign of any lights illuminating from inside the home. Due to the layout of the neighborhood, the investigator secured a surveillance position along the claimant only route of departure.

7:22 AM
A female departed the area as the only occupant of the Honda Accord.

8:02 AM
A spot check was made but no outside activity was observed.

8:15 AM
The investigator departed the area en route to 220 Roper Mountain Road, Greenville, South Carolina, where the claimant was scheduled for a medical appointment.

8:40 AM
Upon arrival at the Carolina Center for Advanced Management of Pain, the investigator secured a surveillance position with a direct view of the only entrance to the facility. The facility is a one-story stucco building next to the Upstate Lung and Critical Care Specialist.

8:53 AM
The claimant arrived at the medical facility as the only occupant of a silver Acura TL, bearing South Carolina tag #HZB407. She exited her vehicle, talking on the phone. She walked towards the entrance of the building with a noticeable limp. She entered the facility, out of our view. For the record, the claimant is described as a 40 year-old African American female, standing approximately 5'5" tall and weighing around 185 pounds. She wore a blue wrap around her head, a black shirt, a dark gray jacket and a pair of black slacks. (Video)

9:54 AM
The claimant exited the facility, walked back to her vehicle, entered the driver side and departed the area. Mobile surveillance was initiated. (Video)

10:03 AM
The claimant drove to a law firm, located at 900 McCray Street, Greenville, South Carolina, where she was observed exiting her vehicle and walking into the building, carrying paperwork. The law firm is described as a brown brick, four-story building with several businesses inside. (Video)

10:06 AM
The claimant exited the building walked back to her vehicle entering the driver side and departing the area. Mobile surveillance was initiated. (Video)

10:28 AM
The claimant drove to BI-LO grocery store in Simpsonville, South Carolina, where she was observed exiting her vehicle and walking into the store. (Video)

10:33 AM
The investigator set out on foot equipped with a hidden camera to obtain video documentation of her while inside the store.

10:36 AM
While inside the store, the claimant was observed walking around shopping, while pushing a shopping cart.

**11:01 AM**
The claimant exited the store along with a bag boy pushing her shopping cart of groceries. She entered the driver side of the vehicle while the bag boy placed her groceries in her trunk. (Video)

**11:03 AM**
The claimant departed the area. Mobile surveillance was initiated.

**11:09 AM**
The claimant drove to her residence and pulled into the two-car garage, closing the door. A surveillance position was established along her route of departure.

**12:00 PM**
There was no sign of the claimant departing the area.

**1:00 PM**
A spot check was made but no changes were observed at the residence.

**1:40 PM**
A spot check was made but no outside activity was observed outside the home.

**2:00 PM**
Due to the lack of outside activity on the claimant's part, efforts were terminated in the area.


End of Report
\*                                    \*                                                \*

GBIS investigators make reasonable efforts to positively identify the Claimant without compromising the confidential nature of the investigation. We certify that the surveillance video and report are a true and accurate representation of the details of this investigation. Notwithstanding GBIS's best efforts, there may be occasions where someone other than the intended Claimant is videotaped. It is important, therefore, that you review any video footage obtained to insure that the individual depicted is in fact the intended Claimant. In the event that GBIS inadvertently secures video of the incorrect person, its liability is limited to having the case reworked by GBIS at no further expense to you, or to refunding the paid invoice for the service. Invoices generated for services provided by GBIS are reflective of all investigative effort as noted in the appropriate field report, CaseTrak application, or other client communication.

On Sunday, April 10, 2016, from 7:52 a.m. and 2:03 p.m., surveillance efforts were conducted in the vicinity of the CLAIMANTs provided address 204 Bells Creek Drive Simpsonville, SC 29681. Upon arrival the garage door was closed and a black Mercury sedan bearing SC license MER 347 and a black Kia Optima bearing SC license V43 9617 were parked by the curb in front of the residence. The neighbors and the neighborhood watch forced surveillance efforts to be moved outside of the neighborhood along the likely route of egress towards the nearby major shopping area. In the midmorning hours and during a spot check, both vehicles were found to no longer be present at the residence. A canvass was conducted of the nearby businesses and churches but neither vehicle was able to be located. With the CLAIMANT unable to be confirmed within the residence and her current whereabouts unable to be confirmed, surveillance efforts were discontinued at 2:03 p.m. The customer was updated via voicemail.

### *Preliminary Investigation Report*
POINTS OF INTEREST:
  Global options previously conducted surveillance efforts and documented the claimant. They also confirmed the current address.

SOCIAL NETWORKING:

>   Facebook:
>   https://www.facebook.com/profile.php?id=100001231718027&sk=about&section
>   =living&pnref=about - Possible family member; linked to phone number.
>   https://www.facebook.com/syntoriam - Family member

Myspace: None Found
LinkedIn: None found

>   Other: None
>   https://thatsthem.com/email/godsgirl87@yahoo.com – Reverse email
>   https://thatsthem.com/email/heard10@hotmail.com – Reverse email

ADDITIONAL WEB HITS:

>   Pipl.com:
>   http://10digits.us/n/Sonji_Mckinney/Simpsonville_SC/457ceff831b360a6e322079_c354ca7bc
>   http://www.yellowpages.com/whitepages/show?fp=eyJmaXJzdCI6IlNvbmppIiwibGFzdCI6Ik1ja2lubmV5Iiwic3RyZWV0IjoiMjA0IEJlbGxzIENyZWVrIERyIiwiY2l0eSI6IlNpbXBzb252aWxsZSIsInN0YXRlIjoiU0MiLCJwaG9uZSI6Ijg2NC03NTctOTQ4OCIsInppcCI6IjI5NjgxIn0%3D&form=sbn - Yellow pages.
>   Google.com
>   http://www.411.com/name/Sonji-Mckinney - 411.com link
>   http://www.intelius.com/Find-Phone-Address/Greenville-SC/Kenneth-Mckinney.html?hasSentRedir=1&refer=744 – Intelius link
>   http://vin.place/vin/sonji-mckinney.41512319.html - Vehicle information

http://southcarolinaprofiles.com/sonji-mckinney-1435724.html - SC profile

Business Listings: None found

Possible Email Addresses:
GODSGIRL87@YAHOO.COM
HATTIE56.SM@GMAIL.COM
HEARD10@HOTMAIL.COM

PRE-SURVEILLANCE INVESTIGATION:

- Claimant's Provided Address: 204 Bells Creek Road Simpsonville SC
- Claimants Most Recently Reported Address: 204 Bells Creek Drive, Simpsonville SC 29681.
- Possible Property Ownership: See comprehensive report.
- A reverse search of the provided telephone number revealed that this is a Verizon wireless mobile based in Greenville, SC.
- Vehicle Registrations: See Comprehensive Report
- Links to satellite imagery of the provided address and area, and other possible recent addresses:
- ADDRESS 1

COMPREHENSIVE REPORT SUMMARY:
Previous & Non-Verified Addr. (16)
UCC Filings: (1)
Phones Plus: (9)
Driver's License: (2)
Possible Properties Owned: (3)
Possible Criminal Records: (17)
Possible Associates: (7)

On Monday, April 11, 2016, from 7:07 a.m. and 3:05 p.m., surveillance efforts were conducted at 204 Bells Creek Drive Simpsonville, SC 29681. Upon arrival the garage door was closed and no vehicles were observed. At 1:42 p.m. a spot check was conducted of the residence and a dark grey 2009 Acura TSX bearing SC license JPQ 325 registered to Sonji and Devonte McKinney 204 Bells Creek Drive Simpsonville, SC 29681 was parked in the driveway. The customer was updated and it was learned that the claimant was scheduled to have a medical appointment at 8 a.m. but the location was not known. Surveillance efforts continued through the afternoon to attempt to monitor for the claimant's return.

# WILLSON JONES CARTER & BAXLEY, P.A.

ATTORNEYS AT LAW

GREENVILLE   CHARLESTON   COLUMBIA   CHARLOTTE   RALEIGH   ATLANTA

J. South Lewis, II
Direct (864) 527-3284
Fax (864) 235-6015
jslewis@wjlaw.net

872 S. Pleasantburg Drive
Greenville, SC 29607
www.wjcblaw.com

February 28, 2017

Russell F. Guest, Esquire
Guest & Brady, LLC
900 E. North Street, Suite 210
Greenville, SC 29601

Re: Sonji McKinney vs. Magna Drive Automotive
WCC File No.: 1510391 DOI: 7/17/2015
Carrier: American Zurich Insurance Company - Claim No.: 002223-016056-WC-01
WJC&B File No.: 0090.01946

Dear Russell:

Per the agreement to settle the above-referenced matter, enclosed please find the original and two copies of the final settlement Order (clincher agreement) and the Form 19, the original and three copies of the Separation Agreement and Release of Claims, a check in the amount of $50,000.00, and a check in the amount of $100.00 in consideration for your client's signature to the Separation Agreement and Release of Claims.

After you and your client have executed these documents, please forward the final settlement Order and **Form 19s** to the South Carolina Workers' Compensation Commission for approval. **Please ensure your client <u>signs and dates</u> the Form 19s.** Please return the original and one copy of the Separation Agreement and Release of Claims to my attention at the address on the letterhead.

**<u>Pursuant to the Commission's rule, attached you will find a self-addressed stamped envelope for forwarding to the Commission. Please request that two copies of the approved settlement agreement and two copies of the date-stamped Form 19s be returned to me in the envelope provided. Also attached is a $25.00 check, payable to the Commission, which is the required filing fee. Please ensure that this check is attached to your letter to the Commission.</u>**

Please do not distribute the settlement proceeds until the Separation Agreement and Release of Claims has been fully executed and that we have been informed that the settlement Order has been approved by the Commission.

With kindest regards,

WILLSON JONES CARTER & BAXLEY, P.A.

J. South Lewis, II

JSL/trs
Enclosures
cc (w/o enclosures):  Ms. Adriane R. Thompson (via e-mail)
Mr. Jeffrey Henkin (via e-mail)
Ms. Val Love (via e-mail)
Mr. Dwain Stevens (via e-mail)

GALLAGHER, BASSETT LOUISVILLE
P.O. BOX 6928
LOUISVILLE KY 40206-0928

WILSON, JONES, CARTER & BAXLEY
C/O J. SOUTH LEWIS
872 S. PLEASANTBURG DR
GREENVILLE SC 29607-2454

DIRECT INQUIRIES TO:

PHONE: 1-800-808-1415
GALLAGHER BASSETT LOUISVI
P.O. BOX 6928
LOUISVILLE KY 40206-0928

GALLAGHER BASSETT SERVICES INC FOR ZURICH AMERICA

| | | |
|---|---|---|
| CLAIM NO. 002223 016056 WC 01 | BRANCH NO. 142 | CHECK NO. 0134814321 |
| CLAIMANT: SONJI MCKINNEY | ACC. DATE 17-Jul-2015 | VN. 0000453336 |
| DESCRIPTION: SETTLEMENT AWARD | | DATE: 16-Feb-2017 |
| | PAYMENT AMOUNT: $50,000.00 | |

BENEFIT PERIOD: 14-Feb-2017 TO 14-Feb-2017

DETACH AND RETAIN THIS STUB FOR YOUR RECORDS

CHECK NO. 0134814321 ATTACHED BELOW

GALLAGHER BASSETT SERVICES INC FOR ZURICH AMERICAN INS

CHECK NO. 0134814321
VN. 0000453336

CLAIM NO. 002223 016056 WC 01   (SC01)   BRANCH NO.: 142

DATE: 02/16/2017

Fifty Thousand and 00/100 Dollars

62-20 / 311

PAY TO THE ORDER OF:
SONJI MCKINNEY
GUEST & BRADY, LLC
872 S. PLEASANTBURG DRIVE
GREENVILLE SC 29601

$$$$$$$$$$50,000.00

NOT VALID AFTER 90 DAYS

*Donna M. Korte*
AUTHORIZED SIGNATURE

Citibank
Citibank N.A.
Processed by Citibank (Delaware)

⑈013481432⑈   ⑆031100209⑆   4002490⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| RLH | | | | 004502 |

# Earnings Statement

**DRIVE AUTOMOTIVE INDUSTRIES**
PAYROLL ACCOUNT

Period Ending:
Pay Date: February 20, 2017

Social Security Number:
Taxable Marital Status:
Exemptions/Allowances:
  Federal:
  State:
  Local:

Sonji Mckinney

| Earnings | rate | hours | this period | year to date | Adjustment | this period |
|---|---|---|---|---|---|---|
| REG | | | $108.28 | | | |
| OT | | | | | | |
| DT | | | | | | |
| Vacation | | | | | | |
| Holiday | | | | | | |
| MED | | | | | | |
| Perfect | | | | | | |
| Retro | | | | | | |

**Net Pay**

**Other Benefits and Information** — this period — total to date

Gross Pay

✱ Bonus for Christmas

**Deductions** Statutory

| | | |
|---|---|---|
| Federal | $ | - |
| SS | $ | 6.71 |
| Medicare | $ | 1.57 |
| State | $ | - |

Other

**Important Notes**

| | | |
|---|---|---|
| Flex Care | $ | - |
| Health Insurance | $ | - |
| Optional Life | $ | - |
| 401k | $ | - |
| $401K Roth | $ | - |
| Flex Med | $ | - |
| 401k Match | $ | - |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS DOCUMENT CONTAINS A WATERMARK - VERIFY FOR AUTHENTICITY

**DRIVE AUTOMOTIVE INDUSTRIES**
PAYROLL ACCOUNT

Payroll check number: 005470
Pay date:
Social Security No 2-3/710 IL

February 20, 2017

Pay to the order of: Sonji Mckinney
This amount: One Hundred Dollars and 00/100   $100.00

Bank of America Merrill Lynch
Northbrook, IL USA

AUTHORIZED SIGNATURE



**South Carolina Workers' Compensation Commission**
1333 Main Street, Suite 500
P.O. BOX 1715
Columbia, SC 29202-1715
(803) 737-5723

WCC File #: 1510391
Carrier File #: 002223-016056-WC-01
Carrier Code #: 00438
Employer FEIN #: 98-0132369

Claimant's Name: Sonji McKinney
Address: PO Box 311
City: Simpsonville  State: SC  Zip: 29681
Home Phone: (864) 884-7930  Work Phone: ( ) -
Preparer's Name: Adriane R. Thompson  Law Firm: N/A

Employer's Name: Magna Industries
Address: 120 Moon Acres Rd
City: Piedmont  State: SC  Zip: 29673
Insurance Carrier: Gallagher Bassett c/o American Zurich Ins Co
Preparer's Phone #: (800) 808-1415

Compensation Paid:

| | | Number of Weeks | From (m/d/yyyy) | To (m/d/yyyy) | Amount |
|---|---|---|---|---|---|
| 1. | Number of Weeks T.T. | 47.14 | 4/1/2016 | 2/24/2017 | $ 36,004.35 |
| 2. | Number of Weeks T.P. | 0 | | | $ 0.00 |
| 3. | Number of Weeks P.P. | 0 | | | $ 0.00 |
| 4. | Disfigurement | 0 | | | $ 0.00 |
| 5. | Agreement and Final Release | | | | $ 50,000.00 |
| | **Total Compensation Paid** | | | | $ 86,004.35 |
| 6. | Total Medical Benefits* Paid | | | | $ 15,665.20 |
| 7. | Funeral Benefits | | | | $ 0.00 |

☐ Case Denied

Date of Injury: 7/17/2015 (m/d/yyyy)

By signing this receipt, I acknowledge that I have received the compensation shown above.

By: _____  Claimant

By: /s/ Adriane F. Thompson  Employer's Representative

Date: 2/27/2017 (m/d/yyyy)

Russell F. Guest, Esquire
Print or type the name of the person, other than the claimant, receiving benefits and sign below.

By: _____

Report of Additional Fees and Recoupment

A. Carrier Reimbursement by Third Party ............ $ 0.00
B. Attorney's Fee Paid by Employer ............ $ 0.00
C. Attorney's Fee Paid by Claimant (Non-contingent fees only) ............ $ 0.00

File this form with the Claims Department according to R.67-414 and R.67-1204. A person, other than the claimant, receiving benefits should sign on the line provided. * Do not include as medical costs fees paid for expert testimony, fees for determining carrier's liability, costs of autopsy, birth and death certificates and impartial examination. Form 19 must be filed within 16 days of final payment of compensation. Form 19 must be filed when a claim is denied.

WCC Form # 19
Rev. Date 01/2014

**19**

STATUS REPORT AND COMPENSATION RECEIPT