**EMPLOYEE/CLAIMANT:**    SONJI MCKINNEY

**EMPLOYER:**          MAGNA DRIVE AUTOMOTIVE

**INSURER:**           AMERICAN ZURICH INSURANCE COMPANY

---

### DEPOSITION OF SONJI MCKINNEY

---

PURSUANT TO NOTICE, THE WITHIN DEPOSITION OF

**SONJI MCKINNEY** WAS TAKEN BY THE EMPLOYER/INSURER ON THE

28TH DAY OF JUNE, 2016, COMMENCING AT THE HOUR OF

10:07 A.M., AT THE OFFICES OF GUEST AND BRADY, 900 EAST

NORTH STREET, SUITE 210, GREENVILLE, SOUTH CAROLINA,

ATTENDED BY COUNSEL AS FOLLOWS:

**KALEN MOLDOVAN**
**VERBATIM REPORTER**

---

## JAN L. WHITWORTH
**COURT REPORTING SERVICES**
**POST OFFICE BOX 551**
**ROEBUCK, S.C. 29376**
**(864)494-2705**

# APPEARANCES

**RUSSELL F. GUEST**, ESQUIRE, OF THE FIRM
GUEST & BRADY, L.L.C.
900 EAST NORTH STREET, SUITE 210
GREENVILLE, SOUTH CAROLINA 29601

ATTORNEY FOR THE CLAIMANT,


**J. SOUTH LEWIS, II**, ESQUIRE, OF THE FIRM
WILLSON JONES CARTER & BAXLEY, P.A.
872 SOUTH PLEASANTBURG DRIVE
GREENVILLE, SOUTH CAROLINA 29607

ATTORNEY FOR THE DEFENDANTS.

# I N D E X

                                       **PAGE**

WAIVER AND STIPULATIONS. .................. 4

EXAMINATION BY MR. LEWIS................... 4

EXAMINATION BY MR. GUEST................... 83

CERTIFICATE OF NOTARY PUBLIC.............. 89

**EXHIBITS**:

NONE ENTERED

**OBJECTIONS**:

NONE

\* DIGITAL RECORDING RETAINED FOR SIX (6) MONTHS FROM DATE OF CERTIFICATION.

```
 1        PURSUANT TO NOTICE AND/OR AGREEMENT TO TAKE
 2   DEPOSITIONS, THE WITHIN DEPOSITION WAS TAKEN BY THE
 3   ABOVE-NAMED COURT REPORTER, A NOTARY PUBLIC FOR THE STATE
 4   OF SOUTH CAROLINA, BY CONSENT OF ALL PARTIES AT THE
 5   GUEST AND BRADY LAW FIRM IN GREENVILLE, SOUTH CAROLINA.
 6        *  *  *  *     *  *  *  *     *  *  *  *     *  *  *  *
 7   _____**STIPULATIONS**:
 8        IT IS AGREED BY AND BETWEEN COUNSEL FOR THE PARTIES
 9   AS FOLLOWS:
10        1.   THE DEPOSITION IS BEING TAKEN PURSUANT TO THE
11             RULES OF THE SOUTH CAROLINA WORKERS'
12             COMPENSATION COMMISSION.
13        2.   THE READING AND SIGNING OF THE DEPOSITION
14             TRANSCRIPT ARE **WAIVED** BY THE WITNESS AND THE
15             PARTIES.
16        *  *  *  *     *  *  *  *     *  *  *  *     *  *  *  *
17        THE WITNESS WAS DULY SWORN TO TELL THE TRUTH, THE
18   WHOLE TRUTH AND NOTHING BUT THE TRUTH CONCERNING THE
19   MATTER HEREIN:
20   _____**SONJI MCKINNEY,**
21   BEING FIRST DULY SWORN, TESTIFIED ON HER OATH AS FOLLOWS:
22   **EXAMINATION BY MR. LEWIS:**
23   Q.   MS. MCKINNEY, GOOD MORNING.
24   A.   GOOD MORNING.
25   Q.   NICE TO SEE YOU TODAY.
```

| | | |
|---|---|---|
| 1 | A. | GOOD TO SEE YOU, TOO, SIR. |
| 2 | Q. | I DON'T BELIEVE WE'VE MET BEFORE. |
| 3 | A. | NO, SIR, WE HAVEN'T. |
| 4 | Q. | OTHER THAN JUST BEFORE WE WENT ON THE RECORD. |
| 5 | A. | YES. |
| 6 | Q. | BUT NOW THAT WE'RE ON THE RECORD, EVERYTHING YOU SAY |
| 7 | | AND I SAY IS GOING TO BE RECORDED AND --- |
| 8 | A. | OKAY. |
| 9 | Q. | --- TRANSCRIBED BY THIS NICE LADY OVER HERE. |
| 10 | A. | OKAY. |
| 11 | Q. | SHE'S THE COURT REPORTER.  SHE DOES A GREAT JOB. |
| 12 | A. | OKAY. |
| 13 | Q. | ALL SHE'S DOING IS TAKING DOWN THE QUESTIONS THAT I |
| 14 | | ASK --- |
| 15 | A. | OKAY. |
| 16 | Q. | --- AND THE ANSWERS THAT YOU GIVE. |
| 17 | A. | OKAY. |
| 18 | Q. | YOU CAN SEE SHE'S GOT THAT MOUTHPIECE THERE.  SHE'S |
| 19 | | GOING TO END UP TYPING IT UP AT --- |
| 20 | A. | OKAY. |
| 21 | Q. | --- SOME POINT.  IT'S GOING TO BE LIKE IN A |
| 22 | | TRANSCRIPT BOOK.  WE CAN FLIP THROUGH IT AND READ |
| 23 | | IT, OKAY? |
| 24 | A. | OKAY. |
| 25 | Q. | NOW THAT WE'RE ON THE RECORD, I JUST WANT TO GIVE |

1    YOU -- I'M REQUIRED TO TELL YOU A COUPLE OF THE

2    GROUND RULES AND SUCH.

3    A.    OKAY.

4    Q.    THE FIRST THING I WANT YOU TO KNOW IS, NOTHING I'M

5          GOING TO ASK YOU TODAY IS WITH THE INTENT TO EITHER

6          TRICK YOU, EMBARRASS YOU, OR MAKE YOU FEEL A CERTAIN

7          WAY.  I JUST HAVE TO GET SOME INFORMATION FROM YOU

8          ON BEHALF OF MY CLIENTS.

9    A.    OKAY.

10   Q.    OF COURSE, I REPRESENT DRIVE AUTOMOTIVE AND THEIR

11         WORKERS' COMP CARRIER IN YOUR WORKERS COMP CASE,

12         OKAY?

13   A.    OKAY.

14   Q.    THIS IS THE ONLY WAY I CAN FIND OUT INFORMATION FROM

15         YOU, BECAUSE YOU'RE REPRESENTED BY AN ATTORNEY.  I

16         CAN'T PICK UP THE PHONE AND CALL YOU AND ASK YOU

17         THESE THINGS, SO THIS IS HOW WE HAVE TO DO IT.  IT'S

18         CALLED A DEPOSITION.

19             HAVE YOU EVER DONE ONE OF THESE DEPOSITIONS

20         BEFORE?

21   A.    NO.  CAN YOU EXPLAIN THAT TO ME ---

22   Q.    YES, MA'AM, I WILL.

23   A.    --- EXACTLY WHAT IT IS AND ---

24   Q.    OKAY.

25   A.    --- I CAN ---

1  Q.  A DEPOSITION IS A PROCESS BY WHICH A PARTY OR A

2      WITNESS TO A CASE -- IN THIS CASE, YOU ARE THE

3      PLAINTIFF OR THE CLAIMANT IN THIS WORKERS' COMP

4      CASE.  THIS IS A CHANCE -- YOU'VE BEEN SWORN IN

5      UNDER OATH.  I'M GOING TO ASK YOU A NUMBER OF

6      QUESTIONS, AND YOU'RE REQUIRED TO ANSWER THEM, OKAY?

7  A.  OKAY.

8  Q.  I'M GOING TO ASK YOU A LOT OF THINGS.  SOME THINGS

9      YOU MIGHT THINK DON'T HAVE ANYTHING TO DO WITH YOUR

10     CASE, BUT UNLESS YOUR ATTORNEY OBJECTS AND INSTRUCTS

11     YOU NOT TO ANSWER IT, YOU NEED TO ANSWER THEM.

12 A.  OKAY.

13 Q.  AND I'LL REITERATE THAT I'M NOT TRYING TO EMBARRASS

14     YOU, OFFEND YOU, TRICK YOU, OR ---

15 A.  OKAY.

16 Q.  --- ANYTHING LIKE THAT.  SOMETIMES YOU KNOW WHAT

17     QUESTION I'M ASKING BEFORE THE WHOLE QUESTION IS

18     OUT ---

19 A.  OKAY.

20 Q.  --- OF MY MOUTH.

21 A.  OKAY.

22 Q.  LET ME, PLEASE, GET THE QUESTION OUT.  I'LL DO THE

23     SAME WITH YOUR ANSWER.

24 A.  YES, SIR.

25 Q.  SO THAT WHEN WE GET THE TRANSCRIPT BACK, IT READS

1          NICE AND CLEAN, DOESN'T HAVE A LOT OF DASHES IN IT,

2          INTERRUPTIONS AND SUCH, OKAY?

3     A.   YES, SIR.

4     Q.   OKAY.  YOU'RE DOING A GREAT JOB SO FAR OF SPEAKING

5          UP.  SOME PEOPLE ARE REALLY SOFT-SPOKEN.

6     A.   UH-HUH.

7     Q.   SO I JUST ASK THEM TO SPEAK UP ENOUGH SO THAT THE

8          COURT REPORTER WILL BE ABLE TO RECORD YOUR ANSWER

9          AND HEAR WHAT YOU'RE SAYING, OKAY?

10    A.   YES, SIR.

11    Q.   OKAY.  IF YOU NEED A BREAK AT ANY TIME, PLEASE LET

12         ME KNOW.

13    A.   YES, SIR.

14    Q.   WE DON'T NEED TO RUSH THROUGH THIS.  THIS IS NOT

15         GOING TO TAKE ALL DAY.

16    A.   OKAY.

17    Q.   BUT AT THE SAME TIME, IT'S NOT GOING TO BE OVER IN

18         TEN MINUTES EITHER.

19    A.   OKAY.

20    Q.   SO I WANT YOU TO BE COMFORTABLE.

21    A.   UH-HUH.

22    Q.   I SEE YOU'VE GOT PILLOWS.

23    A.   UH-HUH.

24    Q.   YOU'VE GOT A PILLOW ON YOUR UPPER AND YOUR LOWER

25         BACK THERE ---

| | | |
|---|---|---|
| 1 | A. | YES, SIR. |
| 2 | Q. | --- THAT YOU'RE SITTING AGAINST? |
| 3 | A. | YES. |
| 4 | Q. | ALL RIGHT. IF YOU NEED TO STAND UP AT ANY TIME, I |
| 5 | | CAN ASK YOU QUESTIONS WHILE YOU'RE STANDING. |
| 6 | A. | YES, SIR. |
| 7 | Q. | AS A MATTER OF FACT, I CAN STAND WITH YOU AND --- |
| 8 | A. | OKAY. |
| 9 | Q. | --- ASK YOU QUESTIONS IF I NEED TO. |
| 10 | A. | OKAY. |
| 11 | Q. | BUT IF YOU NEED A BREAK FOR THE BATHROOM OR WHATEVER |
| 12 | | IT IS, JUST LET ME KNOW. |
| 13 | A. | YES, SIR, I WILL. |
| 14 | Q. | WHILE YOU'RE OUT ON A BREAK, YOU'RE NOT ALLOWED TO |
| 15 | | SPEAK TO ANYBODY ABOUT YOUR TESTIMONY. |
| 16 | A. | OKAY. |
| 17 | Q. | BUT YOU CAN GO TAKE AS LONG AS YOU NEED TO GO TO THE |
| 18 | | RESTROOM, GET YOU SOMETHING TO DRINK, OR WHATEVER IT |
| 19 | | IS, OKAY? |
| 20 | A. | OKAY. |
| 21 | Q. | ALL RIGHT. ARE YOU READY TO GET STARTED? |
| 22 | A. | YES, SIR. I FORGOT YOUR NAME AGAIN. |
| 23 | Q. | OKAY. |
| 24 | A. | I APOLOGIZE. |
| 25 | Q. | MY FIRST NAME IS SOUTH. |

1    A.    SOUTH?

2    Q.    SOUTH, LIKE THE DIRECTION.

3    A.    OKAY.

4    Q.    LIKE YOU LIVE IN SOUTH CAROLINA.

5    A.    OKAY.

6    Q.    AND MY LAST NAME IS LEWIS.

7    A.    OKAY.

8    Q.    L-E-W-I-S.

9    A.    DO YOU GO BY MR. LEWIS, OR?

10   Q.    I GO BY -- WELL, IT DEPENDS WHO'S TALKING TO ME.

11   A.    OKAY.

12   Q.    YOU CAN CALL ME SOUTH.

13   A.    ARE YOU SURE?

14   Q.    YEAH.

15   A.    OKAY.

16   Q.    RUSSELL CALLS ME SOUTH.

17   A.    OKAY.

18   Q.    PEOPLE THAT LIKE ME CALL ME SOUTH.

19   A.    WELL, I'LL CALL YOU SOUTH.

20   Q.    PEOPLE THAT DON'T LIKE ME USUALLY CALL ME MR. LEWIS

21         OR SOMETHING I CAN'T SAY ON THE RECORD.

22   A.    WELL, I'LL CALL YOU SOUTH.

23   Q.    ALL RIGHT.  OKAY.  SO WHAT I'M GOING TO DO FIRST IS

24         JUST ASK SOME BACKGROUND INFORMATION, OKAY?

25   A.    OKAY.

1    Q.   ANYBODY THAT'S A PARTY TO A CASE ARE SUBJECT TO

2         THESE QUESTIONS, ALL RIGHT?

3    A.   OKAY.

4    Q.   OKAY.  I HEARD YOU SAY YOUR NAME IS SONJI.

5    A.   YES.

6    Q.   SO YOU PRONOUNCE THE J.?

7    A.   YES, SIR.

8    Q.   OKAY.  IS IT S-O-N-J-I?

9    A.   YES, SIR, IT IS.

10   Q.   OKAY.  AND YOUR LAST NAME IS MCKINNEY?

11   A.   YES, SIR.

12   Q.   AND DO YOU HAVE A MIDDLE NAME?

13   A.   RENAE.

14   Q.   OKAY.

15   A.   AND THAT'S ---

16   Q.   WITH ONE E. OR TWO?

17   A.   WELL, ACTUALLY, IT'S SPELLED R-E-N-A-E.

18   Q.   R-E-N-A-E?

19   A.   YES.

20   Q.   OKAY.  AND IS THAT YOUR BIRTH NAME?

21   A.   YES.

22   Q.   SONJI RENAE MCKINNEY?

23   A.   YES, SIR.

24   Q.   OKAY.

25   A.   YOU NEED TO SEE MY BIRTH CERTIFICATE?

1    Q.    NO, MA'AM, I DON'T.

2    A.    OKAY.

3    Q.    TELL ME, THOUGH, HOW OLD ARE YOU AND WHEN WERE YOU

4          BORN?

5    A.    FORTY-ONE.

6    Q.    OKAY.

7    A.    MARCH 14, 1975.

8    Q.    WELL, I'M ABOUT TO BE 40, SO I'M RIGHT THERE WITH

9          YOU.

10   A.    REALLY?

11   Q.    WHERE WERE YOU BORN, GREENVILLE?

12   A.    YES, SIR.

13   Q.    AT THE HOSPITAL HERE?

14   A.    I WAS BORN AT THE HOSPITAL.

15   Q.    GENERAL?

16   A.    YEAH, GENERAL HOSPITAL.

17   Q.    OKAY.  AND HAVE YOU ALWAYS LIVED IN SOUTH CAROLINA?

18         HAVE YOU EVER LIVED OUTSIDE OF THE STATE?

19   A.    I ALWAYS STAYED HERE.

20   Q.    OKAY.  SO YOU'VE NEVER BEEN A RESIDENT OF ANOTHER

21         STATE?

22   A.    NO, NOT A RESIDENT.  NO, SIR.

23   Q.    OKAY.  AND DO YOU HAVE A DRIVER'S LICENSE?

24   A.    YES, SIR.

25   Q.    OKAY.  AND I DON'T NEED TO SEE THAT EITHER, BUT IS

| | | |
|---|---|---|
| 1 | | IT CURRENT AND IN EFFECT RIGHT NOW? |
| 2 | A. | YES, SIR, IT IS. |
| 3 | Q. | OKAY. HAVE YOU LOST IT FOR ANY REASON IN THE LAST |
| 4 | | TEN YEARS? |
| 5 | A. | NO, SIR. |
| 6 | Q. | OKAY. DID YOU DRIVE YOURSELF HERE TODAY? |
| 7 | A. | YES, SIR, I DID. |
| 8 | Q. | DID YOU DRIVE IN YOUR VEHICLE? |
| 9 | A. | YES, SIR, I DID. |
| 10 | Q. | OKAY. AND WHAT TYPE OF VEHICLE DO YOU DRIVE? |
| 11 | A. | IT'S A 2009 ACURA T.L. |
| 12 | Q. | ACURA? |
| 13 | A. | YES, SIR. |
| 14 | Q. | IS THAT A SEDAN OR LIKE A HATCHBACK OR S.U.V.? |
| 15 | A. | IT'S A SEDAN. |
| 16 | Q. | OKAY. NOW, IS IT A STRAIGHT DRIVE OR DO YOU -- IS |
| 17 | | IT AN AUTOMATIC? |
| 18 | A. | AUTOMATIC. |
| 19 | Q. | OKAY. AND YOU OWN THAT VEHICLE? |
| 20 | A. | YES, SIR. |
| 21 | Q. | OKAY. AND ARE YOU MARRIED? |
| 22 | A. | NO, SIR. |
| 23 | Q. | OKAY. HAVE YOU EVER BEEN MARRIED? |
| 24 | A. | NO, SIR. |
| 25 | Q. | DO YOU HAVE ANY CHILDREN? |

1    A.   YES, SIR.

2    Q.   HOW MANY CHILDREN?

3    A.   THREE.

4    Q.   WHAT ARE THEIR AGES?

5    A.   MY KIDS ARE 23, 21, AND 19.

6    Q.   OKAY.  THEY'RE 23, 21, AND 19?

7    A.   YES, SIR.

8    Q.   AND DO THOSE CHILDREN LIVE WITH YOU, ANY OF THEM?

9    A.   YES, SIR.

10    Q.   ALL OF THEM?

11    A.   ALL OF THEM.

12    Q.   SO YOU'VE GOT A FULL HOUSE?

13    A.   YES, SIR.

14    Q.   OKAY.  AND WHERE DO YOU PRESENTLY LIVE?

15    A.   204 BELLS CREEK.

16    Q.   BELLS CREEK?

17    A.   YEAH, LIKE JINGLE BELLS.

18    Q.   OKAY.  IS THAT TWO WORDS?

19    A.   YES, SIR, IT IS.

20    Q.   OKAY.

21    A.   WITH AN S., BELLS CREEK DRIVE.

22    Q.   ALL RIGHT.  IS THAT GREENVILLE?

23    A.   SIMPSONVILLE.

24    Q.   OKAY.  AND WHAT'S THE ZIP ON THAT?

25    A.   29681.

1    Q.   AND IS THAT A HOUSE?

2    A.   IT IS.

3    Q.   OKAY.  DO YOU OWN IT?  ARE YOU RENTING IT?  BUYING

4         IT?

5    A.   I'M BUYING IT.

6    Q.   SO YOU MAKE A MORTGAGE PAYMENT ON IT?

7    A.   YES, SIR, I DO.

8    Q.   DOES ANYONE LIVE THERE WITH YOU OTHER THAN YOU AND

9         THE THREE KIDS?

10   A.   WELL, MY GRANDSON COMES.  THEY -- MY GRANDSONS COME

11        WHEN IT'S HIS TIME TO BE WITH HIS MOM, 'CAUSE HER --

12        HER AND THE BABY DADDY ROTATE.

13   Q.   GOTCHA.  SO THE MOM IS YOUR DAUGHTER?

14   A.   YES.

15   Q.   OKAY.  AND YOUR OTHER CHILDREN, ARE THEY BOYS OR

16        GIRLS?

17   A.   MY 23-YEAR-OLD IS MY SON.  MY 21-YEAR-OLD IS MY

18        DAUGHTER.  THE 19-YEAR-OLD IS MY DAUGHTER.

19   Q.   OKAY.  AND DO YOU -- ARE YOU FINANCIALLY RESPONSIBLE

20        FOR SUPPORTING THOSE THREE CHILDREN?

21   A.   OH, NO, SIR.  THEY WORK.

22   Q.   THEY WORK?

23   A.   YEAH, BUT MY -- MY 21-YEAR-OLD, HER BABY DADDY TAKE

24        CARE OF HER.  AND SOMETIMES I MAY FILL IN, BUT SHE

25        WILL BE GOING BACK TO WORK ONCE MY GRANDDAUGHTER IS

```
 1          BORN.
 2     Q.   HAS ANYBODY ELSE LIVED IN THE HOME IN THE LAST YEAR
 3          OTHER THAN YOU AND YOUR THREE CHILDREN?
 4     A.   MY EX USED TO LIVE WITH ME.
 5     Q.   YOUR EX-BOYFRIEND?
 6     A.   YES, MY EX-BOYFRIEND.
 7     Q.   WHEN DID HE MOVE OUT?
 8     A.   ACTUALLY, WHEN I GOT INJURED.
 9     Q.   OKAY.  SO ---
10     A.   HE DON'T WANT TO DEAL WITH IT.
11     Q.   SO THAT WOULD'VE BEEN -- YOU WERE INJURED IN JULY OF
12          '15, RIGHT ABOUT NINE MONTHS AGO.  WAS THAT WHEN HE
13          MOVED OUT?  OR WAS IT SOMETIME LATER?
14     A.   WELL, HE -- HE LEFT AND THEN SOMETIMES HE -- HE CAME
15          BACK.  BUT THIS IS SOMETHING HE CAN'T DEAL WITH
16          RIGHT NOW.  BUT HE STILL LOVE ME.
17     Q.   AND CAN YOU EXPLAIN WHAT YOU MEAN WHEN YOU SAY,
18          SOMETHING HE CAN'T DEAL WITH?
19     A.   MY PAIN AND, YOU KNOW, STUFF LIKE THAT.  HE JUST --
20          DO YOU WANT ME TO GO DEEP WITH IT OR JUST ---
21     Q.   YEAH.
22     A.   IT HAS AFFECTED ME AND HIS RELATIONSHIP.
23     Q.   OKAY.  WHEN IS THE LAST TIME HE WAS LIVING THERE?
24     A.   HE WASN'T -- HE -- HE WASN'T -- HE HASN'T BEEN
25          LIVING WITH ME.  HE MAY COME AND SPEND THE NIGHT
```

1       EVERY NOW AND THEN, BUT THE LAST TIME HE SPENT THE

2       NIGHT WAS FEBRUARY THE 14TH.

3   Q.  OKAY.

4   A.  AND THEN HE HASN'T BEEN BACK TO SPEND THE NIGHT.

5   Q.  AND THAT'S VALENTINE'S DAY?

6   A.  YES.

7   Q.  OKAY.  TELL ME A LITTLE BIT ABOUT YOUR SCHOOLING.

8       YOU GREW UP AROUND HERE.  WHERE DID YOU GO TO

9       SCHOOL?

10  A.  I WENT TO GREENVILLE HIGH.

11  Q.  OKAY.  AND DID YOU GRADUATE?

12  A.  I HAVE A G.E.D.

13  Q.  DID YOU DROP OUT IN A CERTAIN GRADE?  OR DID YOU

14      FINISH THROUGH THE WHOLE TIME, BUT YOU JUST DIDN'T

15      GET A DIPLOMA?

16  A.  I DROPPED OUT.

17  Q.  WHEN WAS THAT?

18  A.  AFTER I WON FRESHMAN PRINCESS, I DROPPED OUT OF

19      SCHOOL.

20  Q.  SO YOU WON FRESHMAN PRINCESS IN ---

21  A.  YES.

22  Q.  --- THAT WOULD BE THE NINTH GRADE?

23  A.  YES.

24  Q.  WELL, CONGRATULATIONS.

25  A.  THANK YOU.

1    Q.    ALL RIGHT.  AND DID YOU FINISH THE NINTH GRADE?

2    A.    ACTUALLY, ONCE I HAD THE -- WHAT THEY CALL IT?  THE

3          BASKETBALL -- I MEAN, THE FOOTBALL -- WHAT THEY CALL

4          IT WHEN YOU WIN -- OH, HOMECOMING.  WHEN THE

5          HOMECOMING STUFF WAS OVER, AFTER I WON FRESHMAN

6          PRINCESS, I JUST DROPPED OUT OF SCHOOL.

7    Q.    WAS THAT BECAUSE YOU WERE HAVING DIFFICULTY IN

8          SCHOOL ---

9    A.    NO, IT WAS JUST THAT ---

10   Q.    --- OR YOU JUST DIDN'T CARE ABOUT IT?

11   A.    I MEAN, I WAS POPULAR.  YOU KNOW, I -- I MEAN, I WON

12         FRESHMAN PRINCESS.

13   Q.    SO WHY DID YOU WANT TO LEAVE?

14   A.    I DIDN'T -- I JUST DIDN'T CARE ABOUT SCHOOL.

15   Q.    JUST DIDN'T ENTERTAIN YOU?

16   A.    NO.  NO, SIR.

17   Q.    SO WHAT YEAR WOULD THAT HAVE BEEN THAT YOU DROPPED

18         OUT OF SCHOOL?

19   A.    (NO VERBAL RESPONSE.)

20   Q.    YOU WERE PROBABLY SUPPOSED TO GRADUATE IN, WHAT,

21         '93?

22   A.    IN '93, SO ---

23   Q.    OKAY.

24   A.    --- '90 OR '89.

25   Q.    OKAY.

```
1    A.   I'LL SAY '90.
2    Q.   SO WHAT YEAR DID YOU GET THE G.E.D.?
3    A.   WHEN I WAS IN PRISON.  I CAN'T -- I WAS IN PRISON
4         WHEN I GOT IT.
5    Q.   OKAY.  DO YOU REMEMBER WHAT YEAR THAT WAS?
6    A.   IT'S ON MY -- IT'S ON MY CERTIFICATE.  NO, SIR, I
7         DON'T REMEMBER.  BUT I HAVE IT.
8    Q.   ALL RIGHT.  NOW, TELL ME A LITTLE BIT ABOUT YOUR --
9         I WAS GOING TO ASK YOU NEXT ABOUT YOUR CRIMINAL
10        HISTORY.  AGAIN, EVERYBODY -- I'M NOT ASKING YOU
11        THAT JUST BECAUSE YOU MENTIONED THAT TO ME.
12        EVERYBODY THAT'S A PARTY TO A CASE IS RESPONSIBLE,
13        IF THEY'RE ASKED THESE QUESTIONS, TO ANSWER THEM.
14        BUT TELL ME A LITTLE BIT ABOUT YOUR CRIMINAL
15        HISTORY.
16   A.   GROWING UP, I GOT A FEW ASSAULT AND BATTERY CHARGES.
17        I CAN'T REMEMBER HOW MANY.  I HAD A FRAUDULENT CHECK
18        FOR -- BECAUSE ONE OF MY COUSINS STOLE ONE OF MY
19        BEST FRIEND'S CHECKBOOK AND SHE GOT IN TROUBLE.  AND
20        BY ME KNOWING ABOUT IT, THEY CHARGED ME, TOO.  AND
21        THEN I GOT CHARGED WITH CONSPIRACY BECAUSE I WOULD
22        NOT -- IT WAS FOR MY BABY DADDY.
23   Q.   SO WHAT WAS THE CHARGE THAT ---
24   A.   CONSPIRACY.
25   Q.   THAT SENT YOU TO PRISON?
```

1   A.   YES.

2   Q.   OKAY.  HOW LONG DID YOU SERVE?

3   A.   FROM JULY 31, 2000 TO AUGUST 31, 2006 -- I MEAN,

4        FEBRUARY 21, 2006.  I'M SORRY.  WELL, I WAS IN A

5        HALFWAY HOUSE FROM AUGUST 31ST TO FEBRUARY OF 2006

6        THEN.

7   Q.   SO YOU SERVED SIX YEARS?

8   A.   YES, SIR.

9   Q.   OKAY.  AND CONSPIRACY WAS THE ONLY CHARGE THAT YOU

10       WERE SERVING TIME FOR?

11  A.   YES, SIR.

12  Q.   SINCE YOUR RELEASE FROM PRISON, HAVE YOU HAD ANY

13       ARRESTS, CHARGES, ANYTHING?

14  A.   NO, SIR.  I TURNED MY WHOLE LIFE AROUND.

15  Q.   SO WHEN YOU GOT OUT OF PRISON, YOU HAD THIS G.E.D.

16       THEN ---

17  A.   UH-HUH.

18  Q.   --- DID YOU GO TO WORK?

19  A.   WELL, ACTUALLY, I WAS WORKING FOR ARTISTS

20       INTERNATIONAL FOR A LITTLE WHILE.  I DID JANITORIAL

21       WORK.  I WAS AN ADMINISTRATIVE ASSISTANT AT UNITED

22       TRUST MORTGAGE COMPANY, BUT IT CLOSED DOWN.

23  Q.   NOW, IS THIS ALL AFTER PRISON?

24  A.   UH-HUH.

25  Q.   OKAY.  IS THAT A YES?

1    A.   YES, SIR.

2    Q.   OKAY.

3    A.   I'M SORRY.

4    Q.   ANOTHER THING I MIGHT NOT HAVE MENTIONED TO YOU

5        EARLIER, SOMETIMES THE COURT REPORTERS HAVE A HARD

6        TIME REGISTERING UH-HUHS AND HEAD NODS, SO JUST, IF

7        YOU ---

8    A.   I APOLOGIZE.

9    Q.   --- WOULD, ANSWER OUT LOUD.

10   A.   YES, SIR.

11   Q.   OKAY.  THANK YOU.  SO YOU KIND OF JUMBLED A COUPLE

12       THINGS TOGETHER.  MAYBE I DIDN'T ASK A GOOD

13       QUESTION.

14          WHAT WAS YOUR FIRST JOB OUT OF PRISON?

15   A.   AN ADMINISTRATIVE ASSISTANT.

16   Q.   AND WHERE WAS THAT?

17   A.   FIRST UNITED TRUST MORTGAGE, WHICH IS CLOSED DOWN

18       NOW.

19   Q.   WAS THAT HERE IN GREENVILLE?

20   A.   YES, SIR.

21   Q.   AND AS AN ADMINISTRATIVE ASSISTANT, WERE YOU DOING

22       CLERICAL ---

23   A.   YEAH, ANSWERING THE TELEPHONES, RUNNING ERRANDS TO

24       LIKE OFFICE DEPOT, STUFF LIKE THAT.

25   Q.   AND DO YOU REMEMBER WHO YOUR BOSS THAT YOU REPORTED

1      TO THERE WAS?

2    A.   JAMES CAREY.

3    Q.   WAS HE A BANKER OR A MORTGAGE BROKER?

4    A.   YES.

5    Q.   OKAY.  AND HOW LONG -- AND I DON'T NEED EXACT DATES,

6         BUT APPROXIMATELY HOW LONG DID YOU WORK AT FIRST

7         UNITED TRUST?

8    A.   UP UNTIL 2008 OR -- YEAH, SOMETIME IN 2008.

9    Q.   AND DID YOU LEAVE THERE VOLUNTARILY?

10   A.   OH, YES.

11   Q.   OKAY.

12   A.   MY -- YES, I HAD TO.

13   Q.   WHY DID YOU HAVE TO LEAVE?

14   A.   WASN'T MAKING ENOUGH MONEY TO SURVIVE WITH MY

15        CHILDREN.

16   Q.   OKAY.  BECAUSE YOUR CHILDREN WERE PRETTY YOUNG AT

17        THAT TIME.

18   A.   YES.  YES, SIR.

19   Q.   SO WHAT DID YOU DO NEXT?

20   A.   I TRIED TO GET MY OWN BUSINESS.  I HAD A LOT OF

21        PEOPLE HELPING ME.  IT WAS -- I STARTED DOING

22        JANITORIAL WORK.

23   Q.   OKAY.  SO YOU HAD PEOPLE THAT YOU GOT TO GO CLEAN

24        PLACES?

25   A.   YES, SIR.

```
 1      Q.   RESIDENCES OR BUSINESSES?

 2      A.   RESIDENT.

 3      Q.   OKAY.

 4      A.   HOMES.

 5      Q.   WHAT DID YOU CALL YOUR BUSINESS?

 6      A.   (NO VERBAL RESPONSE.)

 7      Q.   DID IT HAVE A NAME?

 8      A.   D.S. MAINTENANCE.

 9      Q.   AND YOU WERE THE OWNER?

10      A.   PART-OWNER.

11      Q.   OKAY.  HOW LONG DID YOU OWN THIS BUSINESS?

12      A.   CLOSE TO A YEAR.  I WASN'T MAKING ENOUGH MONEY.  I

13           THINK IT WAS ABOUT A YEAR.

14      Q.   NOW, WHEN YOU SAY JANITORIAL AND YOU SAY

15           RESIDENTIAL, DO YOU MEAN, ESSENTIALLY, HOUSE

16           CLEANING?

17      A.   YES, HOUSE CLEANING.

18      Q.   OKAY.  WERE YOU MAKING MORE MONEY, YOU KNOW, HELPING

19           OPERATE THIS BUSINESS THAN YOU HAD AT THE

20           MORTGAGE ---

21      A.   NO, SIR.

22      Q.   --- COMPANY?

23      A.   UH-UH.

24      Q.   SO WHAT DID YOU DO AFTER YOU DECIDED YOU WEREN'T

25           MAKING ENOUGH MONEY IN THIS?
```

1    A.   RECESSION HIT IN 2009, AND THAT'S WHEN I -- I LET IT

2          GO.  AND I CALLED MY SISTER AND SHE GOT ME A JOB OUT

3          AT MAGNA AS A TEMP IN MARCH, 2010.  I GOT HIRED ON

4          ON AUGUST 16, 2010.

5    Q.   AND SINCE THAT TIME, HAS MAGNA BEEN YOUR ONLY

6          EMPLOYER?

7    A.   YES, SIR.

8    Q.   OKAY.  WHAT TEMP COMPANY DID YOU GO THROUGH; DO YOU

9          REMEMBER?

10   A.   RESOURCE.

11   Q.   RESOURCE?

12   A.   YES, SIR.

13   Q.   SO RESOURCE, THEY MADE YOU -- I'VE BEEN DOING WORK

14         FOR MAGNA FOR A NUMBER OF YEARS.  SO RESOURCE, THEY

15         WOULD MAKE YOU -- YOU HAD TO BE ON, WHAT, SIX MONTHS

16         WITH THEM, OR?

17   A.   WELL, I GOT THERE ABOUT -- IT WAS AROUND MARCH, I

18         BELIEVE.  THEY HIRED ME IN AUGUST.

19   Q.   OKAY.

20   A.   IT WAS AUGUST 16, 2010.

21   Q.   AND YOU'VE ALWAYS BEEN AT THE PLANT OUT THERE IN

22         PIEDMONT?

23   A.   YES, SIR.

24   Q.   NOW, YOU MADE IT UP TO A SUPERVISOR; IS THAT RIGHT?

25   A.   YES, SIR, I DID.

1     Q.   I'M ASSUMING YOU STARTED OUT LOWER AND THEN WORKED

2         YOUR WAY UP?

3     A.   I STARTED OUT AS AN ASSOCIATE AND EIGHT MONTHS

4         LATER, I BECAME A TEAM LEADER.  I BECAME A

5         SUPERVISOR LAST YEAR IN MAY.

6     Q.   SO AT THE TIME OF YOUR INJURY THAT WE'RE GOING TO

7         TALK ABOUT, YOU WERE A SUPERVISOR?

8     A.   I WAS A SUPERVISOR, YES.

9     **BY THE WITNESS:**

10         CAN I STAND UP FOR A SECOND, PLEASE?

11    **BY MR. GUEST:**

12         SURE.

13    **BY MR. LEWIS:**

14         YES, MA'AM.

15    **BY THE WITNESS:**

16         I'M ALL RIGHT.

17    **BY MR. GUEST:**

18         OKAY.

19    **EXAMINATION RESUMED BY MR. LEWIS:**

20    Q.   DID YOU SAY YOU BECAME A SUPERVISOR IN APRIL?

21    A.   NO, MAY.

22    Q.   I'M SORRY.  MAY OF '15?

23    A.   NO, MAY OF -- MAY OF -- YES, MAY OF '15.  YES, SIR.

24    Q.   NOW, DESCRIBE TO ME YOUR JOB AS THE SUPERVISOR ON A

25         DAY-TO-DAY BASIS.  WHAT WERE YOU DOING?  WHAT

1         DEPARTMENT WERE ---

2    A.   I WAS ---

3    Q.   --- YOU IN?  HOW MANY EMPLOYEES DID YOU SUPERVISE

4         AND SUCH?

5    A.   I WAS IN THE STRUCTURES -- THE STRUCTURES

6         DEPARTMENT.  I SUPERVISED CLOSE TO 50 PEOPLE ON ONE

7         SHIFT.  MY JOB WAS TO BE ON THE FLOOR -- 90 PERCENT

8         ON THE FLOOR, MAKING SURE EVERYTHING IS, YOU KNOW --

9         MAKING SURE THE TEAM LEADERS AND EVERYBODY WAS DOING

10       THEIR -- THEIR -- MEETING THEIR EXPECTATIONS.

11   Q.   AND BETWEEN TEAM LEADERS AND RANK AND FILE

12       EMPLOYEES, HOW MANY FOLKS WERE UNDER YOU

13       APPROXIMATELY?

14   A.   I'D SAY AROUND 50.  I DON'T -- I MEAN, MY DEPARTMENT

15       WAS GROWING.

16   Q.   OKAY.

17   A.   AND I SUPERVISED ALMOST 40 LINES.  THAT'S A LOT,

18       ALMOST 40.

19   Q.   AND WHO DID YOU REPORT TO?

20   A.   DEBRA VRONCH.

21   Q.   AND WHAT'S DEBRA'S TITLE?

22   A.   MANAGER.

23   Q.   MANAGER OF WHAT?

24   A.   STRUCTURES DEPARTMENT.

25   Q.   OKAY.

1    A.   IT WAS JUST B.M.W.

2    Q.   SO THE 40 LINES YOU WERE SUPERVISING, WERE THEY

3         MANUFACTURING THINGS EXCLUSIVELY FOR B.M.W.?

4    A.   YES, SIR.

5    Q.   OKAY.  ARE YOU WORKING NOW?

6    A.   NO, SIR.

7    Q.   WHEN'S THE LAST DAY THAT YOU WORKED?

8    A.   THE DAY BEFORE EASTER.

9    Q.   DO YOU HAPPEN TO RECALL WHAT DATE THAT WAS?

10   A.   THE LAST WEEKEND IN MARCH.  IF YOU -- IF YOU HAVE A

11        CALENDAR, I CAN GET IT.

12   Q.   UH-UH.

13   A.   IT WAS THE DAY BEFORE EASTER.

14   Q.   OKAY.

15   A.   I THINK IT WAS THE ---

16   Q.   SO ---

17   A.   --- 26TH OR 27TH.  IT WAS MARCH 26 OR 27.

18   Q.   EASTER WOULD HAVE BEEN ON SUNDAY, SO IF YOU

19        WORKED ---

20   A.   YEAH.

21   Q.   --- IT WAS THAT SATURDAY.

22   A.   YES, SIR.

23   Q.   OKAY.  AND WHAT HAPPENED THAT DAY?  WHAT MADE THAT

24        YOUR LAST DAY THAT YOU WORKED?

25   A.   DEBBIE KNEW THAT I WAS ON LIGHT DUTY.  SHE KNEW I

1      HAD TO ROTATE.

2   Q.  NOW, WHEN YOU SAY DEBBIE, ARE YOU TALKING ABOUT DEB

3      VRONCH?

4   A.  YES.

5   Q.  OKAY.

6   A.  AND SHE MOVED MY CHAIR JUST SO I COULDN'T SIT DOWN,

7      SO -- AND IT WAS PAINFUL WALKING AND JUST, YOU KNOW,

8      MOVING UP AND DOWN.  DOING PAYROLL -- IT WAS JUST

9      HARD.

10  Q.  ALL RIGHT.  SO I'M GOING TO MAKE SURE IT'S REAL

11     CLEAR.  YOU'RE SAYING THAT THE LAST DAY YOU WORKED

12     WAS THE SATURDAY BEFORE EASTER, AND THE REASON THAT

13     YOU DIDN'T WORK ANYMORE AFTER THAT IS BECAUSE YOU

14     SAY DEB TOOK YOUR CHAIR FROM YOU?

15  A.  YEAH, AND IT WAS TOO PAINFUL FOR ME TO STAND UP AND

16     WORK.  IT WAS TOO PAINFUL.  IT WAS PAINFUL FOR ME.

17     AND EVEN THOUGH I HAD A CART, I STILL HAD TO GET OFF

18     AND ON, OFF AND ON, YOU KNOW, TALKING TO DIFFERENT

19     EMPLOYEES.  IT'S JUST THAT I WAS DOING TOO MUCH.  I

20     COULDN'T -- I COULDN'T PERFORM THE 90 PERCENT

21     WALKING AND STANDING THAT SHE REQUIRED.  THOSE WERE

22     HER EXPECTATIONS AND I COULD NOT MEET THEM.

23  Q.  EXPLAIN THAT TO ME A LITTLE MORE.  SHE REQUIRED 90

24     PERCENT WALKING AND STANDING?

25  A.  YES.  YES, SIR.  ON THE FLOOR IN OUR DEPARTMENT,

```
 1          WHICH IS HUGE.  AND DOING -- AND SHE WANTED ME TO BE
 2          ON THE FLOOR 90 PERCENT OF THE TIME, WALKING AND
 3          STANDING, DOING -- SHE WANTED ME TO MAKE SURE
 4          EVERYBODY WAS TRAINED UP.  IT WAS A LOT.  I HAD TO
 5          DO PAPERWORK.  HER EXPECTATIONS WAS A LOT.  AND MY
 6          INJURY -- MY INJURY WOULD NOT LET ME MEET HER
 7          EXPECTATIONS AS A SUPERVISOR.
 8    Q.    NOW, THE PAPERWORK THAT SHE WANTED YOU TO DO, WOULD
 9          YOU BE DOING THAT SITTING DOWN?
10    A.    NO.  ACTUALLY, IT'S A LOT OF TRAINING.  I COULD SIT
11          DOWN AND DO IT.  IT WOULD -- I -- THAT'S WHAT I HAD
12          BEEN DOING SINCE I BEEN ON LIGHT DUTY.  I BEEN
13          SITTING DOWN AND RUNNING THE FLOOR.  BUT SHE JUST
14          DIDN'T WANT ME TO SIT DOWN.  SHE DIDN'T WANT NO
15          SUPERVISOR SITTING DOWN ANYMORE.
16    Q.    WHAT WERE YOUR RESTRICTIONS AT THE TIME THAT YOU
17          WERE LAST WORKING?
18    A.    LIGHT DUTY.
19    Q.    BUT WHAT WERE THEY, SPECIFICALLY?  WAS IT DON'T LIFT
20          OVER SO MANY POUNDS?  DON'T WALK SO MANY HOURS?
21    A.    IT JUST SAID LIGHT DUTY ON SOME OF THE PAPERS.  IT
22          JUST SAID LIGHT DUTY.
23    Q.    OKAY.  AND WAS THAT FROM DR. HUTCHESON?
24    A.    YES, SIR.
25    Q.    OKAY.  SO WHEN YOU SAY SHE TOOK YOUR CHAIR, TELL ME
```

1    WHAT THAT MEANS.

2  A. SHE TOOK IT BACK TO WHERE NOBODY COULD SIT DOWN.

3  Q. DID SHE TALK TO YOU ABOUT THAT BEFORE SHE MOVED IT?

4  A. WELL, ACTUALLY, IT WAS IN A E-MAIL.  THAT'S WHEN I

5    HAD TO SIGN THE PAPER THAT I WOULD BE ON THE FLOOR

6    90 PERCENT OF THE TIME.  I KNEW I COULD NOT WALK OR

7    STAND 90 PERCENT OF -- I COULDN'T MEET HER

8    EXPECTATIONS.

9  Q. WAS ---

10  A. I TRIED, THOUGH.

11  Q. WAS WHAT THEY WERE ASKING YOU TO DO IN EXCESS OF THE

12    RESTRICTIONS THAT DR. HUTCHESON HAD PLACED ON YOU?

13  A. YES, SIR.

14  Q. IN WHAT WAY?

15  A. WANTED ME TO BE ON THE FLOOR WALKING AND STANDING,

16    BEING INTERACTIVE WITH ALL THE PEOPLE, WHICH WAS,

17    YOU KNOW, GIVING ME FLARE-UPS, MAKING MY MUSCLES

18    FLARE UP BY WALKING AND STANDING.  SOMETIMES I DID

19    RIDE, BUT I STILL HAD TO MOVE MY ARMS AND STUFF AND

20    TALK TO EVERYBODY.  IT WAS JUST -- IT WAS JUST TOO

21    MUCH ON ME.  AND MY REQUIREMENTS WAS LIGHT DUTY.  I

22    JUST COULDN'T STAND TO WALK 90 PERCENT OF THE TIME,

23    'CAUSE SUPERVISORS WAS -- ARE TO BE ON THE FLOOR 90

24    PERCENT OF THE TIME.

25  Q. AND WHAT DID DR. HUTCHESON TELL YOU THAT YOU COULD

1          NOT DO THAT WOULD HAVE DISALLOWED YOU FROM DOING

2          THAT JOB?

3     A.   HE JUST TOLD ME TO DO LIGHT DUTY.  HE DIDN'T PUT

4          LIKE, "DON'T LET HER LIFT OVER FIVE POUNDS."  IT

5          JUST ALWAYS SAID LIGHT DUTY.

6     Q.   AND YOU SAID THERE WAS AN E-MAIL?

7     A.   YEAH.

8     Q.   TELL ME ABOUT THAT.  WAS THAT AN E-MAIL FROM DEB TO

9          YOU?

10    A.   YEAH, TO -- NO, TO THE SUPERVISORS.

11    Q.   AND DO YOU REMEMBER THE GIST OF IT?

12    A.   NO, SIR, I CAN'T REMEMBER ALL OF IT.  ALL I KNOW IS,

13         SHE -- HER EXPECTATIONS WAS, WE NEED TO BE ON THE

14         FLOOR.  WE NEED TO MAKE SURE EVERYBODY WAS TRAINED.

15         NO -- DON'T BE AT THE DESK -- ONLY 10 PERCENT AT THE

16         DESK AND 90 PERCENT ON THE FLOOR, MAKING SURE

17         EVERYBODY WAS TRAINED UP.  NO MORE QUALITY ALERTS

18         FROM B.M.W.  YOU KNOW, SHE JUST WANTED US ON THE

19         FLOOR, MAKING SURE EVERYTHING WAS GETTING DONE.

20    Q.   SAY THAT AGAIN, NO MORE QUALITY WHAT?

21    A.   QUALITY ALERTS TO B.M.W., WHICH MEANS WE WAS GETTING

22         TOO MANY BAD PARTS TO B.M.W.  AND SHE DIDN'T LIKE

23         THAT.

24    Q.   YEAH, 'CAUSE THEY'RE YOU'RE CUSTOMER.

25    A.   YES.

1    Q.  OKAY.  AND IF THERE ---

2    A.  WE COULD HAVE LOST THE CONTRACT.

3    Q.  IF THERE WAS A BAD PART TO B.M.W., A QUALITY ALERT

4        WAS SOMETHING B.M.W. SENT BACK TO YOU GUYS ---

5    A.  YES.

6    Q.  --- SAYING, "THIS PART ISN'T RIGHT?"

7    A.  YES.

8    Q.  OKAY.  NOW, AT THE TIME THAT YOU WERE LAST WORKING,

9        DID YOU HAVE A SET SCHEDULE?  I MEAN, EIGHT HOURS,

10       TEN HOURS, TWELVE HOURS?

11   A.  NINE.

12   Q.  WHAT WAS YOUR SCHEDULE?

13   A.  NINE.  NINE HOURS A DAY.

14   Q.  NINE HOURS A DAY?

15   A.  YEAH, IN ORDER FOR ME TO KEEP MY POSITION, I HAD TO

16       WORK -- SUPERVISORS HAD TO WORK 45 HOURS A WEEK.

17       NINE HOURS IS -- WHICH IS -- I WORKED NINE HOURS,

18       FIVE DAYS A WEEK.

19   Q.  AND HAD THAT BEEN YOUR SCHEDULE FOR A NUMBER OF

20       YEARS?

21   A.  NO, I HAD STARTED THAT -- WE WAS ON 12 HOURS IN MAY.

22       ONCE I TOOK THE SUPERVISOR POSITION, I WAS WORKING

23       5:30 P.M. TO 6 A.M.

24   Q.  WELL, I ---

25   A.  A LOT OF HOURS.

```
 1      Q.    WHAT I WANT TO KNOW IS, WHAT WAS YOUR SCHEDULE?
 2            WHEN DID IT GO FROM SOMETHING ELSE TO NINE HOURS?
 3      A.    WHEN I GOT INJURED.  WHEN THE ASSOCIATES WAS
 4            FIGHTING TO GET BACK ON EIGHT HOURS.  BECAUSE THE 12
 5            HOURS WASN'T -- A LOT OF PEOPLE HAD QUIT.  THE --
 6            THEY JUST -- WE WASN'T USED TO WORKING 12 HOURS.
 7            THAT PLANT ALWAYS HAD BEEN EIGHT HOURS.
 8      Q.    PRIOR TO YOUR INJURY, WERE YOU WORKING 12 HOURS?
 9      A.    YES.
10      Q.    OKAY.  AND THEN AFTER YOUR INJURY, IT WENT TO NINE
11            HOURS BECAUSE OF LIGHT DUTY?
12      A.    NO, IT WENT TO -- I WAS STILL WORKING.  I WAS TRYING
13            TO STILL WORK.  IT WENT TO EIGHT HOURS, THEN IT WENT
14            TO NINE HOURS FOR ME TO KEEP MY POSITION.  IN ORDER
15            FOR ME TO KEEP MY POSITION, I HAD TO WORK NINE HOURS
16            A DAY.
17      Q.    AND WERE YOU ABLE TO DO THAT?
18      A.    I TRIED.  YEAH, I TRIED.  I -- I -- I TRIED.
19      Q.    DID YOU WORK EVERY SATURDAY?  WAS IT JUST SOME
20            SATURDAYS?
21      A.    EVERY OTHER WEEKEND.
22      Q.    OKAY.  SO WHAT WAS YOUR NORMAL SCHEDULE?
23      A.    (NO VERBAL RESPONSE.)
24      Q.    LET'S DO IT THIS WAY, BEFORE YOU GOT HURT, WHAT WAS
25            YOUR NORMAL SCHEDULE?
```

1    A.   IT WAS 5:30 P.M. TO 6:30 -- TO 6 A.M.

2    Q.   SO 5:30 P.M. TO 6 A.M.?

3    A.   YES.

4    Q.   AND YOU HAD SOME BREAKS BUILT IN THERE?

5    A.   YES.  WELL, I WAS -- I WOULDN'T TAKE BREAKS.  I WAS

6         A WORKAHOLIC.  I'M -- I JUST ---

7    Q.   BUT THEY ---

8    A.   WELL, I WAS ABOUT THE BUSINESS, SO ---

9    Q.   BUT THEY ALLOWED YOU TO TAKE BREAKS?

10   A.   YEAH, BUT I DIDN'T DO THEM.

11   Q.   OKAY.

12   A.   UH-UH.  I DIDN'T TAKE NO ---

13   Q.   SO YOU DID 5:30 P.M. TO 6:30 A.M., AND WAS THAT

14        MONDAY THROUGH FRIDAY?

15   A.   IT -- WE WAS ON SCHEDULES, SO WE -- I WAS THE GREEN

16        TEAM.  I CAME UP -- I MEAN, GREEN TEAM WORKED.

17        ORANGE TEAM WORKED.  BLUE TEAM WORKED.  SO WE HAD

18        SET SCHEDULES.  I WAS ON THE GREEN TEAM.

19   Q.   SO, IN OTHER WORDS, ONE WEEK YOUR SCHEDULE MIGHT BE

20        DIFFERENT ---

21   A.   YEAH.

22   Q.   --- THAN THE FOLLOWING WEEK?

23   A.   YES.  YES, SIR.

24   Q.   AND WHILE YOU WERE WORKING 5:30 P.M. TO 6 A.M., WERE

25        YOU -- WAS THAT EVERY OTHER SATURDAY YOU WERE ON?

1    A.   WELL, NO.  THAT -- THAT WAS LIKE -- WE ONLY HAD --

2         THAT WAS WHEN WE WAS ON THEM 12 HOURS AND OUR

3         SCHEDULE CHANGED.  YOU KNOW, 'CAUSE WE HAD -- WE'D

4         BE OFF MAYBE TUESDAY AND WEDNESDAY, THEN WORK

5         THURSDAY, FRIDAY, SATURDAY.  SO WE HAD DIFFERENT

6         DAYS WE WAS OFF.

7    Q.   OKAY.  WHEN DID YOUR SCHEDULE CHANGE FROM 5:30 P.M.

8         TO 6 A.M.?

9    A.   WHEN I GOT INJURED.

10   Q.   OKAY.  AND ---

11   A.   AND MY HOURS WENT FROM 5:30 P.M. TO 2 A.M., WHICH

12        WAS EIGHT HOURS.  AND DEB MOVED ME TO FIRST SHIFT SO

13        THEY COULD MONITOR ME -- MONITOR ME OR, YOU KNOW, GO

14        TO MY DOCTORS' APPOINTMENTS.  YOU KNOW, SHE WAS

15        JUST -- THEY JUST WANTED TO MONITOR ME ON FIRST

16        SHIFT.

17   Q.   SO INITIALLY AFTER YOUR INJURY, YOU WERE WORKING

18        5:30 P.M. TO 2 A.M.?

19   A.   UH-HUH.  EIGHT HOURS -- WELL, EIGHT-AND-A-HALF

20        HOURS.  AND SHE MOVED ME TO 6 A.M. TO 3 P.M., SO I

21        HAD TO BE TO WORK BY 5:30 A.M., AND I HAD TO WORK

22        'TIL 3 P.M.

23   Q.   WHO MOVED YOU, DEB?

24   A.   UH-HUH.  SHE TALKED TO ---

25   Q.   I'M SORRY.  IS THAT A YES?

1     A.   YES, SIR.

2     Q.   OKAY.  SHE TALKED TO WHO?

3     A.   ANGUS.

4     Q.   WHO IS ANGUS?

5     A.   THE A.G.M.

6     Q.   WHAT DOES A.G.M. MEAN?

7     A.   ASSISTANT GENERAL MANAGER.

8     Q.   OKAY.  SO AFTER YOU MOVED FROM 6 A.M. TO 3 P.M.,

9          THAT WAS A NINE-HOUR SHIFT?

10    A.   EIGHT.  THAT'S EIGHT HOURS.

11    Q.   AND WHEN DID YOU GO TO NINE?

12    A.   AFTER -- I WENT TO NINE HOURS AFTER I WORKED EIGHT

13         HOURS A LITTLE BIT.  IN ORDER FOR ME TO KEEP MY

14         POSITION, I HAD TO DO THE NINE HOURS.  SO I DID THE

15         NINE HOURS.  I -- I DID IT AND I ---

16    Q.   DID THE NINE HOURS COME ON AFTER DEB SENT THIS

17         E-MAIL OUT AND EVERYTHING?

18    A.   NO, IT WAS EIGHT HOURS, BUT THEN I HAD TO -- I

19         WORKED FROM SIX TO TWO, BUT IN ORDER FOR ME TO KEEP

20         MY POSITION, I HAD TO WORK FROM SIX TO THREE.

21    Q.   OKAY.

22    A.   OR 5:30 TO 3 O'CLOCK, WHICH IS NINE HOURS.

23    Q.   WHILE YOU WERE ON LIGHT DUTY, DID YOU TAKE THEM --

24         DID YOU TAKE THEM THE NOTES FROM YOUR DOCTOR AND

25         THE ---

1    A.   WELL, I ALWAYS GAVE HER THE -- NOT THE PRESCRIPTION.

2         I ALWAYS GAVE HER THE NOTE.

3    Q.   THE WORK RESTRICTION NOTE?

4    A.   YES, I ALWAYS GAVE HER THAT.

5    Q.   AND WHEN YOU'RE SAYING HER, ARE WE TALKING ABOUT

6         DEBBIE?

7    A.   DEBBIE.

8    Q.   OKAY.

9    A.   YES, DEBBIE.

10   Q.   VRONCH?

11   A.   YEAH, DEB -- DEB -- DEBRA VRONCH.

12   Q.   NOW, DID YOU FEEL LIKE THE COMPANY ALWAYS

13        ACCOMMODATED YOU WITHIN THE RESTRICTIONS THAT

14        DR. HUTCHESON HAD PUT ON HIS NOTES?

15   A.   YES.

16   Q.   DID YOU FEEL LIKE THEY WERE FAIR IN TRYING TO WORK

17        WITH YOU ON THE RESTRICTIONS?

18   A.   YES, SIR.

19   Q.   TELL ME WHAT HAPPENED WHEN YOU GOT HURT.  WHEN WAS

20        THAT?

21   A.   JULY 17TH AT 2 A.M.

22   Q.   OKAY.  AS WE SIT HERE TODAY, DO YOU HAVE A MEMORY OF

23        IT?

24   A.   YES.

25   Q.   OKAY.  AT THAT TIME, WHAT SHIFT WERE YOU WORKING?

1    A.   FROM 5:30 P.M. TO 6 A.M.

2    Q.   OKAY.  AND YOU SAY THIS HAPPENED AROUND 2 A.M.?

3    A.   YES, SIR.

4    Q.   OKAY.  TELL ME WHAT HAPPENED.

5    A.   ANGUS WAS MY MANAGER AT THAT TIME.  WHEN I MOVED UP

6         TO SUPERVISOR IN MAY, THERE -- AGAIN, WE STILL WAS

7         GETTING BAD PARTS TO B.M.W.  OVER AT KIMURA, THAT'S

8         WHERE OUR PARTS GO ONCE WE FINISH THEM.  WE SHIP

9         THEM TO KIMURA AND KIMURA WILL TAKE THEM TO B.M.W.

10       WE USUALLY LET THE TEAM LEADERS OR ASSOCIATES GO

11       OVER THERE AND CHECK THE PARTS, WHICH WOULD BE ON

12       HOLD.  ONCE WE CHECK THEM OVER THERE AT KIMURA

13       WAREHOUSE, WE UN-BLOCK THEM SO THEY COULD GET

14       SHIPPED TO B.M.W.

15    Q.   DID YOU GO TO KIMURA WAREHOUSE ---

16    A.   YES.

17    Q.   --- TO CHECK THINGS?

18    A.   REASON WHY I HAD TO GO, BECAUSE ANGUS DID NOT WANT

19       THE ASSOCIATES TO GO OR THE TEAM LEADERS.  HE ONLY

20       WANTED THE SUPERVISORS TO GO AND MAKE SURE THE

21       LIGHT -- THE LABELS ON THE BINS WAS RIGHT.  AND MAKE

22       SURE THE PART MATCHED THE LABEL.  HE DIDN'T -- AND

23       SO, WHEN I WENT OVER THERE, I WAS MAKING SURE ALL

24       THE PARTS WERE GOOD, MAKING SURE THE LABELS WERE

25       GOOD, AND WAS READY TO BE SHIPPED TO B.M.W.  AND AS

1        I WAS WORKING AROUND 2 A.M., I WAS MAKING SURE THE

2        SEVEN, THIRTY-THREES AND THIRTY-FOURS WERE GOOD.  I

3        WAS MAKING SURE THE LABELS WAS MATCHED.  AND AS I

4        WAS COMING UP OUT THE BIN, I GOT HIT TWICE.  HE

5        DIDN'T REALIZE HE HIT ME THE FIRST TIME AND KEPT

6        GOING.

7   Q.   WHO WAS DRIVING?

8   A.   I KNOW HIM BY SHORTY.

9   Q.   WHO DID HE WORK FOR?

10  A.   KIMURA.

11  Q.   SO THIS HAPPENED AT THE KIMURA WAREHOUSE?

12  A.   YES, SIR.

13  Q.   SO YOU HAD SEEN SHORTY BEFORE?

14  A.   WELL, YEAH, 'CAUSE HE WAS BRINGING THE PARTS IN.

15  Q.   OKAY.

16  A.   I MEAN, HE WAS THERE ON THIRD SHIFT.

17  Q.   I MEAN, HE WAS SOMEBODY YOU HAD DEALT WITH AT KIMURA

18       IN THE PAST?

19  A.   YES.  I MEAN, I WORKED THERE FOR ANGUS, YOU KNOW,

20       MAKING SURE THE PARTS WAS GOOD.

21  Q.   NOW, DESCRIBE TO ME IN MORE DETAIL WHERE HIS

22       FORKLIFT IS -- WAS IN RELATION TO YOU.  I MEAN, WERE

23       YOU LIKE WALKING ACROSS THE FLOOR AND HE CAME OUT

24       THE SIDE AND HIT YOU, OR?

25  A.   OKAY.  THIS (INDICATING) IS ME WORKING.

1  Q.  AND JUST FOR THE RECORD, WE DON'T -- OBVIOUSLY DON'T

2      HAVE PICTURES OF THE LIFESAVERS AND SUCH THAT YOU'RE

3      USING, BUT YOU WERE ABOUT TO SHOW ME A LITTLE

4      DEMONSTRATION.

5  A.  OKAY.

6  Q.  NO, I WANT YOU TO DO THAT.

7  A.  OH, OKAY.

8  Q.  I WANT YOU TO DO THAT.  I JUST -- FOR THE RECORD, I

9      WANT TO LET -- WE'RE REFERENCING SOME STUFF THAT'S

10     ON THE TABLE WHEN YOU'RE TALKING ABOUT, "WELL, THIS

11     IS ME."

12 A.  OKAY.

13 Q.  OKAY.

14 A.  WELL, I'M GOING TO USE THREE OF THEM.  THIS

15     (INDICATING) IS THE BINS.  THIS (INDICATING) IS ME.

16 Q.  NOW, WHAT DID YOU SAY THIS (INDICATING) WAS?

17 A.  THIS (INDICATING) IS BINS.  THESE (INDICATING) ARE

18     THE PARTS.

19 Q.  OKAY.

20 A.  AND THIS (INDICATING) IS ME WORKING, MAKING SURE ALL

21     THE PARTS ARE GOOD.

22 Q.  SO YOU WERE STANDING AT THE BINS?

23 A.  I WAS BENDING IN THE BINS.

24 Q.  UH-HUH.

25 A.  AND AS I WAS COMING UP, HERE'S (IDICATING) SHORTY

1   DRIVING THE WRONG WAY, BREAKING O.S.H.A. RULES.  HE

2   KNOW HE SUPPOSED TO DRIVE BACKWARDS WITH A LOAD, BUT

3   HE DECIDED TO DRIVE FORWARD.

4   Q.  SO HE'S DRIVING FORWARD ---

5   A.  WITH THE LOAD.

6   Q.  --- BUT THE LOAD'S IN FRONT OF HIM?

7   A.  YES.  AND HE -- AS I WAS COMING UP, HE STRUCK ME ONE

8   TIME AND KEPT GOING.  THAT'S WHEN I FELL ON MY LEFT

9   ARM.

10  Q.  SO IN SUMMARY, WHAT YOU JUST SHOWED ME IS THAT YOU

11  WERE LEANING INTO THE BINS TO ---

12  A.  AND I ---

13  Q.  LET ME FINISH, PLEASE.  YOU'RE LEANING INTO THE BINS

14  TO EITHER GET SOMETHING, PICK SOMETHING UP, OR

15  WHATEVER.  AND AS YOU CAME UP, SHORTY'S DRIVING A

16  FORKLIFT THAT'S COMING FROM YOUR SIDE.  BUT HE'S GOT

17  A LOAD IN FRONT OF HIM, SO I GUESS YOU -- HE CAN'T

18  SEE YOU AND HE HITS YOU?

19  A.  YES, SIR.

20  Q.  OKAY.  AND DID HE KNOCK YOU TO THE GROUND?

21  A.  YES, SIR.

22  Q.  OKAY.  DID HE KNOW HE HAD KNOCKED YOU DOWN?

23  A.  DEMETRIUS, HIS LEAD, SEEN HIM AND SEEN ME FALL.  AND

24  HE WAS SCREAMING AT HIM FOR HIM TO STOP.  AND WHEN

25  HE STOPPED, HE WAS LIKE, "I'M SORRY.  I'M SORRY.

1          I DIDN'T SEE HER.  I DIDN'T SEE HER.  IT WAS MY
2          FAULT."  SO HE ADMITTED TO IT.
3     Q.   AND YOU'RE SAYING HE WAS BREAKING AN O.S.H.A. RULE?
4     A.   YEAH, HE BROKE O.S.H.A. RULES.
5     Q.   TELL ME WHAT THE O.S.H.A. RULE IS.
6     A.   WHENEVER A FORKLIFT DRIVER IS CARRYING A LOAD,
7          THEY'RE SUPPOSED TO DRIVE BACKWARDS SO THEY CAN SEE
8          THE PEDESTRIANS.  BUT HE DECIDED TO DRIVE FORWARD,
9          WHICH HE COULDN'T SEE ME.
10    Q.   NOW, WERE YOU ON THE GROUND RIGHT AFTER THIS
11         HAPPENED?
12    A.   YEAH, I -- I WAS ON THE GROUND.
13    Q.   DID YOU GET UP ON YOUR OWN?
14    A.   NO, SIR.
15    Q.   DID SOMEONE HELP YOU COME ---
16    A.   YES, SIR.
17    Q.   --- GET UP?  WHO WAS THAT?
18    A.   THE E.M.S.
19    Q.   OKAY.  SO YOU STAYED ON THE GROUND UNTIL THE
20         HOSPITAL GOT -- I MEAN ---
21    A.   TO -- UH-HUH.
22    Q.   --- UNTIL THE AMBULANCE AND E.M.S. FOLKS GOT THERE?
23    A.   YES, SIR.
24    Q.   DID YOU HAVE A CONVERSATION WITH SHORTY WHILE YOU
25         WERE DOWN THERE ON THE FLOOR?

1   A.   I WAS CRYING.

2   Q.   BUT WAS HE OVER THERE TALKING TO YOU, SEEING ---

3   A.   YES, HE WAS TALKING TO ME.

4   Q.   OKAY.  LET ME FINISH MY QUESTION, PLEASE.

5   A.   OH, OKAY.

6   Q.   I KNOW YOU -- THIS IS ONE OF THOSE WHERE YOU KNOW

7        WHAT I'M ASKING, BUT I NEED TO GET IT OUT BEFORE YOU

8        START ANSWERING.

9   A.   YES, SIR.

10  Q.   DID SHORTY COME OVER TO YOU AND SAY THINGS TO YOU,

11       YOU KNOW, EITHER APOLOGIZING OR EXPLAINING WHAT HAD

12       HAPPENED OR ANYTHING LIKE THAT?

13  A.   YES, SIR.

14  Q.   OKAY.  AND WHAT DID HE SAY?

15  A.   "I'M SORRY.  I DIDN'T SEE YOU.  IT'S MY FAULT."  HE

16       WAS JUST PLEADING HIS CASE, SAYING THAT HE -- HE

17       APOLOGIZED.  AND HE WAS A NERVOUS WRECK.  HE REALLY

18       WAS.

19  Q.   WERE YOU CRYING?

20  A.   YES, SIR.

21  Q.   DID YOU ATTEMPT TO GET UP BEFORE THE E.M.S. GOT

22       THERE?

23  A.   NO, SIR.

24  Q.   WERE YOU HAVING PAIN AT THAT TIME?

25  A.   YES, SIR.

1    Q.    WHERE?

2    A.    MY LEGS, MY BACK, MY SHOULDER -- WELL, MY RIGHT SIDE

3          AND MY HAND, BECAUSE I BROKE MY FALL.  BUT I STILL

4          HIT THE GROUND.

5    Q.    NOW, FOR THE RECORD, WHICH HAND ARE WE TALKING

6          ABOUT?

7    A.    LEFT HAND.

8    Q.    OKAY.

9    A.    MY LEFT HAND.  I BROKE MY FALL WITH MY LEFT HAND,

10         'CAUSE HE KNOCKED -- THE -- THAT'S WHEN THE -- THAT

11         SECOND HIT GOT ME.  I HIT THE GROUND HARD.

12   Q.    WHEN YOU SAY THE SECOND HIT, WHAT DO YOU ---

13   A.    YEAH, HE DIDN'T REALIZE THAT HE HIT ME THE FIRST

14         TIME, SO HE KEPT GOING.  THEN I -- WHEN I FELL,

15         DEMETRIUS HUNT, WHICH IS HIS LEAD, SEEN ME FALL.  HE

16         WAS SCREAMING AT SHORTY TO STOP.

17   Q.    DEMETRIUS HUNT WAS SCREAMING AT SHORTY?

18   A.    YEAH.

19   Q.    AND IS DEMETRIUS HIS ---

20   A.    LEAD.

21   Q.    SO BASICALLY LIKE HIS TEAM LEADER OR SUPERVISOR?

22   A.    YES, SIR.

23   Q.    AND WHEN YOU SAY YOU GOT HIT TWICE, I MEAN, DID THE

24         FIRST TIME HIT YOU AND BUMP YOU FORWARD AND THEN

25         HE ---

1    A.   UH-HUH.

2    Q.   --- CAME AND HIT YOU AGAIN?

3    A.   YEAH, HE JUST KEPT GOING.

4    Q.   I MEAN, DID HE HIT YOU TWICE OR DID HE ---

5    A.   YEAH, HE HIT ME TWICE.

6    Q.   LET ME FINISH MY QUESTION, PLEASE.  DID HE HIT YOU

7         TWICE OR DID HE JUST KEEP GOING AND PUSHING YOU WITH

8         THE FORKLIFT?

9    A.   HE ---

10   Q.   SEE WHAT I'M SAYING?  THIS IS WHAT I MEAN.  IF THIS

11        (INDICATING) IS A FORKLIFT, AND THIS (INDICATING) IS

12        SOMETHING IT HITS, THAT'S (DEMONSTRATING) ONLY ONE

13        HIT, BUT IT'S PUSHING YOU.  THIS (DEMONSTRATING)

14        WOULD BE IF HE HIT YOU TWICE.

15           DID HE HIT YOU TWICE?

16   A.   YES, SIR.

17   Q.   OKAY.  WHO STAYED WITH YOU UNTIL THE E.M.S. GOT

18        THERE?

19   A.   DEMETRIUS, SHORTY, AND THE -- THE WHOLE PLANT WAS

20        RIGHT THERE.  EVERYBODY THERE WAS IN THE PLANT.

21        THEY -- THEY JUST STOPPED AND JUST TOOK CARE OF ME

22        UNTIL THE E.M.S. CAME.

23   Q.   AND WHERE DID THE E.M.S. TAKE YOU?

24   A.   GREENVILLE MEMORIAL.

25   Q.   AND HOW LONG DID YOU STAY OUT OF WORK AFTER THAT?

1    A.   I WENT BACK TO WORK THE NEXT DAY AND THEN I STAYED

2         OUT A FEW DAYS.

3    Q.   WHAT DID THEY TELL YOU AT GREENVILLE MEMORIAL WAS

4         WRONG WITH YOU?

5    A.   OH, YOU ---

6    Q.   DO YOU REMEMBER?

7    A.   --- JUST GOT A BRUISE.  AND GAVE ME SOME TRAMADOL

8         AND SAID I'M OKAY.  I'LL BE ALL RIGHT.

9    Q.   OKAY.  AND THEN AFTER YOU WENT BACK TO WORK, WHAT

10        CAUSED YOU TO GO OUT A FEW DAYS?  WERE YOU JUST

11        SORE, OR?

12   A.   YEAH, I WAS GETTING SORER DAY-BY-DAY.

13   Q.   NOW, HAD A DOCTOR TOLD YOU TO STAY OUT A FEW DAYS?

14        OR WAS THAT JUST A -- YOU DECIDED ON YOUR OWN THAT

15        YOU JUST CAN'T GO TO WORK?

16   A.   MY DOCTOR, DR. BIJOOR ---

17   Q.   THAT'S ---

18   A.   --- WROTE ME OUT.

19   Q.   --- YOUR FAMILY DOCTOR?

20   A.   YES.

21   Q.   OKAY.  AFTER THE HOSPITAL RELEASED YOU THAT NIGHT

22        THEY SAW YOU, DID THEY TELL YOU TO FOLLOW UP WITH

23        ANOTHER DOCTOR?

24   A.   I HAD TO GO TO WORKWELL 'CAUSE IT HAPPENED -- I HAD

25        TO GO TO THE WORKWELL AT ST. FRANCIS.

1    Q.   WHO ARRANGED THAT FOR YOU?

2    A.   MICHAEL PFEIFER, I THINK THAT'S HIS NAME.  BUT HE'S

3         NOT WORKING THERE ANYMORE.

4    Q.   YOU MEAN MIKE FIFE?

5    A.   THAT'S MIKE.  YEAH, HE WAS OVER SAFETY.

6    Q.   OKAY.  SO IN OTHER WORDS, THE COMPANY ARRANGED FOR

7         YOU TO GO TO WORKWELL?

8    A.   YES, SIR.

9    Q.   OKAY.  AND DO YOU REMEMBER -- I HAVE YOUR MEDICAL

10       RECORDS, BUT DO YOU REMEMBER WHAT THEY TOLD YOU WAS

11       GOING ON AT WORKWELL, WHAT WAS WRONG WITH YOU?

12    A.   DR. OLIVER SAID THAT I HAD MULTIPLE CONTUSIONS AND

13       HE TOLD ME THAT I'LL BE HEALING SOON.  HE SAID TO GO

14       HOME AND PUT SOME ICE ON IT.  AND EVERY TIME I HAD

15       TO GO BACK, I WOULD TELL DR. OLIVER, "I'M GETTING

16       WORSE.  I NEED SOMETHING FOR PAIN."  AND HE SAID,

17       "WELL, 90 PERCENT OF MY PATIENTS LIKE YOU WOULD BE

18       WELL IN TWO WEEKS."  I SAID, "WELL, I'M ONE OF THE

19       TEN PERCENT THAT'S NOT."  THEN HE WROTE ME OUT TO

20       ANOTHER DOCTOR, WHICH WAS THE CAROLINA ADVANCED PAIN

21       CENTER.  AND I SEEN THEM ON SEPTEMBER THE 15TH,

22       2015.

23    Q.   SO THAT'S WHEN YOU STARTED TREATING WITH THAT

24       PRACTICE?

25    A.   YES, SIR.

```
 1      Q.   OKAY.  AND THEN DR. HUTCHESON TOOK OVER YOUR CARE,

 2           ESSENTIALLY?

 3      A.   YES, SIR.

 4      Q.   AND YOU'VE GOT A LOT OF MEDICAL RECORDS HERE FROM

 5           DR. HUTCHESON.  WHAT'S -- HOW WOULD YOU CHARACTERIZE

 6           WHAT HE TOLD YOU IS WRONG WITH YOU?

 7      A.   MUSCLE SPASMS.

 8      Q.   AND ---

 9      A.   PINCHED NERVES.

10      Q.   WHERE?

11      A.   IN MY -- I GOT A PINCHED NERVE IN MY LOWER BACK.

12           THAT'S WHY I ASKED HIM, "WHY DO MY -- WHY IS MY

13           RIGHT LEG KEEP HURTING?"  AND HE SAID, "THAT COMES

14           FROM PINCHED NERVES IN MY LOWER BACK."

15      Q.   DID YOU EVER TALK TO HIM ABOUT WHETHER YOU WERE

16           GOING TO NEED TO HAVE SURGERY?

17      A.   I WENT TO GO -- HE REFERRED ME OUT TO DR. KANOS TO

18           MAKE SURE IF I -- IF THEY COULD DO SURGERY ON ME.

19           BUT WHEN I WENT TO DR. KANOS, HE WAS -- AS HE WAS

20           READING MY M.R.I., HE WAS LIKE, "OH, YOUR NECK IS A

21           MESS."  AND HE COULDN'T TOUCH IT, SO HE SAID THAT

22           DR. HUTCHESON HAD A PLAN FOR ME.

23      Q.   WELL, SO DID DR. KANOS -- DID HE TELL YOU THAT HE

24           THOUGHT YOU DID NOT NEED SURGERY?  OR THAT YOU DID

25           NEED SURGERY?
```

*Kanos was very nasty to me & I was
in his office 5 minutes no more than 10 min.

```
 1    A.   HE SAID THAT HE COULDN'T TOUCH IT.  HE SAID THAT HE

 2         COULD NOT TOUCH MY NECK.

 3    Q.   DID HE EXPLAIN WHY?

 4    A.   HE SAID IT WAS A MESS.

 5    Q.   WHAT HE SAW IN THE FILMS?

 6    A.   YES.

 7    Q.   HOW MUCH TIME DID YOU MISS FROM WORK?  I KNOW YOU

 8         SAID YOU STAYED OUT A FEW DAYS.

 9    A.   YEAH, A FEW DAYS.

10    Q.   ONCE YOU STARTED SEEING DR. HUTCHESON, DID HE KEEP

11         YOU AT WORK, JUST PUT YOU ON RESTRICTIONS?

12    A.   YEAH, I WAS ON LIGHT DUTY.  YES, SIR.

13    Q.   BEFORE GOING OUT OF WORK FOR GOOD, THIS MOST RECENT

14         TIME RIGHT BEFORE EASTER, APPROXIMATELY HOW MANY

15         DAYS DID YOU MISS FROM WORK?  I MEAN, ARE WE TALKING

16         ABOUT JUST A FEW DAYS?

17    A.   I -- I HAD TO USE MY VACATION DAYS WHEN I STAYED OUT

18         OF WORK BECAUSE OF MY PAIN.  BECAUSE HE DID NOT

19         WRITE ME OUT, SO MOST OR ALL OF MY VACATION DAYS

20         WENT TOWARDS MY INJURY.

21    Q.   WELL, EXPLAIN THAT IN MORE DETAIL FOR ME.

22    A.   I WASN'T WRITTEN OUT OF WORK.  I WAS ON LIGHT DUTY.

23         SO WHENEVER I WAS IN PAIN, I HAD TO CALL IN AND USE

24         MY VACATION DAYS.

25    Q.   OKAY.  I UNDERSTAND.  SO WHAT I UNDERSTAND YOU
```

1     SAYING IS, YOU WEREN'T WRITTEN OUT OF WORK.  YOU
2     WERE ON LIGHT DUTY.  THE COMPANY WAS PROVIDING YOU
3     LIGHT DUTY, BUT IF YOU WERE JUST IN TOO MUCH PAIN TO
4     GO TO WORK, YOU'D HAVE TO CALL IN AND USE A VACATION
5     DAY.
6   A.   YES, SIR.
7   Q.   OKAY.  ARE YOU STILL SEEING DR. HUTCHESON?
8   A.   NO, SIR.
9   Q.   WHY NOT?
10  A.   I HAD A INCIDENT WITH GWEN, THE OFFICE MANAGER.  I
11     WAS TRYING TO CALL HER OR SOMEBODY TO SEE IF -- HAVE
12     THEY GOT A APPROVAL FROM WORKERS' COMP TO SEE ME
13     AGAIN, BECAUSE OF MY MENTAL HEALTH.  AND GWEN WAS
14     LIKE, "WE GOT THE PAPERS."  YOU KNOW, SHE WAS RUDE
15     TO ME.  AND I WAS ALREADY BEING A NERVOUS WRECK.
16     AND I JUST WENT -- I WENT UP THERE TO ASK HER, "WHY
17     DID YOU YELL AT ME?  WHY DID YOU DO THIS TO ME?"  I
18     WAS BEING NICE.  AND SHE SAID SHE WAS HAVING A BAD
19     DAY.  AND I TOLD HER, I SAID, "I HAVE BAD DAYS ALL
20     THE TIME, BUT I DON'T TAKE IT OUT ON NOBODY."
21  Q.   SO YOU CALLED HUTCHESON'S OFFICE, TALKED TO GWEN,
22     SHE WAS RUDE TO YOU, AND ---
23  A.   YES.
24  Q.   --- THEN YOU WENT UP THERE TO SEE HER IN PERSON?
25  A.   YEAH, I JUST WANTED TO KNOW WHY SHE DISRESPECTING

1       ME, 'CAUSE I NEVER DISRESPECTED NOBODY UP THERE.

2       NEVER.

3   Q.  DID YOU HAVE AN APPOINTMENT WHEN YOU WENT IN TO SEE

4       HER?  OR YOU WENT IN JUST FOR THAT PURPOSE?

5   A.  I JUST WENT IN TO ASK HER.

6   Q.  HAD YOU HAD OTHER ISSUES IN DEALING WITH HIS STAFF

7       OTHER THAN THIS ONE TIME WITH GWEN?

8   A.  ANDREA GAVE ME A HARD TIME, THE -- THE LADY THAT WAS

9       OVER WORKERS' COMP.  SHE GAVE ME A HARD TIME ALL THE

10      TIME ABOUT, YOU KNOW, MY APPROVALS TO SEE -- TO SEE

11      DR. TOLLISON, WHICH IS THE PSYCHOLOGIST THAT -- THAT

12      DR. HUTCHESON REFERRED ME TO SEE, BUT WORKERS' COMP

13      DENIED IT.

14  Q.  WELL, WHAT DID -- YOU TOLD ME GWEN DISRESPECTED YOU.

15      WHAT DID ANDREA DO?

16  A.  SHE WAS JUST RUDE ANYTIME I ASKED HER ABOUT ANY

17      APPROVALS THAT I WAS WAITING ON.

18  Q.  HOW WAS SHE -- I MEAN, WHAT DID SHE SAY TO BE RUDE?

19  A.  I MEAN, WHEN YOU TALK TO SOMEONE, YOU -- YOU TALK TO

20      SOMEONE THE WAY YOU WANT TO BE TALKED BACK TO.  AND

21      I ASKED HER, I SAID, "WELL, ANDREA, HAVE YOU HEARD

22      ANYTHING BACK FROM DR. TOLLISON?"  SHE SAID, "NO, WE

23      PUT -- WE DID THE REFERRAL.  WE JUST -- WE WAITING

24      ON IT."  YOU KNOW, JUST -- SHE WAS RUDE SAYING, "WE

25      WAITING ON WORKERS' COMP.  WE'LL CONTACT YOU."  AND

1          I ASKED HER ON THE PHONE, "ARE YOU HAVING A BAD

2          DAY?" SHE WAS LIKE, "I'M THE ONLY ONE UP HERE

3          ANSWERING THE PHONES. TRISH IS LATE. SO, YOU KNOW,

4          EVERYBODY UP HERE HAVING A BAD DAY."

5   Q.  DID DR. HUTCHESON EVER TALK TO YOU ABOUT YOUR

6          INTERACTIONS WITH THE STAFF AND SAY ---

7   A.  NO, SIR. HE CALLED ME AND TOLD ME HE COULDN'T SEE

8          ME NO MORE BECAUSE OF THAT.

9   Q.  WHAT DID HE TELL YOU? I MEAN, WHAT WAS HIS

10         EXPLANATION?

11  A.  HE CALLED ME, HE SAID, "MAY I SPEAK TO SONJI?" I

12         SAID, "THIS IS HER." AND HE SAID, "HOW YOU DOING?"

13         I SAID, "NOT GOOD." AND HE WAS LIKE, "WELL, I'M

14         GOING TO HAVE TO RELEASE YOU BECAUSE OF SOME

15         INTERACTIONS WITH THE STAFF." AND I SAID, "WELL,

16         DR. HUTCHESON, I DIDN'T DO ANYTHING." HE WAS LIKE,

17         "OKAY. BEST OF LUCK." AND HE SAID HE'LL REFER ME

18         TO SOMEBODY. HE DIDN'T GIVE ME THE NAME. AND HE

19         JUST SAID, "BEST OF LUCK."

20  Q.  SO HE TOLD YOU HE WAS GOING TO REFER YOU TO

21         SOMEBODY, BUT HE NEVER TOLD YOU WHO IT WAS?

22  A.  NO, SIR.

23  Q.  DID YOU EVER HAVE ANY DIFFICULT INTERACTIONS WITH

24         DR. HUTCHESON, HIMSELF?

25  A.  NO, SIR.

1    Q.    DID YOU HAVE ANY ISSUES WITH ANYBODY ELSE OTHER THAN

2          GWEN AND ANDREA?

3    A.    ANDREA.

4    Q.    ANYBODY ELSE?

5    A.    NO, SIR.

6    Q.    BECAUSE I SEE IN HIS NOTES -- HE WROTE A NOTE ON THE

7          16TH AND IT SAYS, "AFTER MEDICAL RECORDS REVIEW AND

8          DISCUSSION WITH STAFF, I FEEL IT IS BEST IF SHE

9          PURSUE CARE AT A DIFFERENT OFFICE.  THERE HAS BEEN

10         AN ONGOING ISSUE WITH DIFFICULT INTERACTIONS WITH

11         STAFF, DESPITE COUNSELING PATIENT."  SO HAD DR.

12         HUTCHESON SAT YOU DOWN AND TALKED TO YOU BEFORE THIS

13         TIME HE CALLED YOU TO SAY HE WAS LETTING YOU GO, TO

14         SAY, "LOOK, YOU'VE GOT TO INTERACT WITH THESE PEOPLE

15         BETTER."  OR ANYTHING LIKE THAT?

16   A.    NO, SIR.

17   Q.    WERE YOU ON MEDICATIONS FROM DR. HUTCHESON'S OFFICE

18         AT THE TIME THAT HE RELEASED YOU?

19   A.    YES, SIR.

20   Q.    ARE YOU STILL ON THOSE?

21   A.    I'M OUT OF ONE OF THEM.

22   Q.    OKAY.  WHICH ONES WERE YOU ON AS OF THE LAST TIME

23         YOU SAW HIM?

24   A.    TRAMADOL, FLEXERIL, OXYCODONE.  THOSE ARE THE ONLY

25         ONES I WAS TAKING.

1    Q.   WHICH ONE ARE YOU OUT OF NOW?

2    A.   OXYCODONE.

3    Q.   WHEN DID YOU RUN OUT?

4    A.   THIS WEEK.  WELL, I HAVE -- I HAVE ABOUT -- I HAVE

5          TO TAKE THEM FOUR TIMES A DAY, SO I HAVE ABOUT THREE

6          LEFT.  SO I HAVE THREE PILLS LEFT.  SO I TOOK ONE IN

7          THE MIDDLE OF THE NIGHT.  I'VE GOT THREE MORE TO

8          TAKE FOR TODAY, AND THEN I WILL BE COMPLETELY OUT.

9    Q.   DID YOU GO BACK TO YOUR FAMILY DOCTOR AND SAY, "HEY,

10         I'M OUT OF THESE MEDS?"

11    A.   YES, SIR.

12    Q.   IS HE GOING TO WRITE YOU A PRESCRIPTION?

13    A.   IT'S A SHE.

14    Q.   EXCUSE ME.  DR. BIJOOR IS A SHE?

15    A.   YES, SIR.

16    Q.   OKAY.  IS SHE GOING TO WRITE YOU A PRESCRIPTION?

17    A.   SHE CAN'T.  SHE'S NOT ALLOWED TO DO NARCOTICS.

18    Q.   TELL ME, AFTER YOU WENT OUT OF WORK AROUND EASTER,

19         HAVE YOU STAYED IN TOUCH WITH THE COMPANY AND TOLD

20         THEM WHAT YOUR STATUS IS?

21    A.   WELL, DEBRA VRONCH, MY MANAGER, HAS MOVED BACK HOME

22         TO MICHIGAN.

23    Q.   OKAY.

24    A.   NO, SIR, I HAVEN'T CONTACTED NOBODY AT MY JOB.  I

25         DID -- I DID CONTACT SUE CAVANAUGH.

```
 1   Q.   ABOUT WHAT?  I MEAN, WERE YOU JUST SENDING HER A

 2        NOTE OR WAS IT ---

 3   A.   WELL, I JUST ---

 4   Q.   --- BECAUSE YOU WERE TAKING LEAVE?  AREN'T YOU ON

 5        F.M.L.A. OR TOOK F.M.L.A.?

 6   A.   I AM ON -- YEAH, F.M.L.A.  YOU'RE RIGHT.  BECAUSE

 7        THE NOTES THAT I HAVE GOT WRITTEN OUT, I E-MAILED

 8        THEM TO HER.  THOSE WAS THE NOTES FROM DR. BIJOOR.

 9        NOW, THE NOTES FROM C.C.B.H., THEY FAXED THEM OVER

10        TO MY JOB.

11   Q.   OKAY.  SO LET'S TALK ABOUT -- OKAY.  DR. BIJOOR,

12        YOUR FAMILY DOCTOR, WROTE YOU OUT OF WORK, AND THEN

13        YOU SENT THEM THE NOTES FOR THAT?

14   A.   YES, SIR.

15   Q.   OKAY.  AND DO YOU KNOW WHY DR. BIJOOR WAS WRITING

16        YOU OUT OF WORK WHEN DR. HUTCHESON AND THE WORKERS'

17        COMP DOCTORS HAD NOT WRITTEN YOU OUT OF WORK?

18   A.   I WAS IN PAIN.

19   Q.   OKAY.  SO YOU WOULD JUST GO TO HER AND SAY, "I'M IN

20        PAIN.  I DON'T FEEL LIKE I CAN WORK."  AND SHE'D

21        WRITE YOU OUT?

22   A.   NO, I JUST TOLD HER THAT I'M IN A WHOLE LOT OF PAIN,

23        WHICH I WAS.

24   Q.   WAS SHE WRITING YOU OUT FOR ---

25   A.   MY PAIN.  AND I WAS GETTING DEPRESSED BECAUSE -- IT
```

1     WAS JUST TAKING A TOLL OVER ME.

2    Q.   I SAW THAT IT -- IT LOOKS LIKE IN MAY, YOU APPLIED

3        FOR AND, I GUESS, RECEIVED F.M.L.A.  WAS THAT FOR

4        TREATMENT AT A PSYCHOLOGICAL PROGRAM OR A

5        PSYCHIATRIC PROGRAM?

6    A.   YEAH, MAY 6TH.  I STARTED MAY 6TH.

7    Q.   AND WHO WERE YOU SEEING?  WAS THAT C.C.B.H.?

8    A.   YES.

9    Q.   WAS THAT OUTPATIENT?  WAS THERE AN INPATIENT PORTION

10       OF THAT AS WELL?

11   A.   OUTPATIENT UP UNTIL MAY 12TH WHEN I HAD A NERVOUS

12       BREAKDOWN AND GOT ADMITTED.  MAY 12TH IS WHEN I GOT

13       ADMITTED.

14   Q.   AND HOW LONG DID YOU STAY IN?

15   A.   UNTIL THAT MONDAY.  THAT WAS -- MAY 12TH WAS A

16       THURSDAY.  I GOT OUT MONDAY AFTERNOON.

17   Q.   MONDAY, THE 16TH?

18   A.   YES, AFTER LUNCH.

19   Q.   AND WAS THIS AT A HOSPITAL?  WAS THIS AT A C.C.B.H.

20       FACILITY?

21   A.   YEAH, C.C.B.H. FACILITY.

22   Q.   WHERE IS THAT?

23   A.   EAST PHILLIPS ROAD.  I DON'T HAVE THE EXACT ADDRESS

24       RIGHT NOW, BUT IT'S EAST PHILLIPS.

25   Q.   AND THEN AFTER YOU GOT DISCHARGED FROM INPATIENT,

1        DID YOU PICK UP AND CONTINUE SEEING THEM FOR

2        OUTPATIENT SERVICES?

3   A.  YES, SIR.

4   Q.  ARE YOU STILL SEEING THEM NOW FOR OUTPATIENT?

5   A.  YES, SIR.

6   Q.  WHAT HAVE THEY DIAGNOSED YOU WITH?

7   A.  DEPRESSION, AND IT'S SEVERE.

8   Q.  WELL, WAS THE REASON YOU WERE OUT OF WORK DURING

9        THAT PERIOD OF TIME FOR YOUR PSYCHOLOGICAL

10       CONDITION?

11  A.  YEAH, AND ME WANTING TO COMMIT SUICIDE.

12  Q.  NOW, YOU'RE CLAIMING THAT YOUR PSYCHOLOGICAL OR

13       PSYCHIATRIC -- YOUR EMOTIONAL PROBLEMS ARE RELATED

14       TO YOUR WORK INJURY, CORRECT?

15  A.  YES, SIR.

16  Q.  OKAY.  AND CAN YOU EXPLAIN THAT TO ME?

17  A.  BEING IN CHRONIC PAIN EVERY DAY IS DEPRESSING.  AND

18       IT'S -- MY LIFESTYLE HAS CHANGED.  IT WAS HARD TO

19       ACCEPT.  AND I LITERALLY HAD A NERVOUS BREAKDOWN.

20  Q.  WHERE DID THAT OCCUR?

21  A.  AT HOME.

22  Q.  DID YOU IDENTIFY YOURSELF AS HAVING A BREAKDOWN?

23       DID SOMEBODY COME IN AND ---

24  A.  I JUST -- MY BEST FRIEND WAS OVER THERE WHEN -- AND

25       I JUST -- I WAS IN SO MUCH PAIN.  I JUST BROKE DOWN

1        CRYING. I TOLD HER, "I CAN'T DO IT NO MORE."

2   Q.   AND DID SHE CALL 911 OR SOMETHING?

3   A.   SHE -- SHE KNEW I WAS GOING THERE. SHE DROVE ME

4        THERE AND ADMITTED ME BECAUSE I TOLD HER THAT I

5        WOULD NOT BE SAFE ALONE.

6   Q.   DID YOU THREATEN SUICIDE TO YOUR FRIEND?

7   A.   YES. YES, SIR.

8   Q.   WHERE ARE YOU HAVING -- YOU SAID YOU'RE HAVING

9        CHRONIC PAIN. TELL ME WHICH PARTS OF YOUR BODY

10       YOU'RE HAVING PAIN IN AS A RESULT OF YOUR WORK

11       INJURY.

12  A.   MY NECK, MY SHOULDER, MY LOWER BACK, AND MY RIGHT

13       LEG.

14  Q.   SO IT'S ALL ON YOUR RIGHT SIDE?

15  A.   YES, SIR.

16  Q.   SO IT'S THE RIGHT SIDE OF YOUR NECK, YOUR RIGHT

17       SHOULDER AREA, YOUR RIGHT BACK, AND DOWN YOUR RIGHT

18       LEG?

19  A.   YES.

20  Q.   OKAY.

21  A.   IT HURTS.

22  Q.   ANY OTHER PARTS OF YOUR BODY, PHYSICAL PARTS OF YOUR

23       BODY, THAT YOU'RE HAVING PAIN? OR IS THAT ALL OF

24       THEM?

25  A.   WELL, MY LEFT LEG HAS STARTED SWELLING NOW.

1    Q.   WHEN DID THAT HAPPEN?

2    A.   IT HAPPENED ABOUT THREE WEEKS AGO, MAYBE THREE OR

3         FOUR WEEKS AGO.

4    Q.   YOU'RE NOT SAYING THAT'S BECAUSE OF YOUR WORK

5         INJURY, ARE YOU?  IS THAT SOMETHING SEPARATE?

6    A.   ALL MY WEIGHT -- FROM ME BEING HURT ON THE RIGHT

7         SIDE OF MY BODY, IT'S LIKE I'M USING MY LEFT LEG

8         BECAUSE I -- IF I SIT DOWN FOR A LONG PERIOD OF

9         TIME, MY LOWER BACK WILL START HURTING.  IT'S JUST

10       LIKE -- IT'S LIKE MY LEFT SIDE -- I HAVE TO USE MY

11       WEIGHT ON -- I HAVE TO WALK FROM MY LEFT LEG AND IT

12       JUST -- AND IT JUST STARTED SWELLING.  IT SWELLS,

13       TOO.

14    Q.  HAS YOUR PAIN GOTTEN BETTER OVER THE COURSE OF TIME

15       AND TREATMENT AFTER SEEING DR. HUTCHESON?

16    A.  NO, SIR, IT'S STILL THE SAME.

17    Q.  WHY DO YOU KEEP TAKING MEDICATION IF IT DOES NOT

18       HELP YOUR PAIN?

19    A.  IT HELPS ME TOLERATE IT.

20    Q.  BUT IT HASN'T GOTTEN ANY BETTER?

21    A.  NO, SIR.

22    Q.  WHAT HAS DR. HUTCHESON TOLD YOU ABOUT WHEN YOUR PAIN

23       MAY GET BETTER?  OR WHY IT'S NOT GETTING BETTER?

24    A.  HE TOLD ME HE DONE -- HE DID ALL HE CAN DO AS FAR AS

25       GIVING ME ALL THE MEDICATIONS HE COULD GIVE ME AND

1       ALL THE SHOTS HE COULD GIVE ME.

2  Q.  PRIOR TO THIS WORK INJURY IN 2015, HAD YOU EVER HAD

3       ANY TREATMENT FOR YOUR BACK, YOUR SHOULDER, YOUR LOW

4       BACK, NECK, OR ANY OF THE PHYSICAL AREAS OF YOUR

5       BODY THAT YOU SAY YOU INJURED IN THIS WORK ACCIDENT?

6       HAD YOU EVER HAD ANY OF THOSE SEEN BY OR TREATED

7       WITH A DOCTOR BEFORE?

8  A.  I JUST HAD A LOT OF HEADACHES.

9  Q.  WHO DID YOU TREAT YOUR HEADACHES WITH, DR. BIJOOR?

10  A.  UH-HUH.

11  Q.  HAD YOU BEEN DIAGNOSED WITH MIGRAINES OR ANYTHING

12       LIKE THAT?

13  A.  IT WAS JUST A LOT OF STRESS FROM ONE OF MY MANAGERS.

14       IT WAS JUST A LOT OF WORK STRESS.  AND THEN MY

15       DAUGHTER WAS PREGNANT.  SO IT WAS JUST A LOT OF

16       STRESS FROM HOME AND WORK.

17  Q.  BUT TO ADDRESS THE SPECIFIC QUESTION I ASKED YOU, AS

18       FAR AS YOUR PHYSICAL ISSUES WITH YOUR NECK AND YOUR

19       BACK AND YOUR LEG, HAD YOU EVER BEEN TO A DOCTOR

20       BEFORE FOR ANY PAIN OR PROBLEMS WITH ---

21  A.  NO, SIR.

22  Q.  --- EITHER YOUR NECK, YOUR BACK, YOUR LEG, YOUR

23       SHOULDER, OR ANY OF THE PHYSICAL PROBLEMS YOU SAY

24       YOU'RE HAVING?

25  A.  NO, SIR.

1  Q.  OKAY.  NOW, HAD YOU EVER HAD ANY PROBLEMS IN THE

2      PAST WITH PSYCHOLOGICAL ISSUES, DEPRESSION, ANYTHING

3      LIKE THAT?

4  A.  YES, SIR.

5  Q.  OKAY.  AND TELL ME ABOUT THE EXTENT OF THOSE.

6  A.  WELL, I WENT TO MY DOCTOR, DR. BIJOOR, AND I TOLD

7      HER THAT MY -- ONE OF MY MANAGERS DID NOT LIKE ME.

8      FOR WHAT, I DON'T KNOW.  AND HIS NAME WAS JASON

9      DUNCAN.

10  Q.  SO ONE OF YOUR DRIVE MANAGERS?

11  A.  YES, BUT HE'S CURRENTLY TERMINATED NOW.  HE DEMOTED

12      ME, BUT CRAIG LANE GAVE ME MY JOB BACK.  HE WAS --

13      JASON DUNCAN WAS A VERY STRESSOR WITH MY JOB.  HE

14      WAS JUST CONSTANTLY STRESSING ME EVERY DAY.  THEN HE

15      DEMOTED ME, TOOK MY TEAM LEADER POSITION, PUT ME

16      OVER IN THE OTHER DEPARTMENT.  AND THE NEXT DAY, I

17      MET WITH CRAIG LANE.  CRAIG LANE REINSTATED ME.

18  Q.  SO HE DEMOTED YOU, BUT IT WAS REALLY JUST FOR A DAY

19      AND THEN ---

20  A.  UH-HUH.

21  Q.  --- CRAIG CAME AND PUT YOU BACK IN?

22  A.  YES.

23  Q.  OKAY.  SO HOW DID THAT CAUSE YOU PSYCHOLOGICAL

24      ISSUES?

25  A.  I'M TALKING ABOUT JASON DUNCAN.  HE JUST -- I MEAN,

1        HE JUST -- HE WAS JUST TRYING TO FIND ANY AND
2        EVERYTHING JUST TO -- JUST TO -- HE JUST DEMOTED ME.
3        YOU KNOW, I MEAN, I WAS A TEAM LEADER FOR 74 DAYS,
4        AND SO ---
5    Q.  WHAT I WANT TO KNOW IS, PRIOR TO THIS INJURY, HAD
6        YOU EVER SEEN ANY DOCTORS FOR DEPRESSION OR ANYTHING
7        LIKE THAT?
8    A.  DR. BIJOOR.
9    Q.  OKAY.  AND THAT'S ALL RELATED TO THIS SITUATION WITH
10       JASON DUNCAN?
11   A.  YES, MY MANAGER WAS VERY STRESSFUL.  HE JUST WAS
12       TRYING TO FIND STUFF ON ME.  YOU KNOW, IT WAS JUST
13       LIKE HE WAS NITPICKING.
14   Q.  HOW CLOSE IN TIME WAS THAT TO THE WORK INJURY THAT
15       YOU HAD?
16   A.  I CAN'T REMEMBER THE DATES.  I GOT -- IT WAS IN
17       2011.
18   Q.  SO A NUMBER OF YEARS AGO?
19   A.  YEAH.
20   Q.  OKAY.  SINCE 2011 WHEN YOU HAD THAT SITUATION WITH
21       JASON DUNCAN, HAD YOU BEEN SEEING DR. BIJOOR FOR ANY
22       KIND OF DEPRESSION OR PSYCHOLOGICAL ISSUES?
23   A.  YES.  I LOST MY COUSIN IN 2014 AND IT WAS VERY
24       STRESSFUL.  IT'S -- YOU KNOW, I JUST -- STILL
25       HAVEN'T ACCEPTED IT.

1   Q.   DID THAT CAUSE YOU SOME DEPRESSION?

2   A.   YES, IT DID.

3   Q.   DID YOU TAKE MEDICATIONS FOR THAT?

4   A.   SHE GAVE ME DIAZEPAM TO HELP ME AND TO TAKE AS

5        NEEDED.  AND THAT WAS JUST -- I HAD TO COPE.  THAT

6        WAS -- ME AND MY COUSIN WAS VERY CLOSE.

7   Q.   AND WERE YOU ON ANTI-DEPRESSANTS OR ANTI-ANXIETY

8        MEDICATIONS ---

9   A.   SHE ---

10  Q.   --- AT THE TIME OF THIS INJURY?

11  A.   I WAS TAKING DIAZEPAM AS NEEDED FOR MY COUSIN'S

12       DEATH.  AND SHE -- I TRIED CYMBALTA, BUT IT WAS --

13       IT WAS FOR MY COUSIN.

14  Q.   OKAY.  WELL, HOW LONG HAD YOU BEEN ON IT?

15  A.   OFF AND ON.

16  Q.   THE ANTI-DEPRESSANTS?

17  A.   THE DIAZEPAM AS NEEDED.

18  Q.   WHEN DID YOUR COUSIN -- HOW CLOSE IN TIME TO THE

19       WORK INJURY WAS IT THAT YOUR COUSIN PASSED AWAY?

20  A.   SHE DIED MAY 27, 2014.

21  Q.   YOUR FAMILY DOCTOR'S RECORDS SHOW YOU WERE ON ZOLOFT

22       AND CYMBALTA IN 2013.

23  A.   THAT WASN'T WITH -- THAT WAS WITH -- WELL, THAT HAD

24       TO BE WITH DOCTOR -- PEDIATRIC -- HERITAGE, WASN'T

25       IT -- WASN'T IT -- IT WASN'T WITH DR. BIJOOR, I

1       DON'T THINK.  I WAS SEEING ANOTHER DOCTOR AND THEN I

2       SWITCHED AND STARTED SEEING DR. BIJOOR IN APRIL,

3       2013.  SO THE OTHER DOCTOR HAD ME ON ALL THAT

4       MEDICATION.

5   Q.  WHY WERE YOU ON ALL THAT MEDICATION?

6   A.  JASON DUNCAN.

7   Q.  THE JASON DUNCAN SITUATION, YOU SAID, WAS IN 2011.

8       I'M TALKING ---

9   A.  YEAH.

10   Q.  --- ABOUT 2013.

11   A.  WELL, HE WAS STILL THERE.  HE WAS STILL MY MANAGER,

12       I THINK, UNTIL ANGUS TOOK OVER, BECAUSE JASON GOT

13       FIRED.  I CAN'T REMEMBER EXACTLY WHAT DAY HE GOT

14       FIRED.  BUT HE WAS A -- I MEAN, HE JUST -- WHEN --

15       WHENEVER THEY FIRED HIM  -- HE WAS JUST SO

16       STRESSFUL.  HE'S JUST ONE -- HE WAS ONE OF THE

17       MANAGERS THAT -- I CAN'T REMEMBER EXACTLY WHEN THEY

18       FIRED HIM.  BUT I WAS SEEING -- I'M NOT GOOD WITH

19       STRESS.

20   Q.  WHO WAS YOUR FAMILY DOCTOR BEFORE YOU WERE SEEING

21       DR. BIJOOR?

22   A.  HERITAGE PEDIATRIC.

23   Q.  YOU WERE GOING TO THE PEDIATRIC PLACE?

24   A.  UH-HUH.  IT IS ---

25   Q.  WHERE IS IT?  I'M SORRY.  GO AHEAD.

1     A.   IT IS LOCATED IN HILLCREST HOSPITAL.

2     Q.   AND WHY DID YOU SWITCH FROM THEM TO DR. BIJOOR?

3     A.   I DIDN'T LIKE IT.  I JUST -- MY DOCTOR WAS NICE, BUT

4         I JUST DIDN'T LIKE IT.  I DID ---

5     Q.   DID YOU HAVE ANY ISSUES INTERACTING WITH THAT

6         DOCTOR'S STAFF OR ANYTHING?

7     A.   NO, SIR.

8     Q.   YOU SAID YOUR DOCTOR WAS NICE, BUT YOU DIDN'T LIKE

9         HIS ---

10    A.   I DIDN'T LIKE -- IT WAS JUST TOO MANY PEOPLE THERE

11        THAT I KNEW, SO I JUST DIDN'T WANT TO GO THERE

12        ANYMORE.  I KNEW THE RECEPTIONIST AND I JUST -- IT

13        WAS JUST TOO MANY PEOPLE I KNEW IN THAT FACILITY.  I

14        JUST -- I'M VERY PRIVATE ABOUT MY MEDICAL RECORDS

15        AND STUFF.  I JUST DIDN'T NEED HER TO BE -- YOU KNOW

16        WHAT I MEAN?  SHE'S ONE OF THE -- SHE WAS ONE OF THE

17        FEMALES THAT -- YOU KNOW, THAT WAS OUT IN THE

18        STREETS LIKE THAT.  AND I JUST DIDN'T -- I JUST FELT

19        LIKE I DIDN'T HAVE NO PRIVACY.  SO I WENT AND FOUND

20        ME ANOTHER DOCTOR.  THAT'S WHEN I FOUND DR. BIJOOR.

21    Q.   WHAT OTHER LIFE STRESSORS HAD YOU HAD IN THE LAST

22        COUPLE YEARS THAT HAVE ADDED TO YOUR PSYCHOLOGICAL

23        ISSUES?  I KNOW YOU'VE ---

24    A.   TEENAGERS AND MY JOB.

25    Q.   YEAH, I THINK YOU SAID ---

1    A.   TEENAGERS.

2    Q.   DO YOU HAVE A -- IS YOUR DAUGHTER PREGNANT NOW?

3    A.   SHE IS.  YES, SIR.

4    Q.   IS THIS HER FIRST?

5    A.   HER SECOND.

6    Q.   SECOND ONE.  AND ARE YOU RESPONSIBLE FOR CARING FOR

7         HER DURING HER PREGNANCY?

8    A.   WELL, HER BABY DADDY HELP HER, BUT I HELP OUT AS

9         WELL.

10   Q.   BUT SHE LIVES WITH YOU, NOT HER BABY'S DADDY, RIGHT?

11   A.   YEAH, BUT HE SPENDS THE NIGHT, TOO.

12   Q.   OKAY.

13   A.   BUT HE SUPPORTS HER.

14   Q.   SO EXPLAIN TO ME AND ON THE RECORD HOW THIS INJURY

15        HAS CAUSED YOU FURTHER EMOTIONAL PROBLEMS OR

16        DEPRESSION THAT YOU DIDN'T ALREADY HAVE BEFORE.

17   A.   MY LIFESTYLE CHANGED.

18   Q.   AND IS THAT BECAUSE OF PAIN?

19   A.   YES, SIR.

20   Q.   AND EXPLAIN TO ME HOW YOUR -- WHAT DOES THAT MEAN,

21        YOUR LIFESTYLE CHANGED?  WHAT DOES THAT MEAN TO YOU?

22   A.   I CAN'T DO WHAT I USED TO DO.  I CAN'T PERFORM MY

23        JOB, WHICH I LOVED.  I CAN'T GO UP AND DOWN MY

24        STAIRS.  ONCE I'M UPSTAIRS, I HAVE TO STAY.  I CAN

25        COME DOWN MAYBE ONCE OR TWICE, BUT I CAN'T KEEP

```
1          GOING UP AND DOWN THE STAIRS.  IT'S HARD FOR ME TO
2          TAKE A SHOWER.  I CAN'T GET IN THE BATHTUB, 'CAUSE
3          IT'S HARD FOR ME TO GET UP.  I CAN'T GO ON A
4          VACATION WITHOUT, YOU KNOW, BEING IN PAIN.  IT'S
5          JUST -- MY WHOLE ENTIRE LIFESTYLE JUST CHANGED.  I
6          HAVE TO DO THINGS DIFFERENT NOW.
7     Q.   ARE YOU ABLE TO DRIVE?
8     A.   YES, SIR, BUT NOT FOR A LONG PERIOD OF TIME WITHOUT
9          MY LEG SWELLING, MY RIGHT LEG SWELLING.  MY LEFT LEG
10         SWELLING, TOO.
11    Q.   DO YOU INTEND TO GO BACK TO WORK?
12    A.   IF I'M ABLE.  I WOULD LOVE TO IF I'M ABLE.
13    Q.   HAVE ANY DOCTORS TOLD YOU THAT YOU'RE NOT ABLE TO GO
14         BACK TO WORK?
15    A.   NO, SIR, NOT AT THIS TIME.
16    Q.   HAVE YOU SEEN ANY OTHER DOCTORS AFTER THIS INJURY
17         OTHER THAN THE ONES WE'VE ALREADY TALKED ABOUT?
18    A.   JUST DR. BIJOOR AND C.C.B.H.
19    Q.   OKAY.  HAVE YOU SEEN ANY OTHER DOCTORS THAT YOUR
20         ATTORNEY HAS REFERRED YOU TO OR ANYTHING LIKE THAT?
21    A.   NO, SIR.
22    Q.   DO YOU WALK WITH A CANE OR ANY KIND OF ASSISTING
23         DEVICE?
24    A.   NO, SIR.
25    Q.   DO YOU WALK WITH A LIMP?
```

1    A.   SOMETIMES IF I'M SITTING, 'CAUSE IT HURTS WHEN I GET

2         UP.  THEN I START LIMPING.

3    Q.   AND THE PILLOWS -- YOU'RE SITTING RIGHT NOW WITH

4         PILLOWS BEHIND YOU.  WHAT IS THAT?  WHAT IS THE ---

5    A.   IT'S COMFORT.

6    Q.   --- PURPOSE FOR THAT?

7    A.   COMFORT FOR MY BACK.

8    Q.   HAVE YOU MADE ANY TRIPS TO THE EMERGENCY ROOM SINCE

9         THE ONE YOU WENT TO THE DAY THIS HAPPENED?

10   A.   YES, SIR.

11   Q.   WHEN WAS THE LAST TIME YOU DID THAT?

12   A.   BEFORE I MOVED TO FIRST SHIFT.  IT WAS BEFORE

13        OCTOBER OF LAST YEAR.

14   Q.   AND WHAT WAS THAT FOR?

15   A.   THE PAIN THAT I WAS HAVING.  I HAD TO LEAVE WORK AND

16        GO TO THE EMERGENCY ROOM BECAUSE OF MUSCLE SPASMS I

17        WAS HAVING.

18   Q.   I ASKED YOU EARLIER AND YOU TOLD ME ABOUT THREE

19        MEDICATIONS THAT DR. HUTCHESON HAD BEEN WRITING FOR

20        YOU.  ARE YOU ON ANY OTHER MEDICATIONS AT THIS TIME?

21   A.   YES, SIR.

22   Q.   WHICH ONES?

23   A.   I'M ON MY PSYCH MEDS, BUT THEY'RE AT HOME.

24   Q.   WHAT ARE YOU TAKING FOR THAT?

25   A.   I KNOW I'M TAKING REMERON, ABILIFY -- I CAN'T THINK

1      OF THE OTHER ONES.  I APOLOGIZE, SOUTH.

2   Q.   WHERE DID YOU GET THESE FROM?

3   A.   C.C.B.H.

4   Q.   WHAT MEDICATIONS WERE YOU ON PRIOR TO THIS INJURY?

5   A.   OXYCODONE -- OH, NO.

6   Q.   PRIOR.

7   A.   PRIOR?

8   Q.   YES, MA'AM.

9   A.   OH, JUST DIAZEPAM AS NEEDED.

10   Q.   AND ZOPITIN?

11   A.   YEAH, JUST AS NEEDED FOR MY COUSIN, YOU KNOW,

12        DEALING WITH IT.

13   Q.   SO YOU WERE ON TWO DIFFERENT PSYCH ---

14   A.   I WAS REALLY TAKING DIAZEPAM.  I TOOK IT AS NEEDED.

15   Q.   BUT YOU HAD PRESCRIPTIONS FOR DIAZEPAM AND ZOPITIN

16        PRIOR TO THIS INJURY, CORRECT?

17   A.   YES.

18   Q.   OKAY.  WERE YOU ON ANY OTHER KIND OF MEDICATION,

19        WHETHER IT BE FOR BLOOD PRESSURE, CHOLESTEROL,

20        ANYTHING AT ALL, WHETHER IT'S RELATED TO BACK PAIN

21        OR NOT?

22   A.   NO, SIR.

23   Q.   OKAY.  HAVE YOU HAD ANY FALLS OR ANY OTHER INJURIES

24        SINCE THIS INJURY IN 2015 AT DRIVE?

25   A.   NO, SIR.

1      Q.   HAVE YOU EVER HAD SURGERY FOR ANYTHING?

2      A.   YES, SIR.

3      Q.   WHEN IS THE LAST TIME YOU HAD SURGERY?

4      A.   NOVEMBER 1, 2013.

5      Q.   WHAT WAS THAT FOR?

6      A.   OBLATION.

7      Q.   WHO DID THAT?

8      A.   DR. ELLISON, I THINK HER NAME IS.  DR. ELLISON OVER

9           AT VILLAGE HOSPITAL.  I THINK HER LAST NAME WAS

10     ELLISON.

11     Q.   ANY OTHER SURGERIES THAT YOU'VE HAD BEFORE?

12     A.   YES, SIR.

13     Q.   OKAY.

14     A.   I HAD A TUBAL.

15     Q.   TUBAL, WHEN WAS THAT?

16     A.   IN 1996 WHEN I HAD SYDNEY.  SHE WAS BORN JULY 26,

17           1996.

18     Q.   HAVE YOU EVER BEEN INJURED IN A CAR ACCIDENT?

19     A.   YEARS AGO.

20     Q.   MORE THAN TEN?

21     A.   NO.

22     Q.   MORE THAN TEN YEARS AGO?  EXCUSE ME.  WAS IT MORE

23           THAN TEN YEARS AGO?

24     A.   2010.

25     Q.   OKAY.

```
1    A.   I THINK IT WAS 2010.

2    Q.   AND WHAT HAPPENED THERE?

3    A.   ME AND MY FRIEND WAS PICKING UP MY GIRLS FROM THE

4         FOOTBALL GAME AT CAROLINA HIGH, AND THIS DUDE HIT US

5         IN THE BACK 'CAUSE HE WAS TEXTING ON HIS PHONE.

6    Q.   AND HOW WERE YOU INJURED?

7    A.   I JUST HAD A LITTLE BACKACHE.  IT DIDN'T STOP ME

8         FROM DOING MY JOB, 'CAUSE I WAS HEALTHY.

9    Q.   WHERE DID YOU GO TO THE HOSPITAL AFTER THAT?

10   A.   GREENVILLE MEMORIAL.  THEY GAVE ME SOME MUSCLE

11        RELAXERS.  AFTER THAT, IT WAS GONE.

12   Q.   HAD YOU EVER SEEN A BACK SPECIALIST OR A DOCTOR FOR

13        BACK PAIN AFTER THAT CAR ACCIDENT?

14   A.   NO, SIR.

15   Q.   HAVE YOU EVER HAD AN M.R.I. OF YOUR BACK BEFORE,

16        PRIOR TO THIS WORK INJURY?

17   A.   NO, SIR.

18   Q.   WAS THE CAR ACCIDENT IN 2010 THE LAST ONE YOU WERE

19        INVOLVED IN?

20   A.   YES.

21   Q.   DO YOU HAVE HEALTH INSURANCE THROUGH THE COMPANY?

22   A.   YES, SIR, I DO.

23   Q.   OKAY.  WHO IS THAT WITH?

24   A.   BLUE CROSS BLUE SHIELD.

25
```

1    **BY THE WITNESS:**

2              I NEED TO GO TO THE RESTROOM.

3    **BY MR. LEWIS:**

4              LET'S GO OFF THE RECORD.

5                        (OFF THE RECORD)

6    **EXAMINATION RESUMED BY MR. LEWIS:**

7    Q.   ALL RIGHT.  MS. MCKINNEY, WE TOOK A BREAK AND NOW

8         WE'RE BACK ON THE RECORD.  I HAD ASKED YOU IF --

9         BEFORE WE WENT OFF THERE, YOU TESTIFIED THAT YOU DID

10        HAVE HEALTH INSURANCE THROUGH THE COMPANY.  IS

11        THAT -- ARE YOU PAYING -- YOU'VE HAD TO MAKE PREMIUM

12        PAYMENTS ON THAT OR WHAT?

13   A.   YES, SIR.  THEY TAKE IT OUT YOUR PAYCHECK EVERY TWO

14        WEEKS.

15   Q.   OKAY.  WHAT KIND OF CHECK ARE YOU GETTING FROM THEM

16        SINCE YOU'VE NOT BEEN WORKING?

17   A.   I'M NOT -- I DID RECEIVE DISABILITY, BUT NOW

18        WORKERS' COMP IS PAYING ME.

19   Q.   OKAY.  HOW MUCH ARE YOU RECEIVING?

20   A.   IT'S $766.05.  I THINK THAT'S WHAT IT IS.

21   Q.   DO YOU REMEMBER WHEN YOU STARTED RECEIVING THAT?

22   A.   WELL, I DIDN'T GET PAID FOR THE WHOLE MONTH OF

23        MAY ---

24   Q.   RIGHT.

25   A.   --- BECAUSE IT WAS LIKE IN A TUG-OF-WAR WITH

```
 1          DISABILITY AND WORKERS' COMP.  BUT THEY BOTH PAID

 2          ME.

 3    Q.    YOU WENT ON SHORT-TERM DISABILITY FOR SOME PERIOD OF

 4          TIME?

 5    A.    YES, SIR.

 6    Q.    OKAY.  AND WHO WAS THAT THROUGH?  WAS THAT AN

 7          INSURANCE CARRIER THAT ---

 8    A.    HARTFORD.  THE HARTFORD.

 9    Q.    SO WHILE YOU WERE ON SHORT-TERM DISABILITY, YOU WERE

10          GETTING A CHECK FROM HARTFORD, CORRECT?

11    A.    YES.

12    Q.    OKAY.  WAS THAT CHECK MORE OR LESS THAN THE ONE YOU

13          GET FROM WORKERS' COMP?

14    A.    IT WAS LESS.  NOT MUCH LESS, BUT LESS.

15    Q.    HAVE YOU APPLIED FOR SOCIAL SECURITY DISABILITY?

16    A.    NO, SIR.

17    Q.    WHAT DO YOU DO TO OCCUPY YOUR TIME?  I MEAN, I KNOW

18          YOU'RE NOT WORKING, BUT WHAT DO YOU DO DURING THE

19          DAY AND SUCH?

20    A.    WELL, I BE AT HOME MOST OF THE TIME OR I GO SEE MY

21          GRANDMOTHER.  OH, I'M IN THERAPY, SO -- AND I SEE MY

22          COUNSELOR ON TUESDAYS.  AND I TAKE WATER -- POOL

23          THERAPY WHEN I CAN.  BUT I'M IN -- I'M IN GROUP

24          THERAPY MONDAY, WEDNESDAY, AND FRIDAY AT C.C.B.H.

25          FROM 9 TO 12.  I SEE DR. JONES ON TUESDAYS NOW.
```

1      SHE'S MY COUNSELOR FOR MY JOB.

2   Q.   WHAT DO YOU MEAN, FOR YOUR JOB?

3   A.   WELL, THAT'S -- YOU KNOW, THEY -- WHEN YOU CALL, WE

4        GET FREE COUNSELING, SO I SEE HER, TOO.  SHE'S

5        LIKE -- I FOUND HER THROUGH OUR JOB.  IT'S FREE

6        COUNSELING.

7   Q.   YOU MEAN ---

8   A.   BUT THEY -- THAT'S NOT FREE ANYMORE.  THEY PAY LIKE

9        UP TO THREE OR FOUR COUNSELING SESSIONS.

10  Q.   YOU'RE TALKING ABOUT THROUGH MAGNA?

11  A.   YES.

12  Q.   LIKE EMPLOYEE ASSISTANCE PROGRAMS?

13  A.   YES, THAT'S WHAT THAT IS.

14  Q.   OKAY.

15  A.   YES, SIR.

16  Q.   SO YOU SEE DR. JONES?

17  A.   DARNETA JONES, YES.

18  Q.   AND IS SHE -- DOES SHE HAVE HER OWN OFFICE SOMEWHERE

19       AROUND HERE?

20  A.   YES, SIR.

21  Q.   WHERE IS SHE?

22  A.   IN WOODS LAKE PARK.  I THINK IT'S 702 OR 706 WOODS

23       LAKE PARK OR SOMETHING LIKE THAT.  I THINK IT'S 706

24       WOODS LAKE PARK.

25  Q.   DARNETA JONES?

1    A.   DARNETA JONES.

2    Q.   HOW LONG HAVE YOU BEEN SEEING HER?

3    A.   I'VE BEEN SEEING HER FOR -- SOUTH, I'VE BEEN SEEING

4          HER SINCE AROUND MAY.  IT WAS AROUND THE TIME AFTER

5          I -- I THINK I WAS SEEING HER BEFORE C.C.B.H. -- OR

6          AFTER.  BUT I KNOW I JUST STARTED SEEING HER AROUND

7          THE SAME TIME ---

8    Q.   OKAY.

9    A.   --- WITH C.C.B.H.

10   Q.   SO IF YOU'RE NOT IN COUNSELING OR SEEING DR. JONES,

11        WHAT DO YOU DO WHEN YOU'RE AT THE HOUSE?

12   A.   TRYING TO STAY, YOU KNOW, IN A COMFORTABLE MOOD.

13   Q.   DO YOU DO THE COOKING AND THE CLEANING AND SUCH?

14   A.   I HAVEN'T COOKED IN YEARS.

15   Q.   SO ---

16   A.   NO, I DON'T CLEAN.  MY DAUGHTER CLEAN FOR ME.

17   Q.   SO YOU'VE NEVER REALLY BEEN MUCH OF A COOK?  IS THAT

18        WHAT YOU'RE TRYING TO SAY?

19   A.   SOUTH, I CAN COOK.

20   Q.   WELL, I DON'T MEAN THAT, BUT YOU -- COOKING ISN'T

21        YOUR THING ANYWAY?

22   A.   NO.

23   Q.   OKAY.  SO HOW ABOUT CLEANING?

24   A.   NO, I CAN'T CLEAN AT THIS TIME.

25   Q.   SO WHO IS DOING THE CLEANING AT THE HOUSE?

1    A.   SANTORIA, MY DAUGHTER, AND SYDNEY.

2    Q.   OKAY.

3    A.   BOTH OF MY DAUGHTERS.

4    Q.   ARE YOU GOING ON ANY VACATIONS THIS SUMMER?

5    A.   NO, SIR.

6    Q.   THE HOUSE THAT YOU LIVE IN, DOES IT HAVE A YARD THAT

7        YOU MAINTAIN?

8    A.   I DON'T MAINTAIN IT.  I HAVE SOMEBODY ELSE DOING IT.

9    Q.   SOMEBODY CUTS THE GRASS FOR YOU?

10   A.   YES.

11   Q.   ARE YOU INTO GARDENING OR ANYTHING LIKE THAT?

12   A.   I WOULD NEVER GET OUT THERE IN THAT SUN AND TOUCH

13       NOTHING.  I NEVER HAVE CUT MY GRASS.  NEVER.

14   Q.   DO YOU DO ANYTHING FOR PHYSICAL EXERCISE?  I MEAN,

15       DO YOU ---

16   A.   JUST POOL THERAPY.

17   Q.   OKAY.  WHERE DO YOU ---

18   A.   I TRIED PHYSICAL THERAPY, BUT IT MADE MY FLARE-UPS

19       WORSE.  YOU KNOW, LIKE MY MUSCLES WOULD FLARE UP

20       QUICK.  POOL THERAPY HELP ME, BUT PHYSICAL THERAPY

21       MADE ME WORSE.  I TRIED PHYSICAL THERAPY TWICE.  I

22       COULDN'T DO IT NO MORE, SOUTH.

23   Q.   JUST MADE YOU HURT TOO BAD?

24   A.   YES.

25   Q.   OKAY.

1    A.   YES, SIR.

2    Q.   HOW MUCH LONGER DO YOU HAVE AT THIS C.C.B.H.

3         PROGRAM?

4    A.   THEY GOT ME DOWN, I THINK UNTIL THE 29TH OF JULY.

5         BUT THAT'S -- YOU KNOW, THEY NEEDED A DATE LIKE --

6         THE SHORT-TERM DISABILITY, THEY NEED AN ACTUAL DATE.

7         AND WORKERS' COMP, THEY JUST NEEDED A DATE, SO

8         THEY -- THEY GOT DOWN TO THE 29TH, BUT IT STILL

9         COULD GO LONGER. IT ALL DEPENDS ON MY SYMPTOMS, IF

10        THEY'VE GOTTEN BETTER.

11   Q.   HAVE YOU SEEN A CHIROPRACTOR SINCE YOUR INJURY?

12   A.   YES, SIR.

13   Q.   WHO WAS THAT?

14   A.   DR. DRECKMAN, BUT I HAVEN'T SEEN HIM SINCE HE HAD TO

15       LET -- YOU KNOW, RELEASE ME, BECAUSE MY INSURANCE

16       WASN'T GOING TO COVER IT BECAUSE IT WAS A WORKERS'

17       COMP CASE.

18   Q.   HAD YOU EVER SEEN A CHIROPRACTOR BEFORE THIS INJURY?

19   A.   YES.

20   Q.   BEFORE THIS INJURY?

21   A.   OH, NO. NO. YOU'RE TALKING ABOUT BEFORE THE

22       INJURY?

23   Q.   YES. HAD YOU EVER SEEN A -- I FIRST ASKED YOU ABOUT

24       SINCE THE INJURY. NOW I'M ASKING YOU BEFORE THE

25       INJURY.

1    A.   YES.

2    Q.   YOU HAD SEEN A ---

3    A.   UH-HUH.

4    Q.   --- CHIROPRACTOR BEFORE THIS INJURY?

5    A.   UH-HUH.

6    Q.   WHO WAS THAT?

7    A.   I FORGOT HIS NAME, BUT HE -- DOCTOR -- I FORGOT HIS

8          NAME.  I'M SORRY.

9    Q.   WHY WOULD YOU HAVE BEEN SEEING HIM?

10   A.   BECAUSE I WAS UP ON A LOT OF STRESS.  AND IT WAS FOR

11         THAT CAR ACCIDENT BACK IN 2010, TOO.

12   Q.   SO AFTER THAT CAR ACCIDENT, YOU ---

13   A.   I WENT, YEAH.  'CAUSE THAT GUY WAS -- I HAD MUSCLE

14         SPASMS.

15   Q.   SO I ASKED YOU EARLIER IF YOU HAD EVER HAD ANY

16         PROBLEMS WITH YOUR BACK BEFORE, AND YOU SAID NO.  SO

17         YOU HAVE HAD PROBLEMS WITH YOUR BACK BEFORE?

18   A.   WHEN I WAS IN THAT CAR ACCIDENT IN 2010.

19   Q.   UH-HUH.

20   A.   YEAH.

21   Q.   SO YOU HAD MUSCLE SPASMS?

22   A.   AND I WENT TO GO GET MY BACK CHECKED OUT, TOO.

23         YEAH.

24   Q.   SO WHERE DID YOU GO OTHER THAN THE -- YOU TOLD ME

25         ALL YOU DID IS GO TO THE HOSPITAL AND ---

1    A.   I WENT TO THE HOSPITAL.

2    Q.   OKAY.

3    A.   I APOLOGIZE, BUT I DID ---

4    Q.   BUT WHAT OTHER DOCTORS DID YOU GO SEE?  YOU SAW A

5        CHIROPRACTOR?

6    A.   YEAH, IT STARTED WITH A Z.

7    Q.   WHERE IS HE?

8    A.   HE'S OVER ON HIGHWAY 14.  HE WAS DOWNTOWN

9        SIMPSONVILLE WHEN I WENT IN 2010.  I CAN'T REMEMBER

10       WHAT ---

11    Q.   WHAT OTHER DOCTORS DID YOU SEE AFTER THAT 2010

12       ACCIDENT?

13    A.   THAT'S IT.  JUST THE HOSPITAL AND ---

14    Q.   THE CHIROPRACTOR?  YOU DIDN'T EVER GO GET CHECKED

15       OUT BY A SPECIALIST?

16    A.   NO, I DIDN'T NEVER HAVE NO M.R.I. EITHER.

17    Q.   DID YOU GO TO YOUR FAMILY DOCTOR AT THAT TIME IN

18       2010 ABOUT IT?

19    A.   NO, JUST THE HOSPITAL AND HIM.

20    Q.   DID YOU HAVE A -- DID YOU GET A SETTLEMENT FROM THE

21       INSURANCE COMPANY?

22    A.   YEAH.

23    Q.   HOW MUCH WAS IT?

24    A.   IT WAS LIKE CLOSE TO SEVEN THOUSAND, I THINK.

25    Q.   DID YOU HAVE AN ATTORNEY?

1    A.    YES.

2    Q.    WHO WAS THAT?

3    A.    JOEL BIEBER.

4    Q.    OKAY.

5    A.    YEAH, HE HAS ALL THE INFORMATION.

6    Q.    WHO DOES?

7    A.    JOEL BIEBER.

8    Q.    JOEL BIEBER?

9    A.    YES.  I CAN'T REMEMBER ---

10   Q.    SO YOU WOULD -- WOULD YOU SIGN A RELEASE TO LET US

11         GET THAT INFORMATION?

12   A.    YES.

13   Q.    WHERE WERE THE MUSCLE SPASMS YOU WERE HAVING IN

14         2010?

15   A.    FROM THE CAR ACCIDENT.

16   Q.    BUT WHERE?  WHICH PART OF YOUR BODY?  SAME PARTS AS

17         YOU'RE HAVING NOW?

18   A.    NO.

19   Q.    WHERE WERE THEY THEN?

20   A.    LIKE JUST IN THE MIDDLE.  LIKE IN -- JUST IN MY

21         BACK, 'CAUSE HE HIT ME REAL HARD.  IT COST LIKE OVER

22         FIVE THOUSAND TO GET MY CAR FIXED.  HE WAS JUST --

23         HE KNOCKED MY CAR HARD.  BUT THEN IT GOT BETTER.  IT

24         DIDN'T STOP ME FROM PERFORMING MY JOB DUTIES.

25

1    **BY MR. LEWIS:**

2              GO OFF THE RECORD, PLEASE.

3                   (OFF THE RECORD)

4    **EXAMINATION RESUMED BY MR. LEWIS:**

5    Q.    YOUR ATTORNEY HANDED ME A PRESCRIPTION ---

6    A.    YES, SIR.

7    Q.    --- FOR A SHOWER CHAIR AND A STAIR LIFT THAT WAS

8          WRITTEN BY YOUR FAMILY DOCTOR.

9    A.    YES, SIR.

10   Q.    EXPLAIN TO ME THE NEED FOR THAT.

11   A.    IT'S HARD FOR ME TO SHOWER.  IT'S HARD FOR ME TO GO

12         UP AND DOWN MY STAIRS WITHOUT BEING IN PAIN.  IT'S

13         VERY HARD.

14   Q.    SO YOU'VE GOT A TWO-STORY HOUSE?

15   A.    YES, SIR.

16   Q.    AND IS IT A STRAIGHT STAIRCASE OR DOES IT TURN?

17   A.    STRAIGHT AND STEEP.  IT'S VERY STEEP.

18   Q.    AND YOU'RE SAYING YOU'RE HAVING A HARD TIME GOING UP

19         THE STEPS?

20   A.    YEAH, AND -- WELL, IT'S EASY GOING DOWN, BUT IT'S

21         HARD COMING UP.  IT'S VERY HARD.  IT'S LIKE THE --

22         I BE OUT OF BREATH, AND THE PAIN IN MY LEG IS VERY

23         PAINFUL.  IT'S VERY PAINFUL.

24   Q.    AND WHAT'S -- TELL ME ABOUT THE SHOWER.

25   A.    IT'S HARD TO BATHE.  AND BENDING AND ---

```
 1    Q.   WELL, DO YOU BATHE IN A TUB OR DO YOU SHOWER?
 2    A.   I SHOWER A LOT, BUT I TRY TO TAKE A BATH SO I CAN
 3         SOAK MY LEGS SO THEY CAN -- IT'S HARD TO GET OUT.
 4         IT'S HARD FOR ME TO PUSH MYSELF UP OUT OF THE TUB.
 5         AND I DON'T WANT TO CALL MY DAUGHTERS IN THERE TO
 6         HELP ME OUT, SO I TAKE MORE SHOWERS.  I DON'T
 7         TAKE -- I'VE PROBABLY HAD A BATH TWICE SINCE I'VE
 8         BEEN INJURED.
 9    Q.   BEFORE YOUR INJURY, WERE YOU A SHOWER PERSON OR A
10         BATH PERSON?
11    A.   YES, I DID THEM BOTH.  I DIDN'T HAVE NO PROBLEM
12         DOING IT.  BUT NOW I HAVE A LOT OF PROBLEMS.  IT'S
13         VERY HARD FOR ME TO TAKE A SHOWER.
14    Q.   NOW, I DON'T WANT YOU TO GET TOO DETAILED WITH ME,
15         BUT WHAT'S HARD ABOUT A SHOWER?  I MEAN, EXPLAIN
16         THAT TO ME.
17    A.   IT'S PAINFUL.
18    Q.   WELL, I UNDERSTAND THAT.  BUT WHAT'S PAINFUL ABOUT
19         IT?
20    A.   WHEN I HAVE TO BEND DOWN AND -- MY SHOWER'S SMALL.
21         IT'S NOT BIG.  AND IT'S JUST HARD TO BEND DOWN AND
22         WASH MY FEET.
23    Q.   OKAY.
24    A.   YEAH.
25
```

1  **BY MR. LEWIS:**

2          ALL RIGHT.  I DON'T HAVE ANY MORE QUESTIONS FOR

3      YOU.  THANK YOU.

4  **BY MR. GUEST:**

5          I HAVE A FEW.

6  **EXAMINATION BY MR. GUEST:**

7  Q.  I JUST WANT TO TRY TO CLARIFY SOMETHING.  EARLIER

8      YOU WERE ASKED BY SOUTH ABOUT MAGNA WORKING WITH YOU

9      WITHIN YOUR RESTRICTIONS, AND PROVIDING YOU A JOB

10     THAT ALLOWED YOU TO WORK WITHIN YOUR RESTRICTIONS.

11     WHEN ASKED IF THEY WERE DOING THAT, I THINK YOUR

12     RESPONSE WAS YES.

13 A.  THAT'S CORRECT.

14 Q.  SO -- HOWEVER, EARLIER YOU WERE COMPLAINING ABOUT

15     DEB AND THE 90 PERCENT ON THE FLOOR, STANDING AND

16     WALKING, AND HOW YOU WERE NOT ABLE TO DO THAT.

17 A.  UH-HUH.

18 Q.  IS THAT CORRECT?

19 A.  YES.  ANGUS AND CRAIG LANE, THEY -- THEY

20     ACCOMMODATED ME.  DEBBIE HAD AN ISSUE WITH IT.

21 Q.  OKAY.  HOW DID THE OTHERS, LIKE ANGUS, ACCOMMODATE

22     YOU?

23 A.  WELL, ANGUS GOT ME A CART.

24 Q.  UH-HUH.

25 A.  AND CRAIG LANE ASKED ME, WAS THERE ANYTHING HE COULD

1    DO FOR ME, YOU KNOW, TO HELP ME BE COMFORTABLE.  BUT

2    DEBBIE ---

3 Q.  UH-HUH.

4 A.  --- HAD AN ISSUE WITH ME SITTING DOWN AND -- YOU

5    KNOW, BUT SHE DIDN'T HAVE NO ISSUES WITH ME RIDING.

6    SHE JUST HAD AN ISSUE WITH ME SITTING DOWN.  AND

7    THEN SHE TOLD -- IN THE E-MAIL, SHE SAID THAT, YOU

8    KNOW -- I ASKED HER, "YOU KNOW, DO I -- DO YOU -- DO

9    I NEED TO STAND AND WALK 90 PERCENT OF MY TIME?"

10    AND SHE SAID, "YES."

11 Q.  OKAY.  ALL RIGHT.  SO I THINK ANGUS AND -- WHO WAS

12    THE OTHER ONE?

13 A.  CRAIG LANE.

14 Q.  THEY WERE TRYING TO ACCOMMODATE YOUR RESTRICTIONS?

15 A.  YES, SIR.

16 Q.  IS THAT CORRECT?

17 A.  YES, SIR.

18 Q.  BUT YOUR IMMEDIATE SUPERVISOR WAS HAVING DIFFICULTY

19    DOING THAT?

20 A.  YES.  YES.

21 Q.  NOW, SO -- BUT YOUR IMMEDIATE SUPERVISOR WAS NOT

22    ACCOMMODATING; IS THAT CORRECT?

23 A.  SHE LET ME RIDE ON THE CART AND STUFF, BUT SHE DID

24    NOT WANT ME AT THE DESK THAT TEN PERCENT.  SHE

25    WANTED ME ON THE FLOOR, WHICH ---

1    Q.   OKAY.

2    A.   --- WAS HARD.  IT WAS GETTING HARD TO DO THAT.

3    Q.   ALL RIGHT.  RIDING ON A CART?

4    A.   YEAH.

5    Q.   WHY IS THAT DIFFICULT?

6    A.   BECAUSE I HAD TO RIDE AND MAKE SURE ALL THE LINES

7         WAS RUNNING, AND MAKE SURE EVERYBODY WAS TRAINED.

8         THAT'S GETTING UP, GETTING OFF, GETTING UP, GETTING

9         OFF, GETTING UP, GETTING OFF, MOVING MY HANDS.  IT'S

10        JUST ---

11    Q.   OKAY.

12    A.   --- A LOT OF MOVING AND GETTING UP AND GETTING OFF.

13    Q.   SO THAT'S THE WORK THEY WERE PROVIDING FOR YOU?

14    A.   YEAH.

15    Q.   THAT'S THE LIGHT DUTY THEY WERE PROVIDING?

16    A.   YES, SIR.

17    Q.   IS THAT CORRECT?

18    A.   YES, SIR.

19    Q.   AND YOU WERE NOT ABLE TO PERFORM THAT LIGHT DUTY; IS

20        THAT CORRECT?

21    A.   NO, SIR.

22    Q.   NOW, IN YOUR UNDERSTANDING OF DISCUSSIONS WITH

23        DR. HUTCHESON, HE WOULD SIMPLY WRITE LIGHT DUTY AS

24        YOUR RESTRICTION; IS THAT CORRECT?

25    A.   YES, SIR.

1    Q.    ALL RIGHT.  I'M GOING TO SHOW YOU WHAT IS A MEDICAL

2          QUESTIONNAIRE FROM DR. HUTCHESON, OKAY?

3    A.    OKAY.

4    Q.    AND I'M GOING TO TALK TO YOU ABOUT NUMBER FIVE HERE,

5          ALL RIGHT?

6    A.    OKAY.

7    **BY MR. LEWIS:**

8              RUSSELL, IS THAT ONE YOU'VE ALREADY SENT TO US?

9    **BY MR. GUEST:**

10             YEAH.

11   **BY MR. LEWIS:**

12             OKAY.  WHAT'S THE DATE ON THAT ONE?

13   **BY MR. GUEST:**

14             5/23.

15   **BY MR. LEWIS:**

16             OKAY.

17   **BY MR. GUEST:**

18             YEAH.

19   **EXAMINATION RESUMED BY MR. GUEST:**

20   Q.    SO I'M GOING TO READ TO YOU WHAT THE QUESTION IS AND

21         THEN WHAT THE ANSWER WAS FROM DR. HUTCHESON, OKAY?

22   A.    OKAY.

23   Q.    "DOES MS. MCKINNEY'S WORK RESTRICTIONS ALLOW HER FOR

24         EACH WORKDAY TO BE 90 PERCENT ON THE FLOOR, 10

25         PERCENT AT THE COMPUTER, EXPECTED TO WALK, RIDE

1           EVERY ASSEMBLY, MAKE SURE OPERATORS ARE USING

2           QUALITY CHECKS CORRECTLY?"

3                AND THE OPTIONS FOR HIM -- FOR HIM TO ANSWER

4           WERE YES OR NO.  HE CHECKED NO.  NOW, WAS THAT AN

5           UNDERSTANDING OF WHAT YOU UNDERSTOOD DR. HUTCHESON'S

6           WORK RESTRICTIONS TO BE?  THAT YOU -- IS THAT -- DO

7           YOU UNDERSTAND THAT QUESTION?  DO I NEED TO REPHRASE

8           IT?

9      A.   YES, SIR.

10     Q.   IS THAT WHAT YOU -- IS THIS -- THE WAY HE ANSWERED

11          THIS, IS WHAT YOU UNDERSTOOD HE EXPECTED LIGHT DUTY

12          TO BE?

13     A.   WELL, THAT'S NOT LIGHT DUTY RIGHT THERE.

14     Q.   RIGHT.  HE WAS SAYING YOU COULD NOT DO THIS ---

15     A.   YEAH.

16     Q.   --- UNDER HIS UNDERSTANDING ---

17     A.   YES.

18     Q.   --- OF LIGHT DUTY, OKAY.  ALL RIGHT.  OKAY.  SO IN

19          THIS INSTANCE WITH THE WORK THEY WERE PROVIDING TO

20          YOU WHERE YOU WERE EXPECTED TO BE ON THE FLOOR 90

21          PERCENT OF THE TIME, 10 PERCENT AT COMPUTER, AND

22          EXPECTED TO RIDE AND WALK THE ASSEMBLY LINE, THAT

23          WAS NOT ACCOMMODATING YOUR LIGHT RESTRICTIONS?

24     A.   NO, SIR.

25     Q.   OR YOUR LIGHT DUTY?

1     A.   NO, SIR.

2     **BY MR. GUEST:**

3           OKAY.  ALL RIGHT.  I HAVE NO FURTHER QUESTIONS.

4     **BY MR. LEWIS:**

5           I DON'T HAVE ANYTHING ELSE.  THANK YOU.

6

7

8     **(THERE BEING NO FURTHER QUESTIONS, THIS DEPOSITION WAS**

9     **CONCLUDED AT THE HOUR OF 11:37 A.M.)**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF NOTARY PUBLIC
SOUTH CAROLINA WORKERS' COMPENSATION COMMISSION
COLUMBIA, SOUTH CAROLINA
WCC FILE NO. 1510391

**EMPLOYEE/CLAIMANT**:  **SONJI MCKINNEY**

**EMPLOYER**:  **MAGNA DRIVE AUTOMOTIVE**

**INSURER**:  **AMERICAN ZURICH INSURANCE COMPANY**


I, KALEN MOLDOVAN, A NOTARY PUBLIC FOR THE STATE OF SOUTH CAROLINA, DULY COMMISSIONED AND QUALIFIED AS SUCH, DO HEREBY CERTIFY THAT THE FOREGOING **88** PAGES REPRESENTS A TRUE AND ACCURATE TRANSCRIPT OF THE FOREGOING DEPOSITION OF **SONJI MCKINNEY** TAKEN ON THE 28TH DAY OF JUNE 2016.

THAT THE WITNESS WAS DULY PLACED UNDER OATH AND ADMONISHED TO SPEAK THE WHOLE TRUTH.  THAT THE ORAL DEPOSITION WAS DULY TAKEN AND TRANSCRIBED AS TO THE QUESTIONS PROPOUNDED AND THE ANSWERS GIVEN.

THAT ALL THE OFFERED EXHIBITS, STIPULATIONS AND OBJECTIONS, IF ANY, INVOLVED IN THIS CASE ARE DULY ATTACHED OR INCLUDED HEREIN.

IN WITNESS WHEREOF, I HAVE SET MY HAND THIS 12TH DAY OF JULY, 2016.


_____
KALEN MOLDOVAN
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES: 01/5/2026


\*   THIS TRANSCRIPT MAY CONTAIN QUOTED MATERIAL.  SUCH MATERIAL IS REPRODUCED AS READ OR QUOTED BY THE SPEAKER.