Hand-Delivered

FILED
CHARLOTTE, NC

OCT 06 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

10/6/2025

To whom it may concern: (UPDATED) (Exhibit)

My name is Sonji Mckinney and this is my response to WJCB (South Lewis) motion. I ask that the court rule in my favor with my charge of discrimination with South Lewis because I never agreed to no clinchers with him or Kimura which I found out about in March 2023 while hospitalized at Prisma Health Greenville while learning how to walk and use my hands again. South Lewis stated on his Form 51 that I wasn't permanent disabled which was very discriminating. I have a lot going on with my health behind his doctors stating I was malingering, over reporting and seeking attention. My witness was never interviewed. Documents attached with incident report. South Lewis stated I have no rights to seek additional payments even if I have a change a condition which was very discriminating to me also his comment about me sending bible verses, etc during my workers comp appeal. Per Gary Cannon, (workers comp executive director) I have a right to file a Form 50 which was denied by Commissioner Campbell on 12/4/24 (Emails attached) Gary stated in his email to me that if my condition has change or the settlement agreement was not kept which was fraud and the notebook paper I signed, my old attorney Russell Guest, South Lewis or the mediator didn't explain anything about a clincher, they just let me sign. Please grant my lawsuit against South Lewis for fraud and his discriminating comments about my rights. Thank you for your consideration and support.

Sonji Mckinney

*Sonji Mckinney* (signature)

3:25-CV-00681-MOC-DCK

**South Carolina Workers' Compensation Commission**
1333 Main Street, Suite 500 • Post Office Box 1715
Columbia, South Carolina 29202-1715
(803) 737-5700 www.wcc.sc.gov

COPY

| | |
|---|---|
| WCC File #: | 1510391 |
| Carrier File #: | 002223-016056-WC-01 |
| Carrier Code #: | |
| Employer FEIN #: | |

| | | | |
|---|---|---|---|
| Claimant's Name: | Sonji McKinney | SSN: | |
| Address: | PO Box 311 | | |
| City: | Simpsonville | State: SC | Zip: 29681 |
| Home Phone: | (864) 309-7093 | Work Phone: | |
| Date of Injury: | 7/17/2015 | | |
| Preparer's Name: | J. South Lewis, II | Law Firm: Willson Jones Carter & Baxley, P.A. | |

| | |
|---|---|
| Employer's Name: | Magna Drive Automotive |
| Address: | 120 Moon Acres Drive |
| City: Piedmont | State: SC  Zip: 29673 |
| Insurance Carrier: | American Zurich Insurance Company |
| Preparer's Phone #: | (864) 527-3284 |

**Date of Injury or Illness: 7/17/2015**    Estimated time for hearing: 30 min.

Complete each information blank. Clearly specify when contentions are admitted in part and denied in part. The Employer/Carrier in answer to the claim, respectfully shows:

1. It is **Admitted** the employee sustained an injury or illness on or about the date set forth in the Form 50. The reasons for denial are: Claimant had a compensable injury in 2015. The claim settled on a full and final clincher in 2017 (clincher filed 3/3/17.) Claimant is entitled to no further benefits and it would be improper to hold a hearing on a fully settled case.

2. It is **Admitted** both the employer and employee were subject to the Workers' Compensation Act at the time in question. The reasons for denial are:
   But see #1.

3. It is **Admitted** the relationship of employer and employee existed at the time in question. The reasons for denial are:
   But see #1.

4. It is **Admitted** at the time in question the employee was performing services arising out of and in the course of employment. The reasons for denial are:
   But see #1.

5. It is **Admitted** notice of injury was given the employer. The reasons for denial are:
   But see #1.

6. It is **Denied** the employee **Needs / Is Entitled to Additional** medical care as a result of injury or illness. The reasons for denial are:
   See #1.

7. It is **Denied** the employee is entitled to temporary total disability for the period(s) of :
   See #1.

8. It is **Denied** the employee is permanently disabled. The reasons for denial are:
   See #1.

9. It is **Denied** the employee has serious disfigurement.

10. It is contended that an average weekly wage of $1494.11 applies, according to attached Form 20 as provided by law.

11. Further contentions, grounds of defense, or unusual aspects are:
    Laches defense. Defendants reserve the right to amend and to assert defenses as they become aware of them.

☐ **Mediation**
   ☐ a. Mediation is requested to be ordered pursuant to Reg. 67-1801 B.
   ☐ b. Mediation is required pursuant to Reg. 67-1802.
   ☐ c. Mediation is requested by consent of the Parties pursuant to Reg. 67-1803.
   ☐ d. Mediation has been conducted by a duly qualified mediator and resulted in an impasse.
Questions regarding mediation may be submitted to **mediation@wcc.sc.gov**.

I certify I have served this document pursuant to Reg. 67-211. See attached certificate of service.
I verify the contents of this form are accurate and true to the best of my knowledge.

| | | | |
|---|---|---|---|
| [signature] | Attorney for the Employer/Insurer | jslewis@wjcblaw.com | 10/15/2024 |
| Preparer's Signature | Title | Email | Date |

Refer to R.67-204 through R.67-210 and R.67-601 through R.67-615. Refer to R. 67-1801 for mediation. Questions about the use of this form may be directed to the Commission's Judicial Department at 803-737-5675 or judicial@wcc.sc.gov or mediation@wcc.sc.gov. Pursuant to R.67-606, a Form 20 must be filed with the Claims Department at least 30 days from the date of filing this form.

**WCC Form # 51**    **51**    Employer's Answer to Request for Hearing
Revised 9/23