Hand-Delivered

FILED
CHARLOTTE, NC
OCT 06 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

**10/6/2025 (UPDATED EXHIBIT)**

**To whom it may concern:**

**My name is Sonji Mckinney and this is my response to Magna (Drive) International and I ask that you please grant me favor with a fair trial and fair treatment. I ask for a change of venue because I was done wrong by Magna and I worked so hard for them and they did me so wrong. My GM Angus deposition is attached along with mines. Angus had a lot of respect for me because of my work ethics and he was the one who promoted me. My manager (Deb Vronch) moved my chair and didn't want to accommodate my restrictions anymore. (documents attached) also stated in my deposition. When I had my accident, that really hurt Angus and he has nothing to do with how I was treated badly behind my accident, Magna, Kimura, South Lewis also my old attorneys. I thought I was in good hands with Russell Guest and I did exactly what I was told when signing documents under duress and stress because I thought he had my best interest at heart. I didn't know that I could have filed with the EEOC back then until 2023 when I found out about the discovery rule along with the statue of limitations. Russell and Richard old paralegal Sherry Crowe and I became best friends in 2015-2024. We are no longer friends because I seen a lot with my case with her telling Kimura, she hopes they pass their audit with flying colors, etc. (Documents attached) Being that we were close, whenever she asked me to sign documents, I did and I thought she had my best interest at heart too. Attached are conversations between me and Sherry. I have years of conversations. Russell demanded millions and hearings without telling me. The $100 I received when I was asked to resign, it was for our Christmas bonus to the entire plant. South Lewis offered me $5.00 at the beginning of mediation which was very very discriminating. Please help me get justice with my case because I was done wrong and I can never work**

**again also I have to have back and neck surgery again. Thank you for your consideration and support.**

**Sonji Mckinney**

**3:25-CV-00681-MOC-DCK**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| Sonji McKinney,<br><br>Plaintiff,<br><br>v.<br><br>Prisma Health Greenville Hospital, Russell Guest, Richard Allen, WJCB Law Firm, Magna International, and Kimura Logistics.<br><br>Defendants. | ) | C.A. No.: 3:25-CV-00681-MOC-DCK |

**MEMORANDUM IN SUPPORT OF DEFENDANT DRIVE AUTOMOTIVE INDUSTRIES OF AMERICA, INC.'S MOTION TO DISMISS**

Pursuant to Rules 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure and other applicable law, Defendant Drive Automotive Industries of America, Inc., incorrectly identified as Magna International,[1] ("Defendant" or "Drive Automotive") hereby submits this Memorandum in Support of their Motion to Dismiss the claims Plaintiff Sonji McKinney's ("Plaintiff") asserted against Drive Automotive in her Complaint.

## I. FACTUAL AND PROCEDURAL BACKGROUND

This lawsuit arises out of Plaintiff's former employment with Defendant approximately nine years ago at its Piedmont, South Carolina location. (ECF No. 1 at 3.) According to Plaintiff, in or around July 2015, she began working for a third-party off-site vendor for Defendant. (ECF No. 1-1 at 8.) At some point, Plaintiff was hit by a forklift, and that same month she filed a workers compensation claim. (*Id.*) Plaintiff returned to work with an accommodation. (*Id.*) On April 1,

* Not true! My manager moved my chair and Hutcheson put me on 9 hours 5 days a week!

[1] Counsel for Defendant will accept an amended pleading identifying the correct entity.

* I couldn't work 12's anymore!



109 Midlands Ct., Suite B, West Columbia, SC 29169

Phone: 803-791-7175 Fax: 803-791-7176

**Work/School Excuse**

Date: 2-17-16

Patient's Name: Sonji McKinney

This patient is/was under my care and the following applies:

_____ Please excuse patient on ______________________ am/pm

_____ Patient is/was unable to work on ______________________

_____ Patient is unable to work until seen on ______________________

_____ Patient is restricted to limited duty for/until ______________________

_____ Patient is able to return to work with the following restrictions:

______________________________________________

______________________________________________

_____ Patient may return to work unrestricted on ______________________

✓ other 9 hrs a day 5 days a week

Y. Eugene Mironer, MD

Justin Kelby Hutcheson, MD

Renju T. Joseph, MD

James R. Hay, MD

Charles D. Tollison, PhD

68 / 110

Y. Eugene Mironer, MD
John C. Haasis, MD
Philip C. LaTourette, MD
John R. Satterthwaite, MD
Renju T. Joseph, MD
J. Kelby Hutcheson, MD
Stephen G. Rees, MD
C. David Tollison, PhD
Donald W. Hinnant, PhD

CAROLINAS CENTER
FOR ADVANCED MANAGEMENT OF PAIN
www.carolinapain.com

# Work Excuse

Date: 12-21-15

Sonji McKinney is under the care of:

Y. Eugene Mironer, MD/ Siri Craft, FNP

John R. Satterthwaite, MD/ Monica Speak, FNP

Phillip C. LaTourette, MD/ Christopher Brown, DNP

James Hay, MD / Christopher Brown, DNP

Justin K. Hutcheson, MD/ Mary Cohen, FNPC

John C. Haasis, MD/ Mary Cohen, FNPC

Renju T. Joseph, MD

C. David Tollison

And the following applies:

_____Patient was seen in office today

_____Patient was/is unable to work_____

_____Patient is unable to work until seen on_____

_____Patient is restricted to limited duty for/until_____

_____Patient is able to return to work with the following restrictions:

She can work 12 hour day. That equal 84 hours every 2 weeks.

Signed [signature]

220 Roper Mountain Road Ext
Greenville, SC 29615
Phone: 864-295-6399
Fax: 864-295-2337

1330 Boiling Springs Road
Suite 2700
Spartanburg, SC 29303
Phone: 864-583-0051
Fax: 864-583-0390

300 Plaza Circle
Suite F
Clinton, SC 29325
Phone: 888-401-6099, Ext. 19
Fax: 864-583-0147

141 Asheland Avenue
Asheville, NC 28801
Phone: 828-232-1955
Fax: 828-232-0329

1325 Spring Street
Greenwood, SC 29646
Phone: 864-725-4085
Fax: 864-725-5082

303 W Alexander Avenue
Suite G1
Greenwood, SC 29646
Phone: 888-401-6099, Ext. 24
Fax: 864-583-0147

109 Midlands Court
Suite B
West Columbia, SC 29169
Phone: 803-791-7175
Fax: 803-791-7176

50 Hospital Drive
Suite 2D
Hendersonville, NC 28739
Phone: 828-684-1030
Fax: 828-687-4229



## Sherry Crowe

**From:** Sherry Crowe
**Sent:** Monday, March 28, 2016 3:26 PM
**To:** Russell Guest
**Subject:** FW: Email from my Debra Vronch

Here is what Manager is requiring

Thanks-
Sherry Crowe

**From:** Sonya Mckinney [mailto:hattie56.sm@gmail.com]
**Sent:** Monday, March 28, 2016 11:05 AM
**To:** Sherry Crowe <sherrycrowe@guestbrady.com>
**Subject:** Email from my Debra Vronch

Supervisor Duties

---------- Forwarded message ----------
From: "Mckinney, Sonji" <sonji.mckinney@magna.com>
Date: Mar 26, 2016 8:02 PM
Subject: Fwd: RE: FW:
To: "hattie56.sm@gmail.com" <hattie56.sm@gmail.com>
Cc:

---------- Forwarded message ----------
From: "Mckinney, Sonji" <sonji.mckinney@magna.com>
Date: Mar 21, 2016 8:26 PM
Subject: RE: FW:
To: "Vronch, Debra" <debra.vronch@magna.com>
Cc:

Yes mam

Thank you

---

**From:** Mckinney, Sonji
**Sent:** Monday, March 21, 2016 8:02 PM
**To:** Vronch, Debra <debra.vronch@magna.com>
**Subject:** Re: FW:

I'll take care of it in the morning

Please use link below to review, print & sign Supervisor Responsibilities.

Thanks,

Deb

---

**From:** Vronch, Debra
**Sent:** Monday, March 14, 2016 10:56 AM
**To:** Jackson, Dee (DJackson@cosma.com) <DJackson@cosma.com>; 'Mckinney, Sonji (SMckinney@cosma.com)' <SMckinney@cosma.com>; Salas, Joe <JSalas2@cosma.com>; Leutzinger, John (JLeutzinger@cosma.com) <JLeutzinger@cosma.com>
**Subject:** FW:

With shift times changing. I am going to e-mail this out and if you have any questions please let me know.

I need for all of you to read and sign off for Wednesday this week.

I am getting hammered by the alerts going out to the customer, especially when biggest PPM part is closest to the desk… Missing fastener on a check we said we would 100% marker for wrong hole, and missed it all together. Bin violation, sending 2 down the belt, someone not marker checking.

EVERYONE will check alerts / work instructions daily. If operators are asked, they better be up to date, Supervisors and TL will be also be held accountable for not following up.

I will try and speak in all the meetings starting tonight on quality.

You can also relay this, if anyone caught by-passing a check or poke yoke or bin violation (one part at a time), regardless of reason, discipline will be escalated. These reasons are considered severe, and will not be the normal 'step' process.

I expect all of you to follow this attachment. Work Environment – Supervisors day should be 90% on the floor / 10% at the computer, I expect you to walk / ride every line, make sure operators are using checks

correctly. Audit process and hourly checks. When they see you looking, if they care, they will do the process correctly, if not, we will get someone who will.

Alerts area getting out of control fast.

https://www.incosma.com/sites/drive/HR/Active%20Job%20Descriptions/Assembly%20Production%20Supervisor.doc

**Magna Cosma International**

**Debra Vronch**

BMW Assembly Manager

120 Moon Acres Road

Piedmont, SC 29673

Cell - 864.884.7657

dvronch@cosma.com

A. IT WAS JUST B.M.W.
Q. SO THE 40 LINES YOU WERE SUPERVISING, WERE THEY MANUFACTURING THINGS EXCLUSIVELY FOR B.M.W.?
A. YES, SIR.
Q. OKAY. ARE YOU WORKING NOW?
A. NO, SIR.
Q. WHEN'S THE LAST DAY THAT YOU WORKED?
A. THE DAY BEFORE EASTER.
Q. DO YOU HAPPEN TO RECALL WHAT DATE THAT WAS?
A. THE LAST WEEKEND IN MARCH. IF YOU -- IF YOU HAVE A CALENDAR, I CAN GET IT.
Q. UH-UH.
A. IT WAS THE DAY BEFORE EASTER.
Q. OKAY.
A. I THINK IT WAS THE ---
Q. SO ---
A. --- 26TH OR 27TH. IT WAS MARCH 26 OR 27. 4/1/2016
Q. EASTER WOULD HAVE BEEN ON SUNDAY, SO IF YOU WORKED ---
A. YEAH.
Q. --- IT WAS THAT SATURDAY.
A. YES, SIR.
Q. OKAY. AND WHAT HAPPENED THAT DAY? WHAT MADE THAT YOUR LAST DAY THAT YOU WORKED?
A. DEBBIE KNEW THAT I WAS ON LIGHT DUTY. SHE KNEW I

* My Right Duty - Deb didn't follow the Law

HAD TO ROTATE.

Q. NOW, WHEN YOU SAY DEBBIE, ARE YOU TALKING ABOUT DEB VRONCH?

A. YES.

Q. OKAY.

A. AND SHE MOVED MY CHAIR JUST SO I COULDN'T SIT DOWN, SO -- AND IT WAS PAINFUL WALKING AND JUST, YOU KNOW, MOVING UP AND DOWN. DOING PAYROLL -- IT WAS JUST HARD.

Q. ALL RIGHT. SO I'M GOING TO MAKE SURE IT'S REAL CLEAR. YOU'RE SAYING THAT THE LAST DAY YOU WORKED WAS THE SATURDAY BEFORE EASTER, AND THE REASON THAT YOU DIDN'T WORK ANYMORE AFTER THAT IS BECAUSE YOU SAY DEB TOOK YOUR CHAIR FROM YOU?

A. YEAH, AND IT WAS TOO PAINFUL FOR ME TO STAND UP AND WORK. IT WAS TOO PAINFUL. IT WAS PAINFUL FOR ME. AND EVEN THOUGH I HAD A CART, I STILL HAD TO GET OFF AND ON, OFF AND ON, YOU KNOW, TALKING TO DIFFERENT EMPLOYEES. IT'S JUST THAT I WAS DOING TOO MUCH. I COULDN'T -- I COULDN'T PERFORM THE 90 PERCENT WALKING AND STANDING THAT SHE REQUIRED. THOSE WERE HER EXPECTATIONS AND I COULD NOT MEET THEM.

Q. EXPLAIN THAT TO ME A LITTLE MORE. SHE REQUIRED 90 PERCENT WALKING AND STANDING?

A. YES. YES, SIR. ON THE FLOOR IN OUR DEPARTMENT,

WHICH IS HUGE. AND DOING -- AND SHE WANTED ME TO BE ON THE FLOOR 90 PERCENT OF THE TIME, WALKING AND STANDING, DOING -- SHE WANTED ME TO MAKE SURE EVERYBODY WAS TRAINED UP. IT WAS A LOT. I HAD TO DO PAPERWORK. HER EXPECTATIONS WAS A LOT. AND MY INJURY -- MY INJURY WOULD NOT LET ME MEET HER EXPECTATIONS AS A SUPERVISOR.

Q. NOW, THE PAPERWORK THAT SHE WANTED YOU TO DO, WOULD YOU BE DOING THAT SITTING DOWN?

A. NO. ACTUALLY, IT'S A LOT OF TRAINING. I COULD SIT DOWN AND DO IT. IT WOULD -- I -- THAT'S WHAT I HAD BEEN DOING SINCE I BEEN ON LIGHT DUTY. I BEEN SITTING DOWN AND RUNNING THE FLOOR. BUT SHE JUST DIDN'T WANT ME TO SIT DOWN. SHE DIDN'T WANT NO SUPERVISOR SITTING DOWN ANYMORE.

Q. WHAT WERE YOUR RESTRICTIONS AT THE TIME THAT YOU WERE LAST WORKING?

A. LIGHT DUTY.

Q. BUT WHAT WERE THEY, SPECIFICALLY? WAS IT DON'T LIFT OVER SO MANY POUNDS? DON'T WALK SO MANY HOURS?

A. IT JUST SAID LIGHT DUTY ON SOME OF THE PAPERS. IT JUST SAID LIGHT DUTY.

Q. OKAY. AND WAS THAT FROM DR. HUTCHESON?

A. YES, SIR.

Q. OKAY. SO WHEN YOU SAY SHE TOOK YOUR CHAIR, TELL ME

WHAT THAT MEANS.

A. SHE TOOK IT BACK TO WHERE NOBODY COULD SIT DOWN.

Q. DID SHE TALK TO YOU ABOUT THAT BEFORE SHE MOVED IT?

A. WELL, ACTUALLY, IT WAS IN A E-MAIL. THAT'S WHEN I HAD TO SIGN THE PAPER THAT I WOULD BE ON THE FLOOR 90 PERCENT OF THE TIME. I KNEW I COULD NOT WALK OR STAND 90 PERCENT OF -- I COULDN'T MEET HER EXPECTATIONS.

Q. WAS ---

A. I TRIED, THOUGH.

Q. WAS WHAT THEY WERE ASKING YOU TO DO IN EXCESS OF THE RESTRICTIONS THAT DR. HUTCHESON HAD PLACED ON YOU?

A. YES, SIR.

Q. IN WHAT WAY?

A. WANTED ME TO BE ON THE FLOOR WALKING AND STANDING, BEING INTERACTIVE WITH ALL THE PEOPLE, WHICH WAS, YOU KNOW, GIVING ME FLARE-UPS, MAKING MY MUSCLES FLARE UP BY WALKING AND STANDING. SOMETIMES I DID RIDE, BUT I STILL HAD TO MOVE MY ARMS AND STUFF AND TALK TO EVERYBODY. IT WAS JUST -- IT WAS JUST TOO MUCH ON ME. AND MY REQUIREMENTS WAS LIGHT DUTY. I JUST COULDN'T STAND TO WALK 90 PERCENT OF THE TIME, 'CAUSE SUPERVISORS WAS -- ARE TO BE ON THE FLOOR 90 PERCENT OF THE TIME.

Q. AND WHAT DID DR. HUTCHESON TELL YOU THAT YOU COULD

NOT DO THAT WOULD HAVE DISALLOWED YOU FROM DOING THAT JOB?

A. HE JUST TOLD ME TO DO LIGHT DUTY. HE DIDN'T PUT LIKE, "DON'T LET HER LIFT OVER FIVE POUNDS." IT JUST ALWAYS SAID LIGHT DUTY.

Q. AND YOU SAID THERE WAS AN E-MAIL?

A. YEAH.

Q. TELL ME ABOUT THAT. WAS THAT AN E-MAIL FROM DEB TO YOU?

A. YEAH, TO -- NO, TO THE SUPERVISORS.

Q. AND DO YOU REMEMBER THE GIST OF IT?

A. NO, SIR, I CAN'T REMEMBER ALL OF IT. ALL I KNOW IS, SHE -- HER EXPECTATIONS WAS, WE NEED TO BE ON THE FLOOR. WE NEED TO MAKE SURE EVERYBODY WAS TRAINED. NO -- DON'T BE AT THE DESK -- ONLY 10 PERCENT AT THE DESK AND 90 PERCENT ON THE FLOOR, MAKING SURE EVERYBODY WAS TRAINED UP. NO MORE QUALITY ALERTS FROM B.M.W. YOU KNOW, SHE JUST WANTED US ON THE FLOOR, MAKING SURE EVERYTHING WAS GETTING DONE.

Q. SAY THAT AGAIN, NO MORE QUALITY WHAT?

A. QUALITY ALERTS TO B.M.W., WHICH MEANS WE WAS GETTING TOO MANY BAD PARTS TO B.M.W. AND SHE DIDN'T LIKE THAT.

Q. YEAH, 'CAUSE THEY'RE YOU'RE CUSTOMER.

A. YES.

KANOS WAS NOT FOCUSED ON MY BACK!! HIS DOCUMENTS ATTACHED FROM APA FROM 12/4/24 AND NEW DISCOVERY EVIDENCE THAT IS FROM GUEST AND BRADY SHARED FILE

Q. OKAY. AND THEN DR. HUTCHESON TOOK OVER YOUR CARE, ESSENTIALLY?

A. YES, SIR.

Q. AND YOU'VE GOT A LOT OF MEDICAL RECORDS HERE FROM DR. HUTCHESON. WHAT'S -- HOW WOULD YOU CHARACTERIZE WHAT HE TOLD YOU IS WRONG WITH YOU?

A. MUSCLE SPASMS.

Q. AND ---

A. PINCHED NERVES.

Q. WHERE?

A. IN MY -- I GOT A PINCHED NERVE IN MY LOWER BACK. THAT'S WHY I ASKED HIM, "WHY DO MY -- WHY IS MY RIGHT LEG KEEP HURTING?" AND HE SAID, "THAT COMES FROM PINCHED NERVES IN MY LOWER BACK."

Q. DID YOU EVER TALK TO HIM ABOUT WHETHER YOU WERE GOING TO NEED TO HAVE SURGERY?

A. I WENT TO GO -- HE REFERRED ME OUT TO DR. KANOS TO MAKE SURE IF I -- IF THEY COULD DO SURGERY ON ME. BUT WHEN I WENT TO DR. KANOS, HE WAS -- AS HE WAS READING MY M.R.I., HE WAS LIKE, "OH, YOUR NECK IS A MESS." AND HE COULDN'T TOUCH IT, SO HE SAID THAT DR. HUTCHESON HAD A PLAN FOR ME.

Q. WELL, SO DID DR. KANOS -- DID HE TELL YOU THAT HE THOUGHT YOU DID NOT NEED SURGERY? OR THAT YOU DID NEED SURGERY?

* my exact words trying to tell you all how mean he was!

* Kanos was very nasty to me! Look at his reviews

A. HE SAID THAT HE COULDN'T TOUCH IT. HE SAID THAT HE COULD NOT TOUCH MY NECK.

Q. DID HE EXPLAIN WHY?

A. HE SAID IT WAS A MESS.

Q. WHAT HE SAW IN THE FILMS?

A. YES.

Q. HOW MUCH TIME DID YOU MISS FROM WORK? I KNOW YOU SAID YOU STAYED OUT A FEW DAYS.

A. YEAH, A FEW DAYS.

Q. ONCE YOU STARTED SEEING DR. HUTCHESON, DID HE KEEP YOU AT WORK, JUST PUT YOU ON RESTRICTIONS?

A. YEAH, I WAS ON LIGHT DUTY. YES, SIR.

Q. BEFORE GOING OUT OF WORK FOR GOOD, THIS MOST RECENT TIME RIGHT BEFORE EASTER, APPROXIMATELY HOW MANY DAYS DID YOU MISS FROM WORK? I MEAN, ARE WE TALKING ABOUT JUST A FEW DAYS?

A. I -- I HAD TO USE MY VACATION DAYS WHEN I STAYED OUT OF WORK BECAUSE OF MY PAIN. BECAUSE HE DID NOT WRITE ME OUT, SO MOST OR ALL OF MY VACATION DAYS WENT TOWARDS MY INJURY. (Sad)

Q. WELL, EXPLAIN THAT IN MORE DETAIL FOR ME.

A. I WASN'T WRITTEN OUT OF WORK. I WAS ON LIGHT DUTY. SO WHENEVER I WAS IN PAIN, I HAD TO CALL IN AND USE MY VACATION DAYS. (Sad)

Q. OKAY. I UNDERSTAND. SO WHAT I UNDERSTAND YOU

(Sad) they let me suffer for 8yrs or more!

* My manager moved my chair so I couldn't have light duty anymore.

Y. Eugene Mironer, MD
John C. Haasis, MD
Philip C. LaTourette, MD
John R. Satterthwaite, MD
Renju T. Joseph, MD
J. Kelby Hutcheson, MD
Stephen G. Rees, MD
C. David Tollison, PhD
Donald W. Hinnant, PhD

CAROLINAS CENTER
FOR ADVANCED MANAGEMENT OF PAIN
www.carolinapain.com

## Work Excuse

Date: 4-26-16

Sonji McKinney is under the care of:

Y. Eugene Mironer, MD / Siri Craft, FNP

John R. Satterthwaite, MD / Monica Speak, FNP

Phillip C. LaTourette, MD / Christopher Brown, DNP

James Hay, MD / Christopher Brown, DNP

Justin K. Hutcheson, MD / Mary Cohen, FNPC

John C. Haasis, MD / Mary Cohen, FNPC

Renju T. Joseph, MD

C. David Tollison

And the following applies:

✓ Patient was seen in office today

____ Patient was/is unable to work ____

____ Patient is unable to work until seen on ____

____ Patient is restricted to limited duty for/until ____

____ Patient is able to return to work with the following restrictions: light duty - can work 9 hours/day 5 days per week with ability to change positions as needed to lessen pain.

Signed [signature]

220 Roper Mountain Road Ext
Greenville, SC 29615
Phone: 864-295-6399
Fax: 864-295-2237

1830 Boiling Springs Road
Suite 2700
Spartanburg, SC 29303
Phone: 864-583-0053
Fax: 864-583-0390

300 Plaza Circle
Suite F
Clinton, SC 29325
Phone: 888-401-6099, Ext. 19
Fax: 864-583-0147

141 Asheland Avenue
Asheville, NC 28801
Phone: 828-232-1955
Fax: 828-232-0329

1325 Spring Street
Greenwood, SC 29646
Phone: 864-725-4095
Fax: 864-725-5082

303 W Alexander Avenue
Suite G1
Greenwood, SC 29646
Phone: 888-401-6099, Ext. 24
Fax: 864-583-0147

109 Midlands Court
Suite B
West Columbia, SC 29169
Phone: 803-791-7175
Fax: 803-791-7176

50 Hospital Drive
Suite 2D
Hendersonville, NC 28739
Phone: 828-684-1930
Fax: 828-687-8129

Y. Eugene Mironer, MD
John C. Haasis, MD
Philip C. LaTourette, MD
John R. Satterthwaite, MD
Renju T. Joseph, MD
J. Kelby Hutcheson, MD
Stephen G. Rees, MD
C. David Tollison, PhD
Donald W. Hinnant, PhD

CAROLINAS CENTER
FOR ADVANCED MANAGEMENT OF PAIN
www.carolinapain.com
DOB 3-14-75

## Work Excuse

Date: 11-24-15

Sonji McKinney is under the care of:

Y. Eugene Mironer, MD/ Siri Craft, FNP

John R. Satterthwaite, MD/ Monica Speak, FNP

Phillip C. LaTourette, MD/ Christopher Brown, DNP

James Hay, MD / Christopher Brown, DNP

Justin K. Hutcheson, MD/ Mary Cohen, FNPC

John C. Haasis, MD/ Mary Cohen, FNPC

Renju T. Joseph, MD

C. David Tollison

And the following applies:

✓ Patient was seen in office today

____ Patient was/is unable to work____

____ Patient is unable to work until seen on____

____ Patient is restricted to limited duty for/until____

____ Patient is able to return to work with the following restrictions:

light duty until next follow up Appointment on 1-19-16

Signed [signature]

220 Roper Mountain Road Ext
Greenville, SC 29615
Phone: 864-298-6299
Fax: 864-295-2337

1330 Boiling Springs Road
Suite 2700
Spartanburg, SC 29303
Phone: 864-583-0033
Fax: 864-583-0390

100 Plaza Circle
Suite F
Clinton, SC 29325
Phone: 888-461-6099, Ext. 13
Fax: 864-583-0147

141 Asheland Avenue
Asheville, NC 28801
Phone: 828-232-1955
Fax: 828-232-0320

1325 Spring Street
Greenwood, SC 29646
Phone: 864-725-4095
Fax: 864-725-9082

303 W Alexander Avenue
Suite C1
Greenwood, SC 29646
Phone: 888-461-6099, Ext. 24
Fax: 864-583-0147

100 Midlands Court
Suite B
West Columbia, SC 29169
Phone: 803-791-7175
Fax: 803-791-7176

50 Hospital Drive
Suite 2C
Hendersonville, NC 28739
Phone: 828-684-1030
Fax: 828-687-0229

53 / 110