Hand-Delivered

FILED
CHARLOTTE, NC

OCT 07 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

10/7/2025

To whom it may concern:

Please rule in my favor for my lawsuit with Russell Guest, Richard Allen and Kimura because they never replied back to my complaint. Thank for your consideration and support.

Sonji Mckinney

*Sonji Mckinney* (signature)

3:25-CV-00681-MOC-DCK

---

A default judgment is a court order that rules in favor of the plaintiff because the defendant failed to respond to a summons or appear in court, essentially admitting the plaintiff's allegations. This legally binding judgment typically awards the plaintiff the damages sought and can lead to severe consequences for the defendant, including wage garnishment or asset seizure. A defendant may attempt to set aside a default judgment by proving good cause for their failure to respond, such as excusable neglect or improper service.

# Gmail

Sonji McKinney <mckinneysonji@gmail.com>

## Activity in Case 3:25-cv-00681-MOC-DCK McKinney v. Prisma Health Greenville Hospital et al Summons Returned Executed TD:1

ncwd_ecf@ncwd.uscourts.gov <ncwd_ecf@ncwd.uscourts.gov>  Mon, Sep 29, 2025 at 11:01 AM
To: Ecfmail@ncwd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Western District of North Carolina

## Notice of Electronic Filing

The following transaction was entered on 9/29/2025 at 11:01 AM EDT and filed on 9/29/2025
**Case Name:** McKinney v. Prisma Health Greenville Hospital et al
**Case Number:** 3:25-cv-00681-MOC-DCK
**Filer:**
**Document Number:** 12

**Docket Text:**
**SUMMONS Returned Executed. Richard Allen, Russell Guest, Kimura Logistics, Magna International, Prisma Health Greenville Hospital, WJCB Law Firm (South Lewis) served on 9/11/2025, answer due 10/2/2025. (add)**

**3:25-cv-00681-MOC-DCK Notice has been electronically mailed to:**

Sonji McKinney     mckinneysonji@gmail.com

**3:25-cv-00681-MOC-DCK Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095689202 [Date=9/29/2025] [FileNumber=5126038-0
] [262a72a6cce35ad7f3656283952bee895520754c1232c07d66e2d7c018f781031c6
6eba654acf518e3b45bcb807f55596f1fad69b047ca77f6401d1b35747cee]]