Hand-Delivered

FILED
CHARLOTTE, NC

OCT - 9 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

## Response

10/9/2025

To whom it may concern:

My name is Sonji Mckinney and I would like for my cases to be heard and considered in the state of North Carolina. Please grant my change of venue to North Carolina because South Carolina is bias to WJCB (South Lewis) and all other defendants. I ask that the courts grant my lawsuit with all defendants because I didn't receive the fair treatment I deserve and I am an African American woman who has rights to fight for justice which South Carolina won't grant or help me. Prisma Health forged my name for an illegal transplant that I didn't consent to (Documents were submitted) South Lewis only states I don't have a claim and I signed a fraudulent clincher under duress and stress. My medications are attached. I would like charges to be filed because South Lewis lied and committed a fraudulent mediation with me. My job asked me to resign and South Lewis 1st offer was $5.00 which was very very discriminating. He did not tell me the notebook paper had a final release on it. (Document submitted) I was so angry when I found out what they all did to me in my case file from Russell Guest my old attorney. I stepped out of my character and said some bad words also I went from suicidal to homicidal and I got admitted in the hospital. (Documents attached) South Lewis doctors stated I was malingering, over reporting and seeking attention. (Documents attached) I will take a lie detector test if I have to. I am telling the truth about everything and please hear my voice. Please help me get justice with WJCB (South Lewis) and the other defendants. I never stated that North Carolina was not a proper venue because it is. Documents is attached for change of venue because SC won't help me. PLEASE DO NOT LET MY CASES BE HEARD IN SOUTH CAROLINA. PLEASE PLEASE! THANK YOU FOR YOUR CONSIDERATION AND SUPPORT!

Sonji Mckinney

_Sonji Mckinney_

3:25-CV-00681:MOC-DCK

*I have to have neck and back surgery again in North Carolina, South Carolina did me wrong!

* My witness was never interviewed.