**1 of 1**

151 0391
CIVIL CASE NUMBER

STATE OF SOUTH CAROLINA

COUNTY OF *Greenville*

*Sonji R. McKinney*
PLAINTIFF(S)

VS.

*Magna International*
DEFENDANT(S)

IN THE MAGISTRATE'S COURT

AFFIDAVIT FOR
CHANGE OF VENUE

*Sonji R. McKinney* (plaintiff)/defendant (circle one), personally appearing before me, states that he believes that he is unable to have a fair trial before *The State of South Carolina* for the following reasons:

*I didn't have a fair case or hearing due to being under duress and they claim I was malingering, South Lewis stated I forgot if but what jooled degree something I didn't read or understand or had no clue both statements were climbing!*

and, therefore, requests that a change of venue be granted.

*Prisma doctor's or nurses forged my name on 3/14/23 and 3/13/23*

Sworn to and Subscribed before me this 18 day of *November*, 2024

*Julia Moone*
Magistrate or Notary Public for South Carolina

My Commission expires 02/24/2029.

*S. McKinney*
PLAINTIFF/DEFENDANT(or his attorney)

GRACE MORENO
Notary Public
Mecklenburg Co., North Carolina
My Commission Expires Feb. 24, 2029

SCCA/714 (Amended 05/2008)

1) *Prejudice*
2) *Duress*
3) *They said I was faking*
4) *I've have 6 surgeries*
5) *They wouldn't listen to me*
6) *I have plenty of witnesses*
7) *I was almost...*
7) *I was alone with them all.*
8) *The police won't help me!*

**10/1/2025**

**To Whom It May Concern:**

**My name is Sonji Mckinney and I would like to ask for a change of venue because Greenville or Piedmont, South Carolina did not follow the laws with my accident at Magna International on 7/17/2015 starting with Prisma Health, doctors, police officers and attorneys. Please grant me a fair hearing and trial because I lost my health, my home, my job and my family is divided behind Magna doctors stating I was malingering. Thank you!**

**Sonji Mckinney**

S. Mckinney
10/1/25

*Dr. Freeman Copy p.!*

 Gmail

Sonji McKinney <mckinneysonji@gmail.com>

## Fwd: Appealing a Settlement w/ a Clincher Involved
3 messages

**Sonji McKinney** <sonji0349@gmail.com>        Fri, Dec 6, 2024 at 2:28 PM
To: mckinneysonji@gmail.com

*front é Back*

---------- Forwarded message ---------
From: **Katrina Ray** <paralegalspluslounge@gmail.com>
Date: Fri, Dec 6, 2024 at 1:23 PM
Subject: Appealing a Settlement w/ a Clincher Involved
To: Sonji McKinney Tate <sonji0349@gmail.com>

To whom it may concern:

*To successfully appeal a clincher settlement, you must present strong medical evidence demonstrating a substantial worsening of your work-related injury since the settlement was reached.*

Miss McKinney has sufficient evidence in her updated medical records indicating her much worsening condition.Her new Dr in NC quickly identified the debilitating condition and has been adamant in stating this condition is directly related to her work related incident at Magna Drive and Kimura Logistics (2015)  after experiencing years of being ignored and accused of lying specifically by (Prisma Health associates). However, this evidence was clearly ignored at her prev hearing w/ the single Commissioner. Also, the letters from her witnesses were not even considered. By law these are exactly what is considered in appealing a clincher in SC.

She was not educated on any clincher by definition. She was also told the amount she was given was a lot of money, although according to her employment contract at Magna Drive, she was to be making $110,000/yr as a Supervisor, but was only offered a $425,000 settlement, which was originally $6,000,000. Why would any competent adult, knowing they can no longer work, sign a settlement only providing her w/ a payment equivalent to only 4 yrs of her employment? She was under approx 12 medications at the time and a lot of them being psych drugs. Why would your attorney have you sign any legal document while you are being treated for mental health disease? That is deemed as signing a document under a state of duress, which is also illegal. Also why would your attorney tell you not to read your settlement paperwork? Obviously the attorneys are privy to this info (mental health issues) bc that was their whole basis for obtaining disability for the plaintiff, not her physical ailments. As much as she has been in & out of hospitals throughout this process, Prisma Health has ignored her at all costs. Were her attorneys & Prisma Health stringing her along to run out her statute of limitations? One could allege this from all the incriminating behavior exhibited by Prisma Health & also Guest & Brady, who has since expanded their business and continued to ignore Miss McKinney's cries for help.

Aside from this, she has lost approximately 10 yrs of her life from this. She cannot enjoy her grandkids or kids. Her life has significantly changed since this incident. Last year she suffered paralysis from the waist down and was also ignored by Prisma Health then. They performed an EKG and sent her home w/ some medication that did not work at all. When attempting to go to another Prisma Health location, her symptoms were also ignored. Finally when she was seen by Prisma Health, the attending physician adv her that what she was experiencing was very dangerous but left her in a waiting room in the ER for almost 3 days before getting her into a room. There were others there w/ much milder complaints & symptoms than her but were taken back much earlier than her and put in a room. Why?

Why did she have to move to Charlotte, NC to be taken seriously by a physician? Why were no attorneys (in SC) willing to assist her properly in this manner bc clearly, Guest & Brady were in it for themselves and not their client, which is the only person they should be concerned about? No attorney in SC would assist her in these proceedings. Is it bc Prisma Health is involved? So, after careful consideration, was this treatment even fair? Was her evidence of a more debilitating disease caused by her work related accident not considered bc these are well known entities involved?

There is so much evidence to confirm her disease is directly related to her work related injury from 2015. Her new Dr (in NC) says so. Let's take into consideration this new Dr in NC has nothing to gain from their statement. They have the credentials to treat her and the competence to provide facts in their statement to the court system. How is this completely ignored in a court of law indicating what the law is:which is to prove a more debilitating disease from the work related injury? The proof is here in black and white. However, Guest & Brady and Prisma Health have their reputations to consider. If found

guilty of this, they are both facing major backlash from the public. It could be alleged that there is some prejudicial behavior being displayed between these entities in SC. Prisma Health, Magna Drive, Kimura and Guest & Brady.

So after careful consideration, the plaintiff plans to file a motion for a change of venue. After being ignored by Prisma Health, Guest & Brady and Magna Drive Kimura and the SCWCC, it has become evident that she cannot get a fair trial here in SC.

There are so many questions on the mishandling of this case that should be addressed. Why was the only witness not interviewed during this process? Why was it not addressed that Magna/Kimura had no safety measure in place for their employees to wear neon colored vests (to ensure they are seen in the warehouse by their peers) until after her injury? Why would her ailments be ignored for the entire time she spent here by Prisma Health and its affiliates? Why was her Dr in NC immediately scheduling the plaintiff a back surgery after only a few visits?

The bottom line is her mental and physical health has declined since the work related injury. It has been documented by her physician. She has spent approx 10 yrs in excruciating pain and been unable to enjoy her life and any normal routine activites. Read her witnesses emails and Dr's updated medical records. This is all required to appeal a clincher agreement. For whatever reason the law is clearly being ignored in this instance. Miss McKinney is entitled to a fair hearing and obviously that can only take place in another state.

> Sincerely,
> Katrina Ray
> Paralegals Plus Lounge, LLC
> 864.320.6110
> katrinaray@paralegalspluslounge.net

---

**Sonji McKinney** <mckinneysonji@gmail.com>                                    Mon, Mar 3, 2025 at 11:42 AM
To: Sonji McKinney <mckinneysonji@gmail.com>

[Quoted text hidden]

---

**SonjiRenae McKinney** <sonjirenae@gmail.com>                                    Fri, Jun 27, 2025 at 8:14 AM
To: Sonji McKinney <mckinneysonji@gmail.com>

[Quoted text hidden]

Case 3:25-cv-00681-MOC-DCK    Document 38-1    Filed 10/09/25    Page 4 of 42

🔍    is it legal to have a client sign a co    🎤    ◎

**All**    News    Images    Videos    Shopping    Web    For

✦  AI Overview                                    N ꒯ +2    ⋮

No, it is not legal to have a client sign a contract under duress in South Carolina, as with most jurisdictions; if someone is coerced or threatened into signing a contract, it is considered invalid due to duress and can be challenged in court to void the agreement. 🔗



**sc workers compensation comm** ✕

AI Mode   **All**   News   Images   Short videos   Shopp

✦ AI Overview

In South Carolina, workers' compensation provides benefits for work-related injuries, including **accommodations and temporary disability payments if an employee is unable to perform their regular job due to injury**. If an employer cannot provide suitable light-duty work, or if accommodations create undue hardship, the employee may be eligible for temporary total disability benefits. 🔗

## Key points about accommodations and workers' compensation in South Carolina:

**Light-Duty:**
If an employer offers light-duty work that accommodates restrictions, the employee is expected to accept it. Failure to do so can result in a denial of benefits. 🔗

**Undue Hardship:**
Employers are not required to provide accommodations if they would cause undue hardship, meaning the accommodations would be too expensive or difficult to implement. 🔗

**Temporary Total Disability:**
If an employee is unable to work due to restrictions or the employer cannot provide suitable accommodations, temporary total disability benefits may be available. 🔗

**Mileage Reimbursement:**
Employees may be eligible for mileage reimbursement for travel to and from medical appointments. 🔗

  
**From:** Sonya Mckinney <hattie56.sm@gmail.com>
**Sent:** Mon, 28 Mar 2016 11:05:27 -0400
**To:** "Sherry Crowe" <sherrycrowe@guestbrady.com>
**Subject:** Email from my Debra Vronch

Supervisor Duties

---------- Forwarded message ----------
From: "Mckinney, Sonji" <sonji.mckinney@magna.com>
Date: Mar 26, 2016 8:02 PM
Subject: Fwd: RE: FW:
To: "hattie56.sm@gmail.com" <hattie56.sm@gmail.com>
Cc:

---------- Forwarded message ----------
From: "Mckinney, Sonji" <sonji.mckinney@magna.com>
Date: Mar 21, 2016 8:26 PM
Subject: RE: FW:
To: "Vronch, Debra" <debra.vronch@magna.com>
Cc:

Yes mam

Thank you

**From:** Mckinney, Sonji
**Sent:** Monday, March 21, 2016 8:02 PM
**To:** Vronch, Debra <debra.vronch@magna.com>
**Subject:** Re: FW:

I'll take care of it in the morning

Please use link below to review, print & sign Supervisor Responsibilities.

Thanks,

Deb

**From:** Vronch, Debra
**Sent:** Monday, March 14, 2016 10:56 AM
**To:** Jackson, Dee (DJackson@cosma.com) <DJackson@cosma.com>; 'Mckinney, Sonji (SMckinney@cosma.com)'
<SMckinney@cosma.com>; Salas, Joe <JSalas2@cosma.com>; Leutzinger, John (JLeutzinger@cosma.com)
<JLeutzinger@cosma.com>
**Subject:** FW:

Case 3:25-cv-00681-MOC-DCK    Document 38-1    Filed 10/09/25    Page 7 of 42

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
| --- | --- |
| EEOC | 436-2025-01792 |
| South Carolina Human Affairs Commission | |

---

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Sonji R. McKinney

Phone No.:          704-201-8171

Year of Birth:

Mailing Address: 10315 Ringed Teal Road Apt 107

CHARLOTTE, NC 28262

---

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: WJ CB Law

No. Employees, Members:

Phone No.: (864) 527-3280

Mailing Address: 325 Rocky Slope Rd., Suite 201 Greenville, South Carolina 29

GREENVILLE, SC 29607, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

---

DISCRIMINATION BASED ON:

Retaliation

---

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 07/01/2015

Latest: 04/01/2016

---

THE PARTICULARS ARE:

I began working for Magna International in Assembly. My most recent position I held was as a Supervisor.

In or around July 2015, I was working at a third-party off-site vendor Kimura Logistics for Magna International, WJ CB law represents the employer. South Lewis is the attorney. I was injured when I was hit by a forklift. That same month I filed a workers compensation claim. I was told by Magna International that I was lying about my injuries. I endured surgery for my injuries and had to move to a new state to receive adequate healthcare. I attempted to return to work, but I was in a great deal of pain. I had light duty restrictions; however, my manager would not accommodate me. She took the chair away I used for accommodations on or about April 1, 2016, and so I constructively discharged. The attorney for the company told me I had no rights to seek compensation. I have ongoing and long-lasting issues arising from my workplace injury. I received disability payments, but I was made to pay them back. I believe I am being discriminated against because of my injury and retaliated against for filing a workers compensation claim. I am no longer able to work due to my injuries.

I believe my employment rights were violated.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Sonji R. McKinney
09/04/2025
_____
Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_____
Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____
Printed Name _____

## CP Enclosure with EEOC Form 5 (06/24)

### Privacy Act Statement

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **Form Number/Title/Date.** EEOC Form 5, Charge of Discrimination (06/24).

2. **Authority.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **Principal Purposes.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **Routine Uses.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **Whether Disclosure is Mandatory; Effect of Not Giving Information.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### Notice of Right to Request Substantial Weight Review

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### Notice of Non-Retaliation Requirements

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Greenville Local Office**
301 N. Main Street, Suite 1402
Greenville, SC  29601
(864) 565-0340
Website:  www.eeoc.gov

## DISMISSAL

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/05/2025

**To:** Sonji R. McKinney
10315 Ringed Teal Road Apt 107
CHARLOTTE, NC 28262

Charge No: 436-2025-01792

EEOC Representative and email:    KRISTEN DISCEPOLA
INVESTIGATOR
KRISTEN.DISCEPOLA@EEOC.GOV

---

### DISMISSAL

The EEOC is closing this charge because you were not in an employment relationship with the Respondent.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 436-2025-01792.

On behalf of the Commission,

**KRISTEN DISCEPOLA**
Digitally signed by KRISTEN DISCEPOLA
Date: 2025.09.05 14:09:28 -04'00'

Digitally Signed on Behalf of:
Jacquie Jones-Mounts
Acting Local Office Director

**Cc:**
South Lewis
325 Rocky Slope Rd., Suite 201 Greenville, South Carolina 29
GREENVILLE, SC 29607


Please retain this Notice for your records.

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 436-2025-01792 to the District Director at Elizabeth "Betsy" Rader, 129 West Trade Street Suite 400, Charlotte, NC 28202.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 436-2025-01792 to the District Director at Elizabeth "Betsy" Rader, 129 West Trade Street Suite 400, Charlotte, NC 28202.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

State of South Carolina County of Greenville

South Carolina Workers Compensation Commission

1510391

Sonji McKinney

**Plaintiff**

**-vs-**

Magna Drive Automotive and American Zurich
Insurance Company

**Defendants**

## AFFIDAVIT

I, Katrina Ray, of Greenville, in Greenville, South Carolina, MAKE OATH AND SAY THAT:

1.     Her worker's comp case involving a clincher has since been denied by the single commissioner.
The basis for reopening a settlement w/ a clincher involved is to prove the victim's condition
(from the work injury) has since worsened. There are new medical records indicating her
condition has worsened and no one at Prisma Health would assist her during her time in
Greenville SC. Until she moved to Charlotte, NC, no one would assist her. When she was being
seen in NC her doctor scheduled a back surgery and stated that her condition was due to her work
injury in 2015. None of this documented info was taken into consideration during her appeal.
Therefore she would like to appeal his decision and also req a motion for a change of venue since
she cannot seem to get a fair hearing in SC being that all the judicial parties involved have been
prejudicial in their decisions. Clearly if she has new medical records reflecting a substantial
change in her condition and witnesses' affidavits which clearly prove this is the case, why is this
not being considered? She feels due to the fact there are such big companies w/ large reputations
involved, the attorneys allegedly may see this as a threat or even being more involved w/ these
companies than they'll ever admit to. For these reasons and much more she would not only like to
appeal the Commissioner's decision but again, to req a change of venue.

2. She had a work related injury at Magna Drive in 2015. She was hit twice by a forklift.

3. She hired Guest & Brady as her worker's comp attorneys believing they had her best interest at heart. They started at req $6,000,000 from Magna Drive and Kimura Logistics as the settlement amount. It went down to $400,000+.

4. Guest and Brady advised Miss McKinney (specifically) to not to read a legal document (settlement agreement) before signing. Whilst doing so, they also had her medical records stating not only was she suffering mentally but physically but still had her sign a settlement agreement under these conditions . This behavior is called signing a document under a state of duress. She has a list of all her medications which included psych meds. They also told her this was a lot of money and convinced her the insurance wouldn't pay anymore. (Medical Records)

5. Prior to her work related injury, Miss McKinney had just signed a contract as a lead/supervisor at her job for a yearly salary of $110,000. Why would she (in her normal state of mind), knowing she can never work again, sign for a settlement that would only be equivalent to about 4 yrs of her annual income? Obviously she shouldn't have been asked to sign any legal documents in this condition. It is illegal to do so.

6. Since she was told not to read but to just sign the settlement agreement there was no explanation of a clincher. No one on her legal team advised her to keep her case open. She was never given that option.

7. The only witness to the work related injury was never interviewed.

8. At the time of the incident there was no safety measure in place requesting the employees to wear any reflective clothing (like neon colored vests) allowing them to be seen by each other when in the warehouse until after this incident in 2015.

9. During the entire 3 yrs of the statute of limitations of her case, her doctors (Prisma Health) ignored her symptoms, implying Miss McKinney was lying about her condition. Her attorneys ignored her many cries for help. However her new Dr states otherwise.

10. Until she moved to Charlotte, NC and began seeing a new doctor, she was told repeatedly by Prisma Health that nothing was wrong w/ her back. She was dismissed w/o being treated for the symptoms she suffered from the injury several times. Her new Dr has since written a statement confirming her condition is definitely from her work related incident in July 2015 & has

worsened since then. Her Dr has since performed a much needed back surgery on Miss McKinney, which all the doctors at Prisma Health denied her.

STATE OF SOUTH CAROLINA

COUNTY OF GREENVILLE

SUBSCRIBED AND SWORN TO BEFORE
ME, on the 13th day of December, 2024

_____
(Signature)

Katrina Ray

Signature _____ (Seal)
NOTARY PUBLIC
My Commission expires:
My Commission Expires
_____
January 13, 2026

Copyright 2002-2024, LegalContracts.com



# The Supreme Court of South Carolina
## OFFICE OF DISCIPLINARY COUNSEL

William M. Blitch, Jr.
Disciplinary Counsel

Post Office Box 12159
Columbia, South Carolina 29211

Telephone: (803) 734-2038
Fax: (803) 734-1964

July 25, 2025

PERSONAL AND CONFIDENTIAL

Sonji R. McKinney
10315 Ringed Teal Road, Apt 107
Charlotte, NC 28262

RE: File Numbers: 24-DE-L-1188, 24-DE-L-1189, and 24-DE-L-1190

Dear Ms. McKinney:

You recently filed a complaint, which was addressed by separate letters, which included the statement "No reply back from ODC." A review of our records reflects correspondence to you in the above-referenced matters. Please see attached letters for your convenience.

These matters are now closed. If you have additional information regarding these matters, feel free to provide it for further review.

Sincerely,

Holly M. Hadden
Assistant Disciplinary Counsel

Enclosures

*[handwritten]* ✳ ODC NEVER Replied until I ask for a Signature this year for proof of delivery



# The Supreme Court of South Carolina

## OFFICE OF DISCIPLINARY COUNSEL

William M. Blitch, Jr.
Disciplinary Counsel

Daniel G. Hayes
Assistant Disciplinary Counsel

Post Office Box 12159
Columbia, South Carolina 29211

Telephone: (803) 734-2038
Facsimile: (803) 734-1964

August 2, 2024

<u>PERSONAL AND CONFIDENTIAL</u>

Sonji McKinney
10315 Ringed Teal Road, Apt 107
Charlotte, NC 28262

     RE:   File Number: 24-DE-L-1190

Dear Ms. McKinney:

     This will acknowledge your letter received on July 29, 2024 regarding Willson, Jones, Carter & Baxley, P.A., which was forwarded to us from the Department of Consumer Affairs. From reading your letter, I am unsure which lawyer you are complaining about. If you wish to file a complaint against a lawyer, you will need to provide us with the name of the lawyer and specific details of what the lawyer did or did not do to cause you to file your complaint.

     Please keep in mind that the authority of this office is limited to issues of whether a lawyer has committed misconduct or is incapacitated within the guidelines set out in Rules 413, SCACR. This office does not have the authority to determine whether the outcome of a case was fair or to intervene in a legal matter, which would include your case. If you believe your rights have been violated or your interests compromised, we suggest you seek assistance or advice that you might need from a lawyer to determine your legal options.

     Without the full name of the lawyer and your specific allegations as to that lawyer, we will be unable to proceed with an investigation. If we do not receive the requested information within thirty days, we will close this matter without further notice to you. Feel free to contact me if you have any questions or concerns.

               Sincerely,

               Daniel G. Hayes



The Supreme Court of South
Carolina
OFFICE OF DISCIPLINARY COUNSEL
COMPLAINT FORM

1. Your name and address: *Sonja R. McKinney*
*10315 Ringed Seal Rd #107 Charlotte, NC 28262*

2. Phone number(s) and email:
*704-201-8171 mckinneysonji@gmail.com*

3. Name of attorney or
judge being complained
against: *South Lewis*
*(864) 527-3280*

4. Business Address of attorney or judge being complained against:
*335 Rocky Slope Rd. Suite 201*

5. Please provide the type of the case if applicable (i.e. divorce, criminal, etc.):
*Workers Comp (South Carolina)*

6. If you employed the attorney, please state what you employed them to do:
*Defendant*

7. Did you employ the attorney? If yes, please give approximate dates and the amount, if any, paid(If
judge, please write N/A): *Defendant*

8. In the space below, please provide specific information regarding any alleged
misconduct upon which your complaint is based: *(if necessary, additional pages or
documentation may be added)* *South Lewis and the mediator*
*Calvin Harmon, my old attorney Russell Guest committed Fraud*
**Note:** You should retain the original document or your own copy of any documentation submitted
with your complaint.

**If you have retained a new attorney, please provide their name, address and telephone
number:**

Signature: *Sonja McKinney*  *7/15/25*  Date:

**Mail to:** ODC PO BOX 12159, Columbia, SC 29211
**Hand delivery:** 1220 Senate Street, Suite 201, Columbia, SC 29201

Case 3:25-cv-00681-MOC-DCK    Document 38-1    Filed 10/09/25    Page 20 of 42

guestbrady.sharefile.com 

< KIMURAs INCIDENT REP... .pdf ⋮

## INCIDENT / NEAR MISS INVESTIGATION REPORT FORM

**Employee Information**

Name of Person Injured: _Sonji McKinney_ Social Security: ___-___-___

Address of Injured: _____ City_____ Zip_____

Phone: (___)_____ Date of Birth: __/__/__ Date of Hire: __/__/__ Married: Yes No

Wages: _____ p/hr weekly # Dependents under 18: _____ Sex: _____ Age: _____

Present Occupation: _____

**Description of injury or illness: part(s) of body affected**

| | | | | |
|---|---|---|---|---|
| ☑ Arm | ☐ Elbow | ☐ Knee | ☐ Foot | ☐ Ankle |
| ☐ Eye | ☐ Finger** | ☐ Thigh | ☑ Hand | ☐ Forehead |
| ☐ Back (Upper) | ☑ Wrist | ☐ Headache | ☐ Shin | ☐ R Side / Body |
| ☐ Back (Middle) | ☐ Leg | ☐ Dizziness | ☐ Neck | ☑ L Side / Body |
| ☐ Back (Lower) | ☐ Shoulder | ☐ Head | ☐ Chest | ☐ Hip |
| ☐ Face | ☐ Chin | ☐ Lip | ☐ Ear | ☐ Other |

**Indicate which finger (right index, etc.)_____

**Cause of Injury**

Describe the Root Cause of the incident: _Daryl was driving forward_
_to set down BMW bins And hit Sonji who was checking_
_parts._

Was Accident Due to:
☐ Unsafe Act
☐ Unsafe Condition
☐ Lack of Training or Knowledge
☐ Unsafe Condition
☐ Other

Other: _____

**Description of Incident**

Date of Incident _7/17/15_ Time of Incident _1:45_ AM ☐ PM ☑

Time Employee began Work: _10:00_ AM ☐ PM ☑ Was accident on Company property? ☑ Yes ☐ No

Department where accident occurred: _Shipping_ Location of Incident: _Shipping Dock_

Employee Reporting Incident: _Benny Jones_ Title: _GL_

Is this part of normal Job Duties? ☑ Yes ☐ No. If No – Explain: _____

4 M1's

**KIMURA, INC.**

F0017 Rev. 0 JRL 9/19/14

guestbrady.sharefile.com

KIMURAs INCIDENT REP... .pdf

Incident/Near Miss Investigation Report Form Page 2 of 4

Specify activity the employee was engaged in when the event occurred:

Pulling OIB order for BMW

List all equipment, materials or chemicals employee was using when the event occurred (e.g. table saw, forklift, grinder, etc.)

Forklift

Description of Incident. Describe the sequence of events and include any objects or substances that directly injured or made the employee ill:

Pulling OIB order for BMW. Was putting bins in the staging area and hit Sonji who was checking parts.

Were there any witnesses? ☑ Yes ☐ No   List names of Witnesses and provide statements: (use separate sheets of paper if necessary)

Demetrius Hunter

Supervisor's Corrective Action: (use separate sheet of paper if necessary)

Target Completion Date:                        Date Completed:

Target Completion Date:                        Date Completed:

Target Completion Date:                        Date Completed:

Target Completion Date:                        Date Completed:

**KIMURA, INC.**

F0017 Rev. 0 JRL 9/19/14

guestbrady.sharefile.com

KIMURAs INCIDENT REP... .pdf

Incident/Near Miss Investigation Report Form Page 3 of 4

**Emergency Medical Treatment**

Was First Aid Administered on premises? ☐ Yes ☑ No   Did employee refuse first aid? ☐ Yes ☑ No

Did employee go to a Health Care Provider or Hospital   ☑ Yes   ☐ No

Name of Health Care Provider or Hospital: _____

Address (inc City/Zip) _____

Phone: (___) _____   Fax: _____

Time they were sent for Medical Treatment: 2:15   a.m./p.m.

Was employee hospitalized overnight as an in patient?   ☐ Yes   ☐ No (If emergency room only mark N)

Did employee loose consciousness? ☐ Yes ☑ No   Did employee return to work? ☐ Yes ☐ No

Did employee receive prescription drugs, x-rays or sutures? ☐ Yes ☐ No

*Please submit any paperwork from doctor/etc. to Human Resources within 24 hours

**Signatures**

Employee Signature: _____   Date: _____

Supervisor Signature: _____   Date: _____

Witness Signature(s): _____   Date: _____

**Managers Review:**  Does Manager agree with corrective action:?   ☐ Yes   ☐ No (state reason below)

Returned to supervisor for following reason: _____

Managers Signature: _____   Date: _____

**KIMURA, INC.**   F0017 Rev. 0 JRL 9/19/14

Case 3:25-cv-00681-MOC-DCK    Document 38-1    Filed 10/09/25    Page 23 of 42

I Daryl A. Stephens on July 17th 2015
around 2:AM. As I was comeing from
The pick line carrying Ben's I Look
Out Did not see my Core worker. There
For I keep goinga nd before I realized
It I had hit Her knocking her over,
causeing an ingurie To her

Daryl A Stephens

1:45 A.M.
BMW side shipping Dock
Passed Drug Test



*No attorney in SC will help me, the reason I have only GOD!*

*Claimant opted to proceed without counsel. Commissioner Campbell issued a Decision and Order, dated January 16, 2025, finding that the matter was barred as *res judicata* as it had been resolved on a full and final basis. Claimant filed an appeal to the Commission. Subsequently, she made a Motion to Submit New Evidence, which Defendants now respond to.

*Campbell decision made off record my family wasn't allowed in the courtroom*

## II.

Regulation 67-707 of the South Carolina Workers' Compensation Act provides that when a party seeks to introduce additional and newly discovered evidence, the party must establish that the new evidence: (1) is of the same nature and character required for granting a new trial; (2) was not known to the moving party at the time of the first hearing and could not have been secured prior to the first hearing by due diligence; and (3) is not merely cumulative or impeaching but would likely have produced a different result at the first hearing. See *Bettis v. Busbee*, 283 S.C. 502, 323 S.E.2d 536 (Ct. App. 1984). The evidence offered by Claimant fails to satisfy any of these three requirements.

*All my evidence was put to the side so I don't know what was uploaded in the system I had a stack of papers*

## III.

*I'm saved not a lawyer* Claimant seeks to introduce a myriad of documents including medical records obtained after the conclusion of her claim, online reviews of the treating provider Dr. Kanos, various emails, Google and AI searches, bible verses, and more. Most of the 180+ pages Claimant seeks to add into evidence was in existence at the time of the December 2024 hearing; she just did not submit it. Failure to submit evidence is not a sufficient ground to justify adding it during the appeal stage, as it was known to Claimant and/or could have been secured by reasonable diligence. See *Martin v. Rapid Plumbing*, 369 S.C. 278, 287, 631 S.E.2d 547, 552 (Ct. App. 2006). Furthermore, evidence that develops after the conclusion of a claim does not meet the qualifications for newly discovered evidence under Reg. 67-707. See *Ancrum v. Low Country Steaks*, 317 S.C. 188, 193, 452 S.E.2d 609, 612 (Ct. App. 1994) (noting that even if physician's reports, indicating that workers' compensation claimant possibly suffered from a herniated disc,

*I submitted all my papers, I don't know what Campbell kept, for one he didn't look at nothing I had!*

*I Submitted alot on 10/4/24*

2


## I contacted the workers comp division behind fraud to my case

**Gods Girl** <mckinneysonji@gmail.com>                                  Wed, May 22, 2024 at 12:06 PM
To: Doug Churdar <Doug@upstatelawyer.com>

Thank you 🙏

---------- Forwarded message ---------
From: **Sonji McKinney** <mckinneysonji@gmail.com>
Date: Wed, May 22, 2024 at 11:07 AM
Subject: Dr. Kanos reviews and my Magna contract
To: Bracy, Amy <abracy@wcc.sc.gov>, Gods Girl <mckinneysonji@gmail.com>, WCC-Judicial_Email
<Judicial@wcc.sc.gov>

Good morning Amy,
In South Carolina, we do have people that actually get hurt from a work injury and me as an African American woman who body got hit do to OSHA rules being broken and all they want to do is cover it up and think we all lying about it!! Attached are the workers comp doctors reviews the neurosurgeon Kanos!! I told everyone that they are not bigger than God and my voice will be heard because I got hit twice by a forklift on our 3rd party premises Kimura logistics and the team leader at the time working for them was Demetrius Hunter who signed a written statement for Guest and Brady stated they erased the tape so my accident wouldn't be seen!! Until this day I have suffered tremendously with my physical and mental health issues all behind them worrying about GODS MONEY and not his children's health and safety!! Thank you in advance for all you're doing to help bring all what they thought they could hide in the dark to light which is spoken in Gods living word!! 🙏 🙌 🖤

FYI!! I attached my contract I just signed with Magna International after being a team leader from 2010-2015

Sincerely,
Sonji R McKinney

**20 attachments**



**IMG_5945.PNG**
195K


## Any Updates??

**Cannon, Gary** <gcannon@wcc.sc.gov>                               Wed, Jul 3, 2024 at 2:04 PM
To: Gods Girl <mckinneysonji@gmail.com>
Cc: "Bracy, Amy" <abracy@wcc.sc.gov>, alandas mckinney <londas72@gmail.com>

Ms. McKinney,

The Order for Relief of Counsel has been signed. You are no longer represented by an attorney. You may mail the Form 50 to us for processing. Don't forget to include the Form 32 if you wish to request a waiver to pay the $50 filing fee. We will not process the Form 50 until the Form 32 has been approved or we receive payment for the filing fee.

Thank you.

Gary M Cannon

Executive Director

SC Workers' Compensation Commission

[Quoted text hidden]

CONFIDENTIAL & PRIVILEGED

The preceding email message, including any attachments, may be confidential and/or protected by the attorney-client or other applicable privileges. It is intended for the sole use of the individual or entity named above. If the reader of this transmission is not the intended recipient, please notify the sender immediately and destroy any copies, electronic, paper or otherwise, that you may have of this communication. Any unauthorized review, use, disclosure or distribution is strictly prohibited and may be unlawful.

\* I was told by workers comp that my attorney had to be removed in order to file a form 50.



## Any Updates??

**Cannon, Gary** <gcannon@wcc.sc.gov>                    Mon, Jul 8, 2024 at 9:45 AM
To: Gods Girl <mckinneysonji@gmail.com>
Cc: "Bracy, Amy" <abracy@wcc.sc.gov>

Ms. McKinney

We received the Form 50 and are awaiting approval of the Form 32 before we can process.

[Quoted text hidden]

---

＊ My form 32 was approved to
remove Guest and Brady but my
form 32 was denied to have a
fair hearing. Commissioner Campbell
denied my 1st hearing. He wouldn't
let my family in the courtroom and
denied me off record. He didn't look
at none of my paperwork or the
letter from my doctor in NC.

On Thu, Jul 11, 2024 at 4:26 PM Cannon, Gary
<gcannon@wcc.sc.gov> wrote:

Ms. McKinney

The Chairman has full discretion for deciding
on the approval of a Form 32. He does not
have to give a reason for the denial. There are
no appeal rights on this decision.

When you remit a check in the amount of
$50.00 for the filing fee, we will process the
Form 50.

Gary M Cannon

Executive Director

SC Workers' Compensation Commission



Defendants assert that although Claimant's resurgence of this fully resolved claim is frivolous on its face, the sheer magnitude of emails and filings warrants the imposition of costs and attorney's fees. Because Claimant continues to file appeals, motions, and new evidence, Defendants do not have the luxury of ignoring her communications. Despite their lack of merit, every email must be assessed as to whether any defense action needs to be taken, and to ensure the safety and security of all parties involved. Likewise, every submitted document must be reviewed to provide an appropriate defense. Naturally, the cost of dealing with these continued correspondences and submissions are passed on directly to our client in the form of legal fees. At this point, Claimant's filings and communications have superseded frivolity, they are threats. She continues to threaten, and degrade, not only Defendants, but also their counsel. As such, Defendants respectfully request an order awarding imposition of costs and attorney's fees as sanctions.

In the event that the Commission declines to impose attorney's fees, Defendants respectfully request that the Commission advise Claimant that any further filings will result in the imposition of costs and attorney's fees as sanctions.

**\* I can barley move!!**
**6/27/25**

Respectfully submitted,

**WILLSON JONES CARTER & BAXLEY, P.A.**

J. South Lewis, II, Esquire
325 Rocky Slope Road, Suite 201
Greenville, SC 29607
Attorneys for Defendants

Date:  June 23, 2025

Enclosure(s)

3

IN

## STATE OF NORTH CAROLINA

MECKLENBURG          County

File No. _____

In The General Court Of Justice
☒ District   ☐ Superior Court Division

| IN THE MATTER OF | |
|---|---|
| Name And Address Of Respondent<br>SONJI RENAE MCKINNEY<br>BEHAVIORAL HEALTH CHARLOTTE<br>501 BILLINGSLEY ROAD<br>CHARLOTTE, NC 28211 | **NOTICE OF HEARING/REHEARING<br>FOR INVOLUNTARY COMMITMENT** |
| Date Of Birth | G.S. 122C-264, -274, -276, -284, -292 |

### NOTICE TO THE RESPONDENT NAMED ABOVE

(Check only one)

☒ 1. It has been alleged that you have a mental illness and are a proper subject for involuntary ☒ inpatient ☐ outpatient commitment.

☐ 2. It has been alleged that you are a substance abuser and a proper subject for involuntary commitment.

☐ 3. The physician now treating you has determined that you are in need of further care and treatment beyond your present period of commitment.

☐ 4. You have been committed after (a) being charged with a violent crime and being found incapable of proceeding or (b) being found not guilty by reason of insanity. The physician now treating you has determined that further treatment ☐ is ☐ is not necessary. However, you may not be released without the hearing referred to below.

A hearing will be held before a district court judge at the date, time and place indicated below. At that hearing it will be determined if you should be committed, released, or recommitted for treatment.

At this hearing you will be allowed to present evidence. If the hearing is for inpatient commitment or for commitment as a substance abuser, you have a right to be represented by an attorney. If you cannot afford an attorney, one will be appointed for you.

If the hearing is for an outpatient commitment, you may hire an attorney to represent you. If you cannot afford an attorney, you may ask the court to appoint one for you. However, the court may or may not appoint an attorney based upon the facts in your particular case.

| Date Of Hearing<br>06/25/2025 | Place Of Hearing<br>BEHAVIORAL HEALTH - CHARLOTTE<br>501 BILLINGSLEY ROAD, CHARLOTTE, NC 28211 |
|---|---|
| Time Of Hearing<br>9:00   ☒ AM  ☐ PM | |

### NOTICE TO SHERIFF

This Notice must be served on the respondent at least seventy-two (72) hours before the hearing.

| Date<br>06/18/2025 | Signature<br>*Gwendalyn H. Edwards* | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
|---|---|---|

**✳ Discharge Date - 6/23/25**

Original-File      Copy-Petitioner      Copy-Respondent      Copy-Attorney
(Over)

AOC-SP-301, Rev. 10/19
© 2019 Administrative Office of the Courts

Case 3:25-cv-00081-MOC-DCK   Document 38-1   Filed 10/09/25   Page 32 of 42

## My Witness For My Hearing Set For 8/25/25

 Gmail                                    Sonji McKinney <mckinneysonji@gmail.com>

**Fwd: Jessica Sloan witness for Sonji McKinney**
1 message

Sonji McKinney <sonji0349@gmail.com>                          Mon, Dec 2, 2024 at 3:52 PM
To: mckinneysonji@gmail.com

---------- Forwarded message ----------
From: Jessica Sloan <robinsonjessica25@gmail.com>
Date: Mon, Dec 2, 2024 at 1:19 PM
Subject: Jessica Sloan witness for Sonji McKinney
To: <mstiles@wcc.sc.gov>, <Sonji0349@gmail.com>, <jslewis@wjcblaw.com>

To it may Concern

    I've known Sonji Mckinney, who is my God sister, for some time. I can remember spending every Monday night with her, and the pain she stayed in constantly. From her accident her life changed tremendously. Sonji is not able to do daily tasks such as walking for long periods of time nor standing. THE MEDICATION I've witnessed her consume is unreal just to be able to function. All she would say to me is I wish I could be normal like you sister. It would take Sonji a while to even make up her bed which I helped from time to time. The picture of her back was purple and black with a bad bruise. Sonji shoulders have knots on both sides which you can see without examining. It definitely played a huge part in her mental stability. She called one day crying on the phone while I was working to pray for her. Because she was giving up on life all sonji did was watch tv and read her bible and pray to God and watch uplifting tv shows to help her get through. Jessica Sloan would tell her day in and day our God has you and he will WORK all this out in due time. I'VE said all this to say that SONJI MCKINNEY deserves to be treated justly. She ask for forgiveness from GOD first and those who have wronged her. So now I'm asking you all to do the same.

Sincerely,
Jessica Sloan



## My Witness For My Hearing

To whom it may concern

I have watched Sonji McKinney go from a vibrant life loving live soul to someone that have been struggling with staying sane. The pain she has injured since being hit by a forklift not once but twice has taken a lot from her life. Watching her struggle to even smile and pretend to not be in pain has broken my heart. Her struggle with her sanity has been a lot for anyone to go through. I remember her not having any feeling from below her breast and down not knowing whether or not if she was gonna be paralyzed or not. The surgeries she has gone through alone with trying to recover. She can't get her grandkids and do normal things with them. She has not been the same since and neither have I. You see Sonji is my sister and I have been by her side the entire time and I'm scared she may one day become paralyzed. I just keep praying everything will workout that maybe this surgery is the last to help her get some relief from just being in pain everyday

Alenda Jenkins

## 864-990-7990

164 / 186





**Me and Sherry Crowe are no longer friends!!**

sherry crowe  Aug 11
to me

From    sherry crowe  scrowe98@gmail.com

To      Gods Girl  mckinneysonji@gmail.com

Date    Aug 11, 2024 at 4:11PM

🔒      Standard encryption (TLS)
        Learn more

I would love to be able to write something but I'm sure that would be a conflict since I worked on your case. I pray that they can provide you the answers that you need and a resolution that you need. I will continue to pray you have a positive outcome. When is your hearing?

...

166 / 186



**My Witness Statement**



(no subject) Inbox

Amy Kennedy  Nov 23
to me

From  Amy Kennedy   amyykennedy@gmail.com

To    McKinneysonji@gmail.com

Date  Nov 23, 2024 at 10:19 AM

🔒  Standard encryption (TLS)
    Learn more

To whom it may concern,

I have known Sonji for many years. She is a beautiful lady, full of the Holy Spirit. She has suffered many years and just needs to be treated fairly. Please listen to her and help her receive what is due to her. Please have mercy and compassion for her. Thank you for your consideration. I am free to answer any questions.

**864-350-7110**

163 / 186

Apart of my APA's from 12/4/2024!! All statements

South Carolina Workers' Compensation Commission
1333 Main Street, Suite 500
P.O. BOX 1715
Columbia, SC 29202-1715
803-737-5675  www.wcc.sc.gov



WCC File #: 1510391
Carrier File #: _____
Carrier Code #: _____
Employer FEIN #: _____

Claimant's Name: Senji Mckinney  SSN: 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   Employer's Name: Magna International
Address: 10315 Ringed Teal Rd Apt 107   Address: 130 Moon Acres
City: Charlotte  State: NC  Zip: 28262   City: Piedmont  State: SC  Zip: 29673
Home Phone: ( ) N/A   Work Phone: ( ) N/A   Insurance Carrier: American Zurich
Preparer's Name: N/A   Law Firm: N/A   Preparer's Phone #: 864-309-10500

**REQUEST FOR COMMISSION REVIEW**

Request for Commission Review by ☑ Claimant ☐ Employer (check one)  Date of Injury or Illness: 7/17/2015 (m/d/yyyy)

The undersigned makes application for review of the findings of the Commissioner in the above-captioned case. The request for review is based on the following grounds: (State the grounds of your appeal in the form of questions presented. Each question presented must contain a concise statement of one proposition of law or fact. Refer to evidence by title and exhibit number. Use additional pages if necessary).

My attorney never explained climahers or leaving medical open then my old paralegal made a statement that once you sign documents you're done which but some cases they leave medical open which I had no clue! Please give me a fair trial with evidence shown to prove I'm not a father and I tried to get my voice heard but they drove me crazy saying no tape on file and they never interviewed my witness who stated the tape was phased

(Check one) Oral argument ☑ is ☐ is not requested. Appellant's request for oral argument is waived if not indicated on this form.
I certify I have served this document pursuant to Reg. 67-211 by delivering a copy to _____
address 1333 Main St. Ste 180 Columbia SC 29201  on the 12 day of 12 2024

by ☐ first class postage ☑ certified mail ☐ personal service ☑ electronic service

Senji Mckinney  _____  Mckinneysonji@gmail.com  12/12/2024
Preparer's Signature   Title   Email   Date
Check this box if you are not represented by an attorney ☑

Questions about the use of this form should be directed to the Judicial Department at 803.737.5675 or appeals@wcc.sc.gov.

If the claimant appeals and is not represented by counsel, the Judicial Department will properly serve this form pursuant to Reg. 67-607 C. Pursuant to Reg. 67-205 and Reg. 701, the appeal must be postmarked no later than 14 days from the date of service of the Decision and Order of the Hearing Commissioner along with the filing fee. Attach a Form 32, if you are unable to pay the filing fee. Refer to Reg. 67-211 and Reg. 67-701 through 711.

WCC Form # 30
Revised 8/19

**30**

**SCWCC** REQUEST FOR COMMISSION REVIEW

FEB 05 2025

INSURANCE &
MEDICAL SERVICES



**Sherry** ›

I'm excited to see what's going to happen!!!

Me too friend me too!!

Mar 8, 2023 at 7:45 AM

Good morning friend I have a question if my injury is still going on 8 years later is there anything I can do to because my pain hasn't stopped at all and I'm limited to what I can do. Thank you 🙏

I'm sorry friend but once you sign settlement documents their done. There are some cases where they leave the medical care open & you get a much smaller settlement amount but yours was a lump sum settlement. I hate you are still having pain. Praying it gets better!!! Love you friend!!!

*leaving medical open was never mentioned in none of my mediations!*



Thank you friend for your prayers love you too and thank you for the information too 🙏 ♡



🗑 ✉ ⋯

From: **Cannon, Gary** <gcannon@wcc.sc.gov>
Date: Tue, Jun 11, 2024 at 3:19 PM
Subject: RE: [External] Re: Return Call
To: Gods Girl <mckinneysonji@gmail.com>, Lorie
H. Fuller <loriefuller@guestbrady.com>, alandas
mckinney <londas72@gmail.com>
CC: Bracy, Amy <abracy@wcc.sc.gov>

Sonji McKinney,

We received your letter requesting your attorney,
Russell Guest, be removed from the case.

With regard to your clcaim, our records indicate
the claim WCC 150391 was settled. If your
condition has changed or the terms of the
settlement agreement have not been kept, you
have the right to file a Form 50 requesting a
hearing before a Commissioner. The Form 50 may
be located at the following link
www.wcc.sc.gov/forms. The Form 50 must be
accompanied by payment of a filing fee of $50.00.
If you are unable to afford the payment you may
request a waiver by completing a Form 32 to
accompany the Form 50.

Sincerely,

Gary M Cannon

Executive Director

SC Workers' Compensation Commission

48

| 1 | Q. | OKAY. AND THEN DR. HUTCHESON TOOK OVER YOUR CARE, |

1    Q.   OKAY. AND THEN DR. HUTCHESON TOOK OVER YOUR CARE,

2         ESSENTIALLY?

3    A.   YES, SIR.

4    Q.   AND YOU'VE GOT A LOT OF MEDICAL RECORDS HERE FROM

5         DR. HUTCHESON. WHAT'S -- HOW WOULD YOU CHARACTERIZE

6         WHAT HE TOLD YOU IS WRONG WITH YOU?

7    A.   MUSCLE SPASMS.

8    Q.   AND ---

9    A.   PINCHED NERVES.

10   Q.   WHERE?

11   A.   IN MY -- I GOT A PINCHED NERVE IN MY LOWER BACK.

12        THAT'S WHY I ASKED HIM, "WHY DO MY -- WHY IS MY

13        RIGHT LEG KEEP HURTING?" AND HE SAID, "THAT COMES

14        FROM PINCHED NERVES IN MY LOWER BACK."

15   Q.   DID YOU EVER TALK TO HIM ABOUT WHETHER YOU WERE

16        GOING TO NEED TO HAVE SURGERY?

17   A.   I WENT TO GO -- HE REFERRED ME OUT TO DR. KANOS TO

18        MAKE SURE IF I -- IF THEY COULD DO SURGERY ON ME.

19        BUT WHEN I WENT TO DR. KANOS, HE WAS -- AS HE WAS

20        READING MY M.R.I., HE WAS LIKE, "OH, YOUR NECK IS A

21        MESS." AND HE COULDN'T TOUCH IT, SO HE SAID THAT

22        DR. HUTCHESON HAD A PLAN FOR ME.

23   Q.   WELL, SO DID DR. KANOS -- DID HE TELL YOU THAT HE

24        THOUGHT YOU DID NOT NEED SURGERY? OR THAT YOU DID

25        NEED SURGERY?

*my exact wording told on to tell you how mean he was!*

*✳ Kanos was very nasty to me! his review*  *look at*

10:47          SOS 📶 🔋

google.com

  **chelle sentell**
22 reviews         ⋮

     3 years ago

Very rude, wouldn't let me get 2 words in edgewise.
Kept saying I was a 40yr old with multiple complaints.
Said my neck was bad but he wasn't doing surgery.
Very unpleasant and unprofessional. I was in tears. My
appt was at 9:30 he came in almost 11am. Spent 5
minutes with me. Very disappointed in the kind of
human he is. No compassion at all. The only reason I
gave 1 star is bc the lady at the front desk was the
nicest 1 there.

👍 6     📤

 **Charles Christopher Kanos, MD (Owner)**
3 years ago

Chelle Sentell, we truly appreciate your honest feedback.
We would like to have a better understanding about your
experience. Please reach out to us at (864) 797-7150 at your
earliest convenience and we will do our best to resolve this
with you.

> I WASN'T THE ONLY ONE KANOS WAS NASTY TO
> ABOUT MY NECK!!!! IF HE WOULD HAVE DONE HIS JOB, I
> WOULD NOT HAVE SUFFERED FOR 10 YEARS AND I
> DEFINITELY WOULD NOT HAVE WENT PARALYZED!! SO
> SAD!!!! UNTIL THIS DAY, SOUTH LEWIS STILL STATES I'M
> AT MMI

# Social Security Administration
Important Information

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL 35285-0001
Date: June 16, 2025
BNC#: 25D2334F58130

0001214 00001748     1 MB   0.622   0608M2CDR3PN T5 P1

SONJI R MCKINNEY
10315-107 RINGED TEAL
CHARLOTTE NC 28262-1480

We sent you a letter telling you that we were going to review your disability
case. However, we do not need to review your case at this time. Therefore,
we will not contact your doctor now. We will keep any information that you
have given us.

We will contact you later if we need to review your case.

## Things To Remember

It is important that you report changes right away. Be sure to tell us about
any of the following changes:

- You return to work.

- Your job, pay or work expenses change, if you are working now.

- Your doctor says your health is better.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline
at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you
   are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention
   this letter when you call.
3. You may also call your local office at 1-888-366-6149.

SOCIAL SECURITY
830 FLORENCE ST NW
CONCORD, NC 28027

See Next Page