Hand-Delivered

**RESPONSE**

FILED
CHARLOTTE, NC

OCT -9 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

10/9/2025

To whom it may concern:

My name is Sonji Mckinney and I would like for my cases to be heard and considered in the state of North Carolina. Please grant my change of venue to North Carolina because South Carolina is bias to Prisma Health Greenville and all other defendants. I ask that the courts grant my lawsuit with all defendants because I didn't receive the fair treatment I deserve and I am an African American woman who has rights to fight for justice which South Carolina won't grant or help me. Prisma Health forged my name for an illegal transplant that I didn't consent to (Documents were submitted) Prisma didn't state anything about my illegal transplant. "ONLY NOT HAVING JURISDICTION" I would like charges to be filed because Prisma Health Greenville don't know if that transplant is against my religion or not. Prisma dismissed my symptoms in March when I was trying to get help numerous times (Visits Attached) I was always gaslighted with the healthcare in South Carolina. I got admitted on 3/10/2023 because my old PCP told me to go back to Prisma in the ambulance which I didn't want to because they did nothing the 1st time. While I was admitted on 3/10/23, the doctors and nurses were telling me they had no rooms upstairs and that I need to pray one comes available on 3/12/2023 at 6am in the morning. Prisma has 16 operating rooms and could have added me on as an add on or transported me to another hospital because Dr. McHenry stated my injuries were very dangerous. I have Dr. McHenry on record stating I will not improve. I had to spend the night in the ER and the white lady beside was just snoring and coughing and got a room before me. As I was being transported to my room on the 3rd floor, I seen a lot of empty beds. I will take a lie detector test if I have to. I am telling the truth about everything and please hear my voice. Please help me get justice with Prisma Health Greenville and the other defendants. I never stated that North Carolina was not a proper venue because it is. Documents is attached for change of venue because SC won't help me. PLEASE DO NOT LET MY CASES BE HEARD IN SOUTH CAROLINA. PLEASE PLEASE! THANK YOU FOR YOUR CONSIDERATION AND SUPPORT!

Sonji Mckinney

*Sonji Mckinney*

3:25-CV-00681:MOC-DCK

\* I have to have neck and back surgery again in North Carolina, South Carolina did me wrong!