UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:25-cv-00681-MOC-DCK

| | |
|---|---|
| SONJI McKINNEY,<br><br>    Plaintiff,<br><br>v.<br><br>PRISMA HEALTH GREENVILLE HOSPITAL, et al.,<br><br>    Defendants. | **DEFENDANT KIMURA, INC.'S MOTION TO DISMISS** |

Defendant Kimura, Inc. (incorrectly named in Complaint as "Kimura Logistics"), by and through its undersigned counsel, respectfully moves the Court to dismiss with prejudice Plaintiff Sonji McKinney's claims against it pursuant to Federal Rule of Civil Procedure 12(b)(2), (b)(3), and (b)(6). In support of this motion, Kimura respectfully shows the Court the following:

1.    Dismissal under Rule 12(b)(2) is warranted because this Court lacks personal jurisdiction over Kimura. Kimura is incorporated and headquartered in South Carolina and does not do business in North Carolina.

2.    Dismissal under Rule 12(b)(3) is warranted because the venue is improper. No relevant alleged conduct occurred in this District.

3.    Plaintiff's claims against Kimura also fail to state a claim upon which relief can be granted pursuant to Rule 12(b)(6). First, Plaintiff's claims are time barred. She alleges an injury occurring in 2015, and under South Carolina law, the statute of limitations for personal injury actions is three years.

4.    Second, Plaintiff's claims against Kimura are barred by the doctrine of res judicata.

She previously brought these same claims against the same defendant, and the case resolved on the merits through a settlement and joint stipulation of dismissal with prejudice.

5. In further support of this motion, Kimura files the accompanying brief and the attached exhibits.

**Wherefore**, for the reasons set forth above and in the accompanying brief, Kimura respectfully requests that the Court grant its motion, dismiss with prejudice Plaintiff's claims against it, and award Kimura any other relief that the Court deems just and proper.

Date: October 10, 2025

        Respectfully submitted,

        */s/ Benjamin S. Morrell*
        Benjamin S. Morrell (NC Bar No. 56676)
        Taft Stettinius & Hollister LLP
        111 East Wacker Drive, Suite 2600
        Chicago, IL 60601
        Telephone: (312) 527-4000
        Facsimile: (312) 527-4011
        bmorrell@taftlaw.com

        *Counsel for Defendant Kimura, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document to the following individuals at the address listed below via U.S. Mail first-class, postage prepaid, and via email at the email address listed below:

**Sonji McKinney**
10315 Ringed Teal Rd
#107
Charlotte, NC 28262
704-201-8171
Email: mckinneysonji@gmail.com

Date: October 10, 2025

/s/ *Benjamin S. Morrell*