# Exhibit B

| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
|---|---|
| COUNTY OF GREENVILLE | |
| Sonji Renae McKinney, | Docket No.: 2017-CP-23-07967 |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| Kimura, Inc., | |
| Defendant. | |

The undersigned attorney for the Plaintiff and the undersigned attorney for the Defendant Kimura stipulate that all controversy between the parties regarding this action is fully resolved. Therefore, pursuant to Rule 41(a)(1) of the *South Carolina Rules of Civil Procedure*, it is hereby stipulated that the Plaintiff's Complaint and this action are dismissed with prejudice and forever ended. Each party agrees to bear her/his/its own costs and attorney's fees.


 *s/Richard K. Allen, III*  
RICHARD K. ALLEN, III, S.C. BAR #74865  
GUEST & BRADY, LLC  
900 E. North Street, Suite 210  
Greenville, SC 29601  
Attorney for the Plaintiff

 *s/Kay G. Crowe*  
KAY G. CROWE, S.C. BAR #1481  
BARNES, ALFORD, STORK & JOHNSON, LLP  
1613 Main Street (29201)  
Post Office Box 8448  
Columbia, South Carolina 29202  
Attorneys for the Defendant