

Hand-Delivered (Response to Kimura)

FILED
CHARLOTTE, NC
OCT 14 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

**onji Mckinney Response**
message

onji McKinney <mckinneysonji@gmail.com>
): Sonji McKinney <mckinneysonji@gmail.com>

Sat, Oct 11, 2025 at 2:41 P

10/11/2025

To whom it may concern:

My name is Sonji Mckinney and this is my response to Kimura Logistics. I would like for the court to grant me favor to sue because my witness Demetrius Hunter was never interviewed also he stated if the video surveillance was not available at that time then the tape was erased. (Email attached with his statement) Russell Guest was my attorney and Sherry Crowe was my best friend until I seen how she stated she hope Kimura Logistics pass their audit with flying colors. (Email attached) Kimura attorney (Kay Crowe) made a deal with Richard Allen and dismissed my case with prejudice without my consent. I would like charges to be brought against them because I lost everything behind them. My mediation was coercied by Richard Allen and the mediator also stated I wouldn't receive no more money at any hearings and it was best to take it or leave it. Please dismiss their motion for fraud, lies and dismissal with prejudice without my consent also failing to let me know it was a clincher. Kimura failed to reply by 10/2/2025 and I ask the court to grant my default judgement against any defendants that didn't reply by the judge deadline. Below are court cases similar to mines.. Thank you for your consideration and support..

- Paula Russell (SC Supreme Court, 2025): The Court reversed a denial of benefits where medical evidence showed the claimant's condition had worsened after the original award. This case reinforces the importance of expert testimony in proving deterioration.

- Houston v. Garda World Security (2018): The Court of Appeals allowed the claim to be reopened when the worsening was linked to the original injury and the request was filed within the statutory time frame. This highlights the importance of timing and causation.

- Estridge v. Joslyn Clark Controls, Inc. (1997): The court remanded the case for proper evaluation of psychological symptoms that may have been causally related to the workplace injury. This could be especially relevant if your condition now includes mental health components that weren't previously considered.

-If you have medical documentation showing your condition has worsened since the clincher was signed, and if you can demonstrate that the agreement was signed under duress or misrepresentation, you may have grounds to pursue both a reopening and a challenge to the settlement itself.

*Sonji Mckinney*
3:25-CV-00681-MOC-DCK