*Handwritten top note:* **\* Motion for change of venue for my cases not to be heard in South Carolina.**

Hand-Delivered

10/17/2025

FILED
CHARLOTTE, NC
OCT 17 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

To whom it may concern:

My name is Sonji Mckinney and I would like to file for a **change of venue because the State of South Carolina did me wrong** with my workers comp case and my injuries that I have. It was said that I was malingering, over reporting and seeking attention. Please grant me a jury trial so I can get the justice I deserve from every defendant that did me wrong. I lost my home, my job, my health and my family is divided behind the neglect from everyone who has played apart in this situation. **My light duty at work was no longer accommodated so I left my job.** My old attorney's became millionaires when my cases closed under signing legal documents under stress, duress and coercion. **Please help me get justice and please change my venue from South Carolina to North Carolina** because I was done wrong with my cases. **Please don't let my jury trial be heard in South Carolina because they're all friends and look out for each other.** My cases were dismissed with prejudice without my consent and no explanation of clinchers. **I learned about the discovery rule and statue of limitations back in 2023 while in the hospital learning how to walk and use my hands again.** I've had surgeries for what the oppose stated I was malingering about. **(medical records)** I got an injection in my lower back on 10/10/25 and I'm getting 2 more on 10/22/25 in my lower back because my pain is crucial. I take dilaudid 3x a day for pain which is stronger than morphine. Please help me. Thank you for your consideration and support.

Sonji Mckinney

*/s/ Sonji Mckinney*

**3:25-CV-00681-MOC-DCK**

*Handwritten bottom notes:*
**\* My name was forged for a transplant.**
**\* All exhibits already turned in.**