# U.S. District Court

## Western District of North Carolina

# Notice of Electronic Filing

The following transaction was entered on 9/29/2025 at 11:01 AM EDT and filed on 9/29/2025

**Case Name:** McKinney v. Prisma Health Greenville Hospital et al

**Case Number:** 3:25-cv-00681-MOC-DCK

**Filer:**

**Document Number:** 12

**Docket Text:**
**SUMMONS Returned Executed. Richard Allen, Russell Guest, Kimura Logistics, Magna International, Prisma Health Greenville Hospital, WJCB Law Firm (South Lewis) served on 9/11/2025, answer due 10/2/2025. (add)**

3:25-cv-00681-MOC-DCK Notice has been electronically mailed to:

Sonji McKinney     mckinneysonji@gmail.com