Hand-Delivered

10/22/25 FILED
CHARLOTTE, NC

OCT 22 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

To whom it may concern:

My name is Sonje McKinney and this is my response to Justin Hutcheson attorney stating I failed to state a claim. Please help me get a jury trial to pursue charges of discrimination against Dr. Hutcheson because he dismissed me from his office because me and his rude staff had words because they were talking to me any kind of way. My psych treatment was denied and Dr. Hutcheson stated I was malingering and I discovered all this from Guest and Brady shared file. Rosie Fuller locked me out the files online because I discovered all the wrongs they were doing to me. Please Please grant my motion to sue Magna doctor (Dr. Hutcheson) for stating I was malingering and never took my injuries serious. His documents states light duty on some and on others, it don't state light duty or what type of restrictions. If Hutcheson would have

told the truth and did his job, my health would have been alot better over the years and up until now. Money will make people who have the spirit of greed on them do inocent people who are really inpused wrong and cause them to lose everything. I lost my home, my health and my job also my family is divided. I had to move to NC to get better healthcare because SC drove me crazy. I was treated so bad behind the doctors, my job and all the attorneys. I didn't discover Linchens until 2024 from Truist and Brody shared of its and they locked me out once I started pointing out all the wrongs they've done to me. I needed to hand deliver these documents because I can't afford to mail all the documents. The money that's in my account is for my car insurance and my tag that has been expired since August 2025. I mailed a letter and my medical records in because my health is declining and I can't fight my cases right now. I got an infection in my

L5-S1 on 10/10/25 and I have to recieve a bilateral injection today 10/22/25 on my left and right side of my spine. My feet and my legs are swollen, I have to show the doctor today also the pain in my back is unbearable. It's hard to cook, bathe, stand and it's getting very hard for me to walk long periods of time. Please Please your honor grant me some time to get better so I can continue to prove that all the defendants defrauded me. Thank you for your consideration and support.

Sonya McKinney
3:25-CV-0068-MOC-DCK