Jorge Mckinney
10315 Ringed Teal Rd #107
Charlotte, NC 28262




Retail
RDC 99

U.S. POSTAGE PAID
FCM LETTER
CHARLOTTE, NC 28262
OCT 21, 2025
$1.07
S2324D501316-15

RECEIVED
Charlotte, NC
OCT 23 2025
Clerk, US District Court
Western District NC

United States District Court Clerk
401 W. Trade Street Suite 1200
Charlotte, NC 28202

28202-161960

Case 3:25-cv-00681-MOC-DCK    Document 78-1    Filed 10/23/25    Page 1 of 1