IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Sonji McKinney, <br><br> Plaintiff, <br><br> v. <br><br> Prisma Health Greenville Hospital, Russell Guest, Richard Allen, WJCB Law Firm, Magna International, and Kimura Logistics. <br><br> Defendants. | C.A. No.: 3:25-CV-00681-MOC-DCK |

## PRISMA HEALTH GREENVILLE HOSPITAL'S RESPONSE TO PLAINTIFF'S MOTION FOR CHANGE OF VENUE

Defendant Prisma Health Greenville Hospital ("Defendant" or "Prisma"), by and through its undersigned counsel, respectfully submits this Response to Plaintiff's Motion for a Change of Venue. (ECF No. 57.) Although styled as a Motion for a Change of Venue, Plaintiff is requesting that the Court maintain jurisdiction over this matter. In support of her Motion, Plaintiff merely states that she would like to file a change of venue because she alleges that she would not receive a fair trial in South Carolina. (ECF No. 57.) Prisma previously filed a Motion to Dismiss on September 30, 2025, and incorporates all of the arguments and from the Motion to Dismiss in this Response. (ECF No. 16.) As explained below, this Court cannot maintain jurisdiction over this matter because this Court is not the proper venue.

I. **VENUE IS IMPROPER AND PLAINTIFF HAS FAILED TO ESTABLISH ANY REASON FOR THIS COURT TO EXERCISE JURISDICTION OVER PRISMA**

In her Motion, Plaintiff admits that North Carolina is not the proper venue. Plaintiff also fails to set forth any analysis or reason to establish that this Court is the proper venue besides her conclusory assertion that she will not have a fair trial in South Carolina. (ECF No. 57 at 1.) The

1

venue statute states that "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). The operative question before the Court can exercise jurisdiction in this matter is whether this matter could have been brought in this jurisdiction. *Myers v. NASCAR,* 2024 U.S. Dist. LEXIS 135712 at 4-5 (W.D.N.C. July 31, 2024). It is Plaintiff's burden to establish that venue in this district is proper once an objection to venue is raised. *Oppenheimer v. Golf*, 730 F. Supp. 3d 203 at 204 (W.D.N.C. April 12, 2024).

Plaintiff has failed to establish that venue is proper in this Court. Plaintiff merely alleges that there is some large scale conspiracy in South Carolina where she will not be able to get a fair trial. (ECF No. 57 at 1.) The only reason Plaintiff provides to support her conspiracy is that her prior lawsuit was dismissed with prejudice after she signed a settlement agreement that she allegedly did not understand. (57-1 at 1.) This is insufficient to establish that this Court is the proper venue. As previously stated, this Court does not have personal jurisdiction over Prisma because Prisma is a South Carolina entity and does not conduct any business in North Carolina. South Carolina has jurisdiction and is the proper venue for this matter. It is undisputed that all of Plaintiff's alleged causes of action relate to activities that occurred in South Carolina while Plaintiff was a resident of South Carolina. (ECF No. 10; ECF No. 10-1; ECF No. 57.) Moreover, Prisma is domiciled in South Carolina, all actions occurred in South Carolina, and the alleged causes of actions may be brought in South Carolina. *See 28* U.S.C. § 1391. Therefore, the Court should dismiss this case because this Court is not the proper venue.

## II. CONCLUSION

Based on the facts and arguments above and for the reasons set forth in Prisma's Motion to Dismiss (which appears to be admitted or not responded to), Defendant Prisma respectfully requests that the Court deny Plaintiff's request for the Court to exercise jurisdiction and dismiss Plaintiff's Complaint as it relates to Prisma with prejudice.

Respectfully submitted,

By: *s/ D. Randle Moody, II*
Mallory H. Gantt (Fed. ID No. 57900)
Mallory.gantt@jacksonlewis.com
D. Randle Moody, II *Pro Hac Vice*
Email: randy.moody@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Phone: 864-232-7000
Fax: 864-235-13811
*ATTORNEYS FOR PRISMA HEALTH GREENVILLE HOSPITAL*

This 31st Day of October 2025.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 31, 2025, a copy of the foregoing DEFENDANT PRISMA HEALTH GREENVILLE HOSPITAL'S RESPONSE TO PLAINTIFF'S MOTION TO CHANGE VENUE**,** has been served upon the following via U.S. Mail to:

Sonji McKinney, *Pro Se*
10315 Ringed Teal Road No. 107
Charlotte, NC 28262
mckinneysonji@gmail.com

*s/ D. Randle Moody, II*