IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:25-CV-681-MOC-DCK

| | |
|---|---|
| SONJI MCKINNEY,<br><br>        Plaintiff,<br><br>v.<br><br>PRISMA HEALTH GREENVILLE HOSPITAL, et al.,<br><br>        Defendants. | **OAKVIEW MEDICAL ASSOCIATES, LLC'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR CHANGE OF VENUE** |

      Oakview Medical Associates, LLC ("Oakview") opposes Plaintiff's "Motion for change of venue for [her] cases not to be heard in South Carolina" (Doc. No. 57). For the reasons stated in Oakview's Motion to Dismiss (Doc. No. 70) and accompanying Memorandum in Support (Doc. No. 71), which are incorporated herein, venue in this judicial district is not proper, Plaintiff's Motion should be denied, and her claims against Oakview should be dismissed with prejudice.

      This the 31st day of October 2025.

                                                /s/ Amy C. Petty
                                                Leigh Ann Smith
                                                N.C. State Bar No. 22063
                                                Amy C. Petty
                                                N.C. State Bar No. 20894
                                                *Attorneys for Oakview Medical Associates, LLC*
                                                Batten McLamb Smith PLLC
                                                4141 Parklake Avenue, Suite 350
                                                Raleigh, North Carolina 27612
                                                Phone: (919) 439-2221
                                                Facsimile: (919) 780-5382
                                                E-mail: lsmith@battenpllc.com
                                                            apetty@battenpllc.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, the undersigned electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification via electronic mail to the parties who are CM/ECF filers or represented by counsel who are CM/ECF filers. By U.S. Mail and electronic mail:

Sonji McKinney
10315 Ringed Teal Road No. 107
Charlotte, NC 28262
mkinneysonji@gmail.com
*Pro Se Plaintiff*


This the 31st day of October 2025.

/s/ Amy C. Petty
Leigh Ann Smith
N.C. State Bar No. 22063
Amy C. Petty
N.C. State Bar No. 20894
*Attorneys for Oakview Medical Associates, LLC*
Batten McLamb Smith PLLC
4141 Parklake Avenue, Suite 350
Raleigh, North Carolina 27612
Phone: (919) 439-2221
Facsimile: (919) 780-5382
E-mail: lsmith@battenpllc.com
apetty@battenpllc.com