# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### Case No.: 3:25-cv-00681-MOC-DCK

SONJI McKINNEY,

     Plaintiff,

v.

PRISMA HEALTH GREENVILLE
HOSPITAL, et al.,

     Defendants.

**DEFENDANT KIMURA, INC.'S
RESPONSE IN OPPOSITION
TO PLAINTIFF'S MOTION
TO CHANGE VENUE**

Defendant Kimura, Inc. opposes Plaintiff's motion to change venue (D.E. 57) and joins in the responses in opposition to this motion filed by Defendants Prisma Health Greenville Hospital (D.E. 83), Oakview Medical Associates, LLC (D.E. 84), and Drive Automotive Industries of America, Inc. (D.E. 85). Kimura also incorporates herein the arguments made in support of its pending motion to dismiss addressing venue and jurisdiction. (*See* D.E. 44-1 at 3–5.) For the reasons discussed in these prior filings, Plaintiff's motion should be denied and her claims against Kimura should be dismissed with prejudice.

Date: October 31, 2025

Respectfully submitted,

*/s/ Benjamin S. Morrell*
Benjamin S. Morrell (NC Bar No. 56676)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendant Kimura, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document to the following individuals at the address listed below via U.S. Mail first-class, postage prepaid, and via email at the email address listed below:

**Sonji McKinney**
10315 Ringed Teal Rd
#107
Charlotte, NC 28262
704-201-8171
Email: mckinneysonji@gmail.com

Date: October 31, 2025

*/s/ Benjamin S. Morrell*