IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:25-cv-681-MOC-DCK

**EXHIBIT 2**

Sonji McKinney,

    Plaintiff,

vs.

Prisma Health Greenville Hospital; Russell Guest; Richard Allen; Esq., WJCB Law Firm (South Lewis); Magna International; Kimura Logistics; The Village at Pelham; T. Bixby (*Detective*); Dr. Justin Hutcheson; Dr. Selma Watson; Dr. Navneet Gupta; Oakview Medical; GHA Police Department; Sled,

    Defendants.

DECLARATION OF RICHARD ALLEN, ESQ.

I, Richard Allen, Esq., declare as follows:

1. I am at least eighteen (18) years of age and under no mental or legal disability at the time of the making of this declaration.

2. I am a resident of and licensed to practice law in the State of South Carolina.

3. I am not licensed to practice law in the State of North Carolina.

4. I am employed as an attorney at Guest & Brady, LLC.

5. Guest & Brady, LLC is a limited liability company organized under the laws of South Carolina and its principal place of business is located in Greenville, South Carolina.

6. Guest & Brady, LLC does not have, and has never had, an office in North Carolina.

7. I do not perform or provide services in North Carolina.

8. I do not own, and have never owned, any property in North Carolina.

1

9. I represented Plaintiff in her workers' compensation and third-party personal injury claims, which were filed in South Carolina arising from a work-place incident that occurred in South Carolina in 2017.

10. I did not render any services to Plaintiff while she was a resident of North Carolina.

11. My representation of Plaintiff was terminated in 2019 following the resolution of Plaintiff's workers' compensation and third-party personal injury claims.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____

SWORN and subscribed to before me this the 30 day of October, 2025.

_____
Notary Public for South Carolina

My commission expires: 10-12-2033

SARAH JOY McBRIDE
Notary Public, State of South Carolina
My Commission Expires 10/12/2033