UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

NOV 0 6 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

**Sonji McKinney**, Plaintiff,

v.

Case No.: 3:25-cv-00681

**Prisma Health Greenville Hospital et al.,** Defendants.

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff McKinney hereby voluntarily dismisses this action **without prejudice**.

This dismissal is submitted in good faith and for the following reasons:

1. **Venue Correction:** Plaintiff intends to refile in the appropriate jurisdiction where the majority of the alleged events and defendants are located, ensuring proper venue and personal jurisdiction.

2. **Defendant Separation:** Plaintiff will restructure the claims and file separate complaints against individual defendants or related entities to ensure clarity and specificity in the pleadings.

3. **Procedural Improvements:** Plaintiff seeks to correct procedural deficiencies, including addressing prior motions to dismiss for failure to state a claim, and to provide more detailed factual allegations in accordance with federal pleading standards.

## UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

Plaintiff respectfully reserves the right to pursue these claims in the proper forum and format.

Respectfully submitted,

Sonji McKinney, Pro Se Petitioner, 10315 Ringed Teal Rd Apt 107, Charlotte, North Carolina, 28262, mckinneysonji@gmail.com, 704.201.8171 Date: 11.06.2025

*Sonji McKinney*
11/6/25