*Motion to Reopen Case*

12/19/2025     **Hand-Delivered**

FILED
CHARLOTTE, NC
DEC 19 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

To whom it may concern:

My name is Sonji Mckinney and this is a new motion to reopen my case 3:25-cv-00681. I would like to file a change of venue because South Carolina won't give me a fair case filing with Prisma for forgery back in March 2023 also the other 13 defendants. I have attachments of proof of filing in South Carolina on 11/24/2025 and they stated it could take a long time for the judge to rule on my motion to file without paying filing fees. Please give me a fair trial with all the defendants that caused harm in my life by stating I was malingering from a forklift accident that occurred on 7/17/2015. My health is declining. Attached is an updated letter from my doctor. Please help me get the justice I deserve from being done wrong. Thank you in advance!

Sonji Mckinney

*(signature)*

3:25-cv-00681