Hand-Delivered 10/1/25

FILED
CHARLOTTE, NC
OCT 01 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

To Whom it may concern,

This is response for dismissal. I would like to file a change of venue because South Carolina won't give me a fair case with Prisma for surgery on 3/11/23 and 3/10/23. I have attached proof. Please give me a fair trial and hearing from my accident from 7/17/2015 which I was told I'm malingering. Thank you!

Sonya McKinney
3:25-CV-681

* Prisma has 16 operating rooms, they could have added me on as an add on or transported me to another hospital.

● **New Suit - Employment**

Case:

McKinney v. Magna International Inc
6:25-cv-13518

Court:

U.S., District of South Carolina

Date Filed:

November 24, 2025

Plaintiff:

Sonji McKinney

Defendants:

Magna International Inc, Detective T. Bixby, Gha Police Department, Justin Hutcheson, Kimura Logistics, Navneet Gupta, Oakview Medical, Ofc Richard Allen, PhD Selman Watson, Prisma Health Greenville Hospital, Russell Guest, Sled, The Village at Pelham, Wjcb (South Lewis)

< Show Less

Case Type:

Civil Rights - Americans With Disabilities Act - Employment (445)

Claims:

Disability and Medical Condition Discrimination, Discrimination Claims, Employment Claims,

# PacerMonitor  Sign In →

# McKinney v. Magna International Inc et al

**South Carolina District Court**

| | |
|---|---|
| **Judge:** | Jacquelyn D Austin |
| **Referred:** | Kevin Mcdonald |
| **Case #:** | 6:25-cv-13518 |
| **Nature of Suit** | 445 Civil Rights - Amer w/Disabilities-Employment |
| **Cause** | 42:12117 Americans with Disabilities Act |
| **Case Filed:** | Nov 24, 2025 |

**Docket** | Parties (15)

Docket last updated: 12/12/2025 11:59 PM EST

### Monday, November 24, 2025

2  motion | Proceed In Forma Pauperis | Mon 11/24 1:24 PM

MOTION for Leave to Proceed in forma pauperis Related [+] by Sonji McKinney. Response to Motion due by 12/8/2025. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. Motions referred to Kevin McDonald.(agig)

Att: 1  Supporting Documents

**Continue to Create Account**

Case 3:25-cv-00681-MOC-DCK   Document 98-1   Filed 12/19/25   Page 3 of 7



ATRIUM HEALTH PRIMARY CARE ONE HEALTH FAMILY MEDICINE - REESE BLVD
13620 REESE BOULEVARD EAST
SUITE 125
HUNTERSVILLE NC 28078-6418

November 17, 2025

Patient: **Sonji R McKinney**
Date of Birth: **3/14/1975**
Date of Visit: **11/13/2025**

To Whom It May Concern:

Ms. McKinney continues to be under my care for her ongoing medical issues. She continues to have significant limitations in her mobility despite several spinal surgeries following injury at her job 7/17/15. Her most recent surgery on her lumbar spine was 10/24/24. She continues to have difficulty with activities of daily living due to limited mobility and pain and as a result has ongoing emotional symptoms of anxiety and depression managed by a psychiatric team.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Cynthia Reynolds Jamison, MD

CC: No Recipients

(McKinney, Sonji) (8904030)

Name: Sonji R McKinney | DOB: 3/14/1975 | MRN: 0002202426 | PCP: Cynthia Reynolds Jamison, MD | Legal Name: Sonji R McKinney



**ATRIUM HEALTH PRIMARY CARE ONE HEALTH FAMILY MEDICINE - REESE BLVD**
13620 REESE BOULEVARD EAST
SUITE 125
HUNTERSVILLE NC 28078-6418
Dept: 704-801-7340
December 3, 2024

Patient:     Sonji R McKinney
Date of Birth: 3/14/1975
Date of Visit: 12/3/2024

To Whom It May Concern:

Ms McKinney has been under my care since June of 2023. Unfortunately she has been having significant debility associated with work injury sustained 7/17/15 in which she was injured by forklift at work. She did not have any previous issues with her back prior to this injury. She has seen multiple specialists since that time including orthopedic specialists, neurosurgeons chiropractors and pain specialists due to chronic pain and muscle weakness. She has had cervical spine surgery due to her injury and most recently lumbar spinal surgery (10/24/24) due to her symptoms of intractable pain, weakness and limited mobility.

Due to her ongoing pain and physical limitations associated with her spine she has suffered with uncontrolled anxiety and depression which has also lead to debility including hospitalizations for thoughts of self harm. . Although she has had some improvement in her mobility since recent surgery she will likely continue to have limitations as a result of her pain and deficits associated with injury.

In my professional opinion the incident occurring on 7/17/15 has significantly affected the trajectory of Ms. McKinney's life and has not only affected her physically but also emotionally. In addition, her inability to work and participate in routine life activities has affected Ms. Kinney's relationships with her family and friends and unfortunately defined the last decade of her life. I request that this be taken into account during her hearing. A judgement in her favor will not return her to her previous function but it may at least decrease some of the emotional and financial struggles she has had since the accident. Thanks for your consideration.

Sincerely,


Cynthia Reynolds Jamison, MD

CC: No Recipients

(McKinney, Sonji)(3/14/1975)(8904030)

# Social Security Administration
# Benefit Verification Letter

Date: December 6, 2025
BNC#: 25C8860F59612
REF: A, C2, DI

SONJI RENAE MCKINNEY
10315-107 RINGED TEAL
CHARLOTTE NC  28262-1480

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2025, the full monthly Social Security benefit before any deductions is $1,833.10.

We deduct $18.20 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,814.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third Wednesday of each month.

We found that you became disabled under our rules on April 1, 2016.

## Information About Past Social Security Benefits

From December 2024 to November 2025, the full monthly Social Security benefit before any deductions was $1,783.20.

We deducted $27.30 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,755.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

## Information About Current Social Security Benefits

Beginning March 1993, the full monthly Social Security benefit before any deductions is $0.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $0.00.
(We must round down to the whole dollar.)

Benefits were stopped beginning March 1993.

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

## Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning September 2018.

You are entitled to medical insurance under Medicare beginning April 2019.

Your Medicare number is 1XV1UU9GC36. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is March 14, 1975.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-888-366-6149**.

SOCIAL SECURITY
830 FLORENCE ST NW
CONCORD NC 28027

*Social Security Administration*