

ATRIUM HEALTH PRIMARY CARE ONE HEALTH FAMILY MEDICINE - REESE BLVD
13620 REESE BOULEVARD EAST
SUITE 125
HUNTERSVILLE NC 28078-6418

November 17, 2025

Patient:      **Sonji R McKinney**
Date of Birth: **3/14/1975**
Date of Visit: **11/13/2025**

To Whom It May Concern:

Ms. McKinney continues to be under my care for her ongoing medical issues. She continues to have significant limitations in her mobility despite several spinal surgeries following injury at her job 7/17/15. Her most recent surgery on her lumbar spine was 10/24/24. She continues to have difficulty with activities of daily living due to limited mobility and pain and as a result has ongoing emotional symptoms of anxiety and depression managed by a psychiatric team.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Cynthia Reynolds Jamison, MD

CC: No Recipients

(McKinney, Sonji) (8904030)

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

Name: Sonji R McKinney | DOB: 3/14/1975 | MRN: 0002202426 | PCP: Cynthia Reynolds Jamison, MD | Legal Name: Sonji R
McKinney



**Atrium** Health

ATRIUM HEALTH PRIMARY CARE ONE HEALTH FAMILY MEDICINE - REESE BLVD
13620 REESE BOULEVARD EAST
SUITE 125
HUNTERSVILLE NC 28078-6418
Dept: 704-801-7340
December 3, 2024

Patient:        **Sonji R McKinney**
Date of Birth: **3/14/1975**
Date of Visit: **12/3/2024**

To Whom It May Concern:

Ms McKinney has been under my care since June of 2023. Unfortunately she has been having
significant debility associated with work injury sustained 7/17/15 in which she was injured by
forklift at work. She did not have any previous issues with her back prior to this injury. She has
seen multiple specialists since that time including orthopedic specialists, neurosurgeons
chiropractors and pain specialists due to chronic pain and muscle weakness. She has had
cervical spine surgery due to her injury and most recently lumbar spinal surgery (10/24/24) due to
her symptoms of intractable pain, weakness and limited mobility.

Due to her ongoing pain and physical limitations associated with her spine she has suffered with
uncontrolled anxiety and depression which has also lead to debility including hospitalizations for
thoughts of self harm. . Although she has had some improvement in her mobility since recent
surgery she will likely continue to have limitations as a result of her pain and deficits associated
with injury.

In my professional opinion the incident occurring on 7/17/15 has significantly affected the
trajectory of Ms. McKinney's life and has not only affected her physically but also emotionally. In
addition, her inability to work and participate in routine life activities has affected Ms. Kinney's
relationships with her family and friends and unfortunately defined the last decade of her life. I
request that this be taken into account during her hearing. A judgement in her favor will not return
her to her previous function but it may at least decrease some of the emotional and financial
struggles she has had since the accident. Thanks for your consideration.

Sincerely,

Cynthia Reynolds Jamison, MD

CC: No Recipients

(McKinney, Sonji)(3/14/1975)(8904030)

**Carolinas Center for Advanced Mgmt of Pain - Greenville Of**
220 Roper Mountain Road Ext, Greenville, SC 29615
(864) 295-6300  Fax: (864) 295-2337

04/13/2010  02:31 PM
Page 1 of 1

Alerts and Flags: From anyone start anytime

| From: Justin K Hutcheson | Priority: Normal |
|---|---|
| To: Andrea Frye | Sent: 04/11/2010 |
| Subject: MCKINNEY, BONJI | Start Date: 4/11/2010 |

please let adjuster know we cannot continue her care without her seeing Dr. T.

| From: Justin K Hutcheson | Priority: Normal |
|---|---|
| To: Andrea Frye | Sent: 04/11/2010 |
| Subject: MCKINNEY, BONJI | Start Date: 4/11/2010 |

we would do f/u on rfa but nothing after that if payoh is not involved. She is likely malingering.

DEFENDANT'S
EXHIBIT

Dr.
Hutcheson
7.19.16

Report run by Andrea Frye

IN

# STATE OF NORTH CAROLINA

MECKLENBURG    County

File No. ▮▮▮▮▮▮▮

In The General Court Of Justice
☒ District   ☐ Superior Court Division

### IN THE MATTER OF

Name And Address Of Respondent
SONJI RENAE MCKINNEY
BEHAVIORAL HEALTH CHARLOTTE
501 BILLINGSLEY ROAD
CHARLOTTE, NC 28211

Date Of Birth

## NOTICE OF HEARING/REHEARING
## FOR INVOLUNTARY COMMITMENT

G.S. 122C-264, -274, -276, -284, -292

### NOTICE TO THE RESPONDENT NAMED ABOVE

(Check only one)

☒ 1. It has been alleged that you have a mental illness and are a proper subject for involuntary    ☒ Inpatient   ☐ outpatient
commitment.

☐ 2. It has been alleged that you are a substance abuser and a proper subject for involuntary commitment.

☐ 3. The physician now treating you has determined that you are in need of further care and treatment beyond your present period of commitment.

☐ 4. You have been committed after (a) being charged with a violent crime and being found incapable of proceeding or (b) being found not guilty by reason of insanity. The physician now treating you has determined that further treatment ☐ is ☐ is not necessary. However, you may not be released without the hearing referred to below.

A hearing will be held before a district court judge at the date, time and place indicated below. At that hearing it will be determined if you should be committed, released, or recommitted for treatment.

At this hearing you will be allowed to present evidence. If the hearing is for inpatient commitment or for commitment as a substance abuser, you have a right to be represented by an attorney. If you cannot afford an attorney, one will be appointed for you.

If the hearing is for an outpatient commitment, you may hire an attorney to represent you. If you cannot afford an attorney, you may ask the court to appoint one for you. However, the court may or may not appoint an attorney based upon the facts in your particular case.

| Date Of Hearing | Place Of Hearing |
|---|---|
| 06/25/2025 ~~6/18/2025 9:16:16 AM~~ | BEHAVIORAL HEALTH - CHARLOTTE 501 BILLINGSLEY ROAD, CHARLOTTE, NC 28211 |
| Time Of Hearing 9:00    ☒ AM   ☐ PM | |

### NOTICE TO SHERIFF

This Notice must be served on the respondent at least seventy-two (72) hours before the hearing.

| Date | Signature | |
|---|---|---|
| 06/18/2025 | *Gwendalyn H. Edwards* | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

# ✳ Discharge Date - 6/23/25

Original-File    Copy-Petitioner    Copy-Respondent    Copy-Attorney
(Over)

AOC-SP-301, Rev. 10/19
© 2019 Administrative Office of the Courts

*front and Back*

# SOUTH CAROLINA LAW ENFORCEMENT DIVISION
## FORENSIC SERVICES LABORATORY REPORT

HENRY D. MCMASTER
*Governor*



MARK A. KEEL
*Chief*

November 01, 2024

Eric Hendricks
Greenville Health System Police Department
701 Grove Road
Greenville, SC 29605

**QUESTIONED DOCUMENT**
SLED LAB: L24-16808
Your Case No: 2024-5105
Incident Date: 3/10/2023
[V] Sonji Renae McKinney

This is an official report of the South Carolina Law Enforcement Division Forensic Services Laboratory and is to be used in connection with an official criminal investigation. These examinations were conducted under your assurance that no previous examinations of person(s) or evidence submitted in this case have been or will be conducted by any other laboratory or agency.

Mark A. Keel, Chief
South Carolina Law Enforcement Division

## ITEMS OF EVIDENCE:

**Item: 1**    One (1) standard bearing the known writings of Sonji Renae McKinney

**Item: 2**    Machine copy of a Prisma Health "Informed Consent for or Refusal of Blood and/or Blood Products" form dated "3/11/23" in the name of "McKinney, Sonji Renae"

**Item: 3**    Machine copy of a Prisma Health "Informed Consent for Anesthesia" form dated "3/12/23" in the name of "McKinney, Sonji Renae"

**Item: 4**    Machine copy of a Prisma Health "Informed Consent for Operation and/or Procedure" form dated "3/11/23" in the name of "McKinney, Sonji Renae"

*\* I have the captain with Sled on record letting me know these documents from Prisma police isn't stating I'm the writer of these forged documents !*

CALEA

ANAB
ANSI National Accreditation Board
ACCREDITED
FORENSIC TESTING
LABORATORY

P.O. Box 21398, Columbia, South Carolina 29221-1398  Phone (803) 896-7300  Fax (803) 896-7351

## RESULTS OF EXAMINATION:

There are indications (meaning a degree of likelihood) that the writer of Item 1 (Sonji Renae McKinney) wrote the "S. McKinney" signature portion of Items 2 and 4. The lack of known samples from the writer of Item 1 (Sonji Renae McKinney) was a limiting factor in the examination.

There is no conclusion (meaning cannot be eliminated or identified) as to whether or not the writer of Item 1 (Sonji Renae McKinney) wrote the "S. McKinney" signature portion of Item 3.

## FOR INVESTIGATIVE PURPOSES ONLY:

The submission of additional known standards from the writer of Item 1 (Sonji Renae McKinney) may be of assistance. The standards should be written to dictation using a ballpoint pen on blank hospital forms that should fully duplicate all of the questioned material verbatim. A Court Order for the provision of dictated handwriting standards can be obtained. The standards should also include additional known course of business samples. Possible sources for course of business samples include cancelled checks and other bank related documents, letters and diaries, employment and education related documents, tax forms, medical forms, as well as prison/police/inmate/court related documents. Machine copies are acceptable as known standards.

Personnel from the SLED Questioned Document Section are available to take known standards from any suspects on a case by case basis. The contact # for the Section is ▮▮▮▮▮▮▮▮

Any subsequent submissions made on this case should include all of the previously submitted items.

*This report contains the conclusions, opinions and interpretations of the analyst whose signature appears below.*

*Technical records supporting the conclusions in this report are available upon request. Afford sufficient time for production.*

John (Jack) Jamieson
Forensic Scientist





**The following is a progressive list of the examiner's reporting options regarding the association(s) determined to exist between the known and questioned evidentiary items; this list may assist in the interpretation of the examiner's reported results.**

## REPORT TERMINOLOGY

- **Identification**
- **Strong Probability (meaning almost certain)**
- **Probable (meaning a high degree of likelihood)**
- **Indications (meaning a degree of likelihood)**
- **No Conclusions (meaning cannot be eliminated nor identified)**
- **Indications Did Not (meaning a degree of likelihood)**
- **Probable Did Not (meaning a high degree of likelihood)**
- **Strong Probability Did Not (meaning almost certain)**
- **Elimination**




**P.O. Box 21398, Columbia, South Carolina 29221-1398   Phone (803) 896-7300   Fax (803) 896-7351**





*Filed Police Report on 6/24/24 with Grabriel with Prisma Police*

June 20, 2024

Dear Ms. McKinney:

Thank you for contacting Patient Advocacy to share your concerns regarding your procedure consent at Prisma Health Greenville Memorial Hospital. Our goal at Prisma Health is to provide the very best care for each of the patients we serve.

Please know that the concerns you brought forth have been thoroughly investigated. After careful review, we identified that you did provide consent for the procedure you received at Greenville Memorial Hospital. You may reach out to our Medical Records Department to access your records. I have included a Release of Information form for your convenience.

We appreciate you taking the time to let us know of your concerns and allowing us the opportunity to address this matter on your behalf. Feedback such as you provided is important to us as we strive to provide high quality and compassionate care to the community we serve. Although our investigation is complete as of today, please feel free to contact Patient Advocacy at 833-379-1483 if you would like to discuss this further.

Sincerely,

Gardner

Gardner
Patient Advocate
Department of Clinical Care Experience
Prisma Health



NEUROLOGY-PATEWOOD
200 Patewood Drive Ste B350
Greenville SC 29615-3593

McKinney, Sonji Renae
MRN: 970752451, DOB: 3/14/1975, Sex: F
Visit date: 5/19/2023

05/19/2023 - Office Visit in Prisma Health Neurology - Greenville (continued)

Clinical Notes (continued)

PRISMA HEALTH NEUROLOGY
NEW PATIENT EVALUATION

**Referring Physician:** Samantha Marie Winzenread, PA
**Primary Care Physician:** Pcp, Declined

**HPI:** Ms. Sonji Renae McKinney is a 48 y.o. female with compressive cervical myelopathy s/p (ACDF C5-6, C6-C7) on 3/12/2023 who is referred for lower extremity weakness.

History was obtained from patient and notes from EMR.

Ms. McKinney mentions her symptoms began in early 3/2023. She was having a tightness around her mid waist with associated numbness from this mid waist level and down to her lower extremities. The patient had acute onset of worsening lower extremity symptoms as well as new bilateral upper extremity weakness and some sensory changes in her hands. She was having a difficulty with handgrip and could barely sign with a pen.

The patient had an MRI C-spine notable for spinal cord compression and underwent urgent surgery. Post surgery, she mentions that her neck pain resolved and regained full strength of her upper extremities with resolution of the sensory complaints as well. However, she had no improvement to the tightness around her mid waist and repeated ongoing numbness from her waist down. She says that she feels that someone is hugging her around her waist and it gets worse when she lies in bed at nighttime. She has severe lower back spasms and lower extremity tightness. Denies lower extremity spasms. Does not complain of focal lower extremity weakness. Denies bladder or bowel dysfunction.

Upon further questioning, she denies focal bulbar symptoms.

Of note, the patient was suffering from migraine headaches in the past and no longer took Topamax but was started on Topamax 200 twice daily. The patient does not know why. She was tried on amitriptyline 25 mg nightly which did not help the nocturnal abdominal wall tightness and lower extremity numbness. Takes Flexeril 10 mg nightly without improvement.

display but a single consistent dissimilarity in any feature which is fundamental to the structure of the handwriting, and whose presence is not capable of reasonable explanation."

James V.P. Conway expressed the same theme when he wrote: "A series of fundamental agreements in identifying individualities is requisite to the conclusion that two writings were authored by the same person, whereas a single fundamental difference in an identifying individuality between two writings precludes the conclusion that they were executed by the same person", and finally,

Albert S. Osborn and others have generally agreed that, despite numerous similarities in two sets of writings, a conclusion of identity cannot be made if there are one or more differences in fundamental features of the writings.

## CONCLUSION

Based upon a thorough analysis of these items and from an application of accepted forensic document examination tools, principles, and techniques, it is my professional expert opinion that the Questioned signature labeled Exhibit Q1 on a document entitled PRISMA HEALTH – INFORMED CONSENT FOR ANESTHESIA – Greenville Memorial Medical Center, dated March 12, 2023, and the Questioned set of initials labeled Exhibit QI1 on a document entitled PRISMA HEALTH – INFORMED CONSENT FOR OPERATION AND/OR PROCEDURE – Greenville Memorial Hospital, dated March 11, 2023, purportedly signed by Sonji Renae McKinney, when compared to the Known signatures labeled Exhibit K1-K17 and the Known sets of initials of Sonji Renae McKinney, labeled Exhibit K1-K7, has resulted in this document examiner's opinion that Sonji Renae McKinney **DID NOT** author the Questioned signature labeled Exhibit Q1 or the set of initials labeled Exhibit QI1.

I am willing to testify to this fact in a court of law and will provide the Court with exhibits showing I had sufficient data to prove my professional expert opinion is correct.

Respectfully submitted,

*[signature]*

Sharon Ottinger

The above Document Examiner Letter of Opinion (Subject: Sonji Renae McKinney) was sworn and subscribed before me by Sharon Ottinger this ____ day of _____, 2025.

State of Texas §
County of Harris §
§
_____
Notary Seal

OLIVIA de JESUS
NOTARY PUBLIC, STATE OF TEXAS
Notary ID #13376394-7
Expires June 02, 2026

3

Subject: Sonji Renae McKinney

**PRISMA HEALTH.**

GMH NEURO MED SURG
701 Grove Road
Greenville SC 29605

McKinney, Sonji Renae
MRN: 970752451, DOB: 3/14/1975, Sex: F
Adm: 3/10/2023, D/C: 3/15/2023

03/10/2023 · ED to Hosp-Admission (Discharged) in Greenville Memorial Neuroscience Med Surg (continued)

**Documents (continued)**

Consent - Procedure - Scan on 3/10/2023

Scan (below)

MCKINNEY, SONJI RENAE 3/14/1975 970752451

---

**PRISMA HEALTH.**

INFORMED CONSENT FOR OPERATION
AND/OR PROCEDURE

☒ Prisma Health Greenville Memorial Hospital
☐ Cross Creek Surgery Center
☐ Prisma Health Greer Memorial Hospital
☐ Prisma Health Hillcrest Hospital
☐ Prisma Health Laurens County Hospital
☐ Prisma Health Oconee Memorial Hospital
☐ Prisma Health Marshall I. Pickens Hospital
☐ Other

☐ Prisma Health Surgery Center - Spartanburg
☐ Prisma Health Roger C. Peace Hospital
☐ Prisma Health Baptist Easley Hospital
☐ Prisma Health Patewood Hospital
☐ Patewood Outpatient Surgery Center
☐ Prisma Health North Greenville LTAC Hospital
☐ University Medical Group (UMG) Port

Please read this document carefully and ask questions about anything you do not fully understand

**PROCEDURE**

I consent to the following operation and/or procedure(s): Cervical five - six and
Celestial six - seven, anterior cervical dyschay with fusion with
thickening, and allograft, fossils, cervical six osteotomy

to be performed by: Dr. McHenry, Lenehan, Samford

[paragraph of consent text, illegible]

[paragraph of consent text, illegible]

[paragraph of consent text, illegible]

I understand that the information I have received about risks may not be fully complete and there may be other
less common risks.

Initials: SM    Date: 3/10/23    Time: 1440

---


Initials


QFI
Questioned
Document
Exhibit

**PRISMA** HEALTH.

GMH NEURO MED SURG
701 Grove Road
Greenville SC 29605

McKinney, Sonji Renae
MRN: 970752451, DOB :3/14/1975, Sex: F
Adm: 3/10/2023, D/C: 3/15/2023

03/10/2023 - ED to Hosp-Admission (Discharged) in Greenville Memorial Neuroscience Med Surg (continued)

Documents

Consent - Anesthesia - Scan on 3/10/2023

Scan (below)

WEEKLY STATEMENT (illegible)

**PRISMA** HEALTH.

INFORMED CONSENT FOR ANESTHESIA

ANESTHESIA (To be completed after Anesthesiologist has discussed with patient/representative)

SIGNATURES FOR CONSENT GIVEN BY REPRESENTATIVE OF PATIENT SHOULD BE OBTAINED
WHEN AN ADULT PATIENT (18 AND OVER) IS UNABLE TO CONSENT, OR THE PATIENT IS A MINOR
(17 YEARS OR LESS)

I certify that I have explained, to the best of my knowledge and ability, the information set forth herein concerning the anesthetic plan.

Generated by 14473 at 6/5/24  3:04 PM                                        Page 714



